The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 3:11-cv-05503-BHS<br><br>**AGREED MOTION RE NOTING DATE OF FORD'S MOTION FOR JUDGMENT ON THE PLEADINGS TO DISMISS PLAINTIFFS' CLAIMS OF INDUCED INFRINGEMENT**<br><br>**NOTE ON MOTION CALENDAR: December 14, 2011** |

The parties have agreed to a modification to the briefing schedule for Ford Motor Company's Motion for Judgment on the Pleadings to Dismiss Plaintiffs' Claims of Induced Infringement (Dkt. No. 41) ("Ford's Motion"). The parties have agreed to this modification because pursuant to CR 7(d)(3) and Fed. R. Civ. P. 6(a)(1)(C), Plaintiffs' opposition papers would otherwise need to be filed no later than December 27, 2011, the day the Court reopens after Christmas. Based on this agreement, the parties hereby request that the Court direct the Clerk to re-note Ford's Motion for January 13, 2012.

*AGREED MOTION RE NOTING DATE*
*Case No. 3:11-cv-05503-BHS*
*Page 1 of 4*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

2092523v1/012341

1  Pursuant to CR 7(d)(3) and the parties' agreement, Plaintiffs' opposition papers will
2  be filed and served in hand no later than January 9, 2012, and Ford's reply papers will be
3  filed and served no later than January 13, 2012.

DATED:        December 14, 2011

PRESENTED BY:

By:/s/      Genevieve Vose
Parker C. Folse III (WSBA No. 24895)
E-Mail:  pfolse@susmangodfrey.com
Ian B. Crosby (WSBA No. 28461)
E-mail:  icrosby@susmangodfrey.com
Floyd G. Short (WSBA No. 21632)
E-Mail:  fshort@susmangodrey.com
SUSMAN GODFREY L.L.P.
1201 3rd Avenue, Suite 3800
Seattle, WA 98101
Tel:  (206) 516-3861
Fax:  (206) 516-3883

*Counsel for Plaintiffs*

AND

By:/s/      Sarah Beigbeder Petty
Duncan E. Manville, WSBA #30304
Email: dmanville@jetcitylaw.com
SAVITT BRUCE & WILLEY LLP
Joshua Green Building
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101-2272
Tel. (206) 749-0500
Fax (206) 749-0600

WILMER CUTLER PICKERING HALE AND DORR LLP
Michael J. Summersgill
Sarah Beigbeder Petty
60 State Street
Boston, Massachusetts 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
Email:
   michael.summersgill@wilmerhale.com
   sarah.petty@wilmerhale.com

WILMER CUTLER PICKERING HALE AND DORR LLP

*AGREED MOTION RE NOTING DATE*
*Case No. 3:11-cv-05503-BHS*
*Page 2 of 4*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA  98101-3000
Tel:  (206) 516-3880; Fax: (206) 516-3883

2092523v1/012341

Todd C. Zubler
Grant K. Rowan
1875 Pennsylvania Avenue NW
Washington, D.C. 20006
Tel.: (202) 663-6636
Fax: (202) 663-6363
Email:    todd.zubler@wilmerhale.com
              grant.rowan@wilmerhale.com

BROOKS KUSHMAN P.C.
Frank A. Angileri
John S. Le Roy
1000 Town Center, 22nd Floor
Southfield, Michigan 48075
Tel.: (248) 358-4400
Fax: (248) 358-3351
Email:    fangileri@brookskushman.com
              jleroy@brookskushman.com

*Counsel for Ford Motor Company*

**IT IS SO ORDERED.**

**Dated this _____ day of December, 2011.**

_____

**UNITED STATES DISTRICT JUDGE
BENJAMIN H. SETTLE**

*AGREED MOTION RE NOTING DATE*
*Case No. 3:11-cv-05503-BHS*
*Page 3 of 4*

S U S M A N   G O D F R E Y   L . L . P .
1201 Third Avenue, Suite 3800
Seattle, WA  98101-3000
Tel:  (206) 516-3880; Fax: (206) 516-3883

2092523v1/012341

# CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2011, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Duncan E. Manville
**Savitt Bruce & Willery, LLP**
1425 Fourth Ave, Suite 800
Joshua Green Building
Seattle, WA 98101
dmanville@jetcitylaw.com

**Wilmer Cutler Pickering Hale & Dorr LLP**
60 State Street
Boston, MA 02109
michael.summersgill@wilmerhale.com
sarah.petty@wilmerhale.com

**Wilmer Cutler Pickering Hale & Dorr LLP**
1875 Pennsylvania Avenue NW
Washington, DC 20006
Elise.Miller@wilmerhale.com
grant.rowan@wilmerhale.com
todd.zubler@wilmerhale.com

**Brooks Kushman P.C.**
1000 Town Center, 22nd Floor
Southfield, MI 48075
fangilero@brookskushman.com
jleroy@brookskushman.com

/s/      Genevieve Vose
Genevieve Vose

*AGREED MOTION RE NOTING DATE*
*Case No. 3:11-cv-05503-BHS*
*Page 4 of 4*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

2092523v1/012341