UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EAGLE HARBOR HOLDINGS, LLC,

        Plaintiff,

v.

FORD MOTOR COMPANY,

        Defendant.

CASE NO. C11-5503 BHS

ORDER DENYING AMENDED AGREED MOTION REGARDING PROTECTIVE ORDER

This matter comes before the Court on the parties' amended agreed motion regarding protective order (Dkt. 70). The Court has considered the motion and proposed order and hereby denies the motion for the reasons stated herein.

On January 4, 2012, the parties filed an agreed motion for a protective order. Dkt. 46. On January 9, 2012, the Court denied the motion providing specific and general concerns with the parties' proposed order. Dkt. 49. On April 27, 2012, the parties filed an amended agreed motion regarding protective order. Dkt. 70.

**I. DISCUSSION**

Due to unexpected problems with the entry of previous protective orders, the undersigned will usually decline to enter stipulated protective orders that govern entire

ORDER - 1

categories of discovery. The parties' proposed order goes well beyond Fed. R. Civ. P. 26 and is essentially a confidentiality agreement between the parties. The agreement can be entered into by the parties without the Court's involvement.

With regard to issues of discovery, the Court finds that the great majority of disputes can and should be solved by the parties. However, when, after a good faith effort to solve a dispute, the parties require the Court's intervention, the Court will solve specific disputes regarding specific items of discovery.

## II. ORDER

Therefore, it is hereby **ORDERED** that the parties' motion for entry of a stipulated protective order (Dkt. 70) is **DENIED**.

Dated this 25th day of May, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 2