The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, <br><br> Defendant. | Civil Action No. 3:11-cv-05503-BHS <br><br> SPECIAL MASTER'S REPORT OF ACTIVITIES AND EXPENSES FOR JUNE 2013 |

In accordance with the Court's Order Appointing Special Master, this report summarizes activities and expenses through the end of June, 2013. During the month of June, I reviewed the briefing and accompanying exhibits submitted by the parties related to claim construction, and conducted the claim construction hearing. I have also prepared a draft of a portion of the claim construction ruling, particularly as it relates to claim terms discussed at the hearing thus far. In total, I have spent 63.9 hours on this matter, for a total of $30,991.50. In addition, I have an invoice from Vernon Court Reporters, LLC in the amount of $835.85 for the transcription of the hearing. The total expenses incurred are therefore $31,827.35 for the month of June.

DATED this 3rd day of July, 2013.

s/ Lawrence D. Graham
Lawrence D. Graham

Special Master

REPORT OF ACTIVITIES AND EXPENSES - 1
Civil Action No. 3:11-cv-05503-BHS
XLDG-6-1002P06

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301