The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Civil Action No. 3:11-cv-05503-BHS<br><br>SPECIAL MASTER'S REPORT OF ACTIVITIES AND EXPENSES FOR JULY 2013 |

In accordance with the Court's Order Appointing Special Master, this report summarizes activities and expenses through the end of July, 2013. During the month of July, I reviewed the briefing and accompanying exhibits submitted by the parties related to claim construction, and conducted the continued claim construction hearing. I also completed and submitted the claim construction ruling, and therefore this report includes all activities through the completion of the claim construction ruling. In July, I worked 70.9 hours on this matter, for a total of $34,386.50.

DATED this 5th day of August, 2013.

s/ Lawrence D. Graham
Lawrence D. Graham

Special Master

REPORT OF ACTIVITIES AND EXPENSES - 1
Civil Action No. 3:11-cv-05503-BHS
XLDG-6-1002P07

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301