The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 3:11-cv-05503-BHS<br><br>**STIPULATED MOTION REGARDING BRIEFING SCHEDULE AND PAGE LIMITS FOR OBJECTIONS TO, AND MOTIONS TO MODIFY AND/OR ADOPT, ORDER OF THE SPECIAL MASTER REGARDING CLAIM CONSTRUCTION**<br><br>NOTE ON MOTION CALENDAR: August 16, 2013 |

Defendant Ford Motor Company ("Ford") and Plaintiffs Eagle Harbor Holdings, LLC, and MediusTech, LLC ("Plaintiffs") jointly submit the following stipulated motion.

The Order of the Special Master Regarding Claim Construction was filed and served on the parties on July 29, 2013 ("Special Master's Order"). Dkt. No. 165. Per the Order Appointing Special Master (Dkt. No. 140) and Fed. R. Civ. P. 53, objections to or a motion to modify or adopt the Special Master's order must be filed no later than August 19, 2013 (21 days after service of the order). Whereas Defendant and Plaintiffs each intend to file objections and/or a motion to modify and/or adopt the Special Master's Order, and in view

*STIPULATED MOTION REGARDING BRIEFING SCHEDULE FOR OBJECTIONS TO, AND MOTIONS TO MODIFY AND/OR ADOPT, ORDER OF THE SPECIAL MASTER REGARDING CLAIM CONSTRUCTION*
*Case No. 3:11-cv-05503-BHS*
*Page 1 of 5*

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

of the complex nature of the case and the number of disputed terms construed in the Special Master's Order, the parties agree, stipulate to, and propose to the Court the following deadlines and page limits for briefing those matters:  (a) each side may file objections and/or a motion to modify and/or adopt the Special Master's Order that does not exceed a total of 20 pages, on August 19, 2013; (b) each side may file a responsive brief that does not exceed 20 pages, on September 6, 2013; and (c) neither party will file a reply brief and, accordingly, the matter will be deemed fully submitted for decision by the Court on September 6, 2013.

To the extent that the parties' stipulated proposal is subject to the deadlines and page limits set forth in Local Civil Rule 7(d) and (e), the parties believe that there is good cause to vary those deadlines and to exceed those page limits in accordance with Local Rule 7(f).

WHEREFORE, the parties respectfully request that this Court issue an order endorsing the above stipulation for the reasons stated.

**IT IS SO ORDERED.**

**Dated this \_\_\_\_ day of August, 2013.**

_____
THE HONORABLE BENJAMIN H. SETTLE
United States District Judge

*STIPULATED MOTION REGARDING BRIEFING SCHEDULE FOR OBJECTIONS TO, AND MOTIONS TO MODIFY AND/OR ADOPT, ORDER OF THE SPECIAL MASTER REGARDING CLAIM CONSTRUCTION*
*Case No. 3:11-cv-05503-BHS*
*Page 2 of 5*

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue, Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

DATED: August 16, 2013

PRESENTED BY:

By: /s/   Duncan E. Manville
Duncan E. Manville, WSBA #30304
Email: dmanville@jetcitylaw.com
SAVITT BRUCE & WILLEY LLP
Joshua Green Building
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101-2272
Tel. (206) 749-0500
Fax (206) 749-0600

WILMER CUTLER PICKERING HALE AND DORR LLP
Michael J. Summersgill
Sarah Beigbeder Petty
60 State Street
Boston, Massachusetts 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
Email:
    michael.summersgill@wilmerhale.com
    sarah.petty@wilmerhale.com

WILMER CUTLER PICKERING HALE AND DORR LLP
Todd C. Zubler
Grant K. Rowan
1875 Pennsylvania Avenue NW
Washington, D.C. 20006
Tel.: (202) 663-6636
Fax: (202) 663-6363
Email:    todd.zubler@wilmerhale.com
          grant.rowan@wilmerhale.com

BROOKS KUSHMAN P.C.
Frank A. Angileri
John S. Le Roy
1000 Town Center, 22nd Floor
Southfield, Michigan 48075
Tel.: (248) 358-4400
Fax: (248) 358-3351
Email:    fangileri@brookskushman.com
          jleroy@brookskushman.com

*Counsel for Ford Motor Company*

*STIPULATED MOTION REGARDING BRIEFING SCHEDULE FOR OBJECTIONS TO, AND MOTIONS TO MODIFY AND/OR ADOPT, ORDER OF THE SPECIAL MASTER REGARDING CLAIM CONSTRUCTION*
*Case No. 3:11-cv-05503-BHS*
*Page 3 of 5*

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

1

2 By: /s/      Floyd G. Short_____
Parker C. Folse III (WSBA No. 24895)
3 E-Mail: pfolse@susmangodfrey.com
Ian B. Crosby (WSBA No. 28461)
4 E-mail: icrosby@susmangodfrey.com
Floyd G. Short (WSBA No. 21632)
5 E-Mail: fshort@susmangodrey.com
Genevieve Vose (WSBA No. 38422)
6 E-Mail: gvose@susmangodfrey.com
Patrick C. Bageant (WSBA No. 44268)
7 E-Mail: pbageant@susmangodfrey.com

8
SUSMAN GODFREY L.L.P.
9 1201 3rd Avenue, Suite 3800
Seattle, WA 98101
10 Tel: (206) 516-3861
Fax: (206) 516-3883
11
*Counsel for Plaintiffs*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*STIPULATED MOTION REGARDING BRIEFING*   SAVITT BRUCE & WILLEY LLP
*SCHEDULE FOR OBJECTIONS TO, AND MOTIONS TO*   1425 Fourth Avenue, Suite 800
*MODIFY AND/OR ADOPT, ORDER OF THE SPECIAL*   Seattle, Washington 98101-2272
*MASTER REGARDING CLAIM CONSTRUCTION*   (206) 749-0500
*Case No. 3:11-cv-05503-BHS*
*Page 4 of 5*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was filed electronically with the Court and thus served simultaneously upon all counsel of record, this 16th day of August, 2013.

By: /s/ Sarah Beigbeder Petty
Sarah Beigbeder Petty (*pro hac vice*)
sarah.petty@wilmerhale.com
Tel.: (617) 526-6000
Fax: (617) 526-5000

*STIPULATED MOTION REGARDING BRIEFING SCHEDULE FOR OBJECTIONS TO, AND MOTIONS TO MODIFY AND/OR ADOPT, ORDER OF THE SPECIAL MASTER REGARDING CLAIM CONSTRUCTION*
Case No. 3:11-cv-05503-BHS
*Page 5 of 5*

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101-2272
(206) 749-0500