The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC, | Case No. 3:11-cv-05503-BHS |
| Plaintiffs, | **NOTICE OF APPEARANCE OF JORDAN CONNORS** |
| v. | |
| FORD MOTOR COMPANY, | |
| Defendant. | |

**TO:**       **The Clerk of the Court;**

**AND TO:**   **All Parties through their Counsel of Record**

PLEASE TAKE NOTICE of the appearance of Jordan Connors as counsel for Plaintiffs Eagle Harbor Holdings, LLC, and MediusTech, LLC, in the above-entitled action. All notices, pleadings or papers, except process, should be served upon said attorney at the address stated below:

> Jordan Connors
> SUSMAN GODFREY L.L.P.
> 1201 Third Avenue, Suite 3800
> Seattle, WA 98101
> Email: jconnors@susmangodfrey.com
> Phone: (206) 516-3880
> Fax: (206) 516-3883

*NOTICE OF APPEARANCE OF JORDAN CONNORS*
*Case No. 3:11-cv-05503-BHS*
*Page 1*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

2898287v1/012341

1  Dated: October 8, 2013                          By:  /s/   Jordan Connors

2
                                                   Parker C. Folse III (WSBA No. 24895)
3                                                  E-Mail: pfolse@susmangodfrey.com
                                                   Ian B. Crosby (WSBA No. 28461)
4                                                  E-mail: icrosby@susmangodfrey.com
                                                   Floyd G. Short (WSBA No. 21632)
5                                                  E-Mail: fshort@susmangodrey.com
                                                   Genevieve Vose Wallace (WSBA No. 38422)
6                                                  E-Mail: gwallace@susmangodfrey.com
7                                                  Patrick C. Bageant (WSBA No. 44268)
                                                   E-Mail: pbageant@susmangodfrey.com
8                                                  Jordan W. Connors (WSBA No. 41649)
                                                   E-Mail: jconnors@susmangodfrey.com
9                                                  E. Lindsay Calkins (WSBA No. 44127)
                                                   E-Mail: lcalkins@susmangodfrey.com
10
11                                                 SUSMAN GODFREY L.L.P.
                                                   1201 3rd Avenue, Suite 3800
12                                                 Seattle, WA 98101
                                                   Tel: (206) 516-3861
13                                                 Fax: (206) 516-3883

14
                                                   *Counsel for Plaintiffs*
15

16

17

18

19

20

21

22

23

24

25

26

27

*NOTICE OF APPEARANCE OF JORDAN CONNORS*            S U S M A N   G O D F R E Y   L . L . P .
*Case No. 3:11-cv-05503-BHS*                        1201 Third Avenue, Suite 3800
*Page 2*                                            Seattle, WA 98101-3000
                                                    Tel: (206) 516-3880; Fax: (206) 516-3883

2898287v1/012341

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 8, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who have registered for electronic notifications.

  Dated: October 8, 2013     By: */s/ Jordan Connors*

*CERTIFICATE OF SERVICE*
*Case No. 3:11-cv-05503-BHS*
*Page 1*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

2898287v1/012341