The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, <br><br> Defendant. | Case No. 3:11-CV-05503-BHS <br><br> **ORDER GRANTING DEFENDANT FORD MOTOR COMPANY'S RENEWED MOTION TO LIMIT THE NUMBER OF ASSERTED CLAIMS** <br><br> [PROPOSED] |

THIS MATTER comes before the Court on Defendant Ford Motor Company's Renewed Motion to Limit the Number of Asserted Claims. Having considered Ford's motion and all papers filed in support or opposition, the motion is hereby GRANTED. Plaintiffs are hereby ordered to limit the number of asserted claims to no more than 20. Plaintiffs are ordered to do so within 10 days of the Court's ruling on the Order of the Special Master Regarding Claim Construction (Dkt. 165).

DATED this ____ day of _____, 2013

_____
THE HONORABLE BENJAMIN H. SETTLE
United States District Judge

ORDER GRANTING DEFENDANT FORD MOTOR
COMPANY'S RENEWED MOTION TO LIMIT THE
NUMBER OF ASSERTED CLAIMS - 1
No. 3:11-cv-05503-BHS

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

Presented by:

**SAVITT BRUCE & WILLEY LLP**

By:   /s/ Duncan E. Manville
      Duncan E. Manville, WSBA #30304
      Fax:  (206) 749-0600
      Email:  dmanville@jetcitylaw.com

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Michael J. Summersgill (*pro hac vice*)
Sarah Beigbeder Petty (*pro hac vice*)
60 State Street
Boston, Massachusetts  02109
Tel.:  (617) 526-6000
Fax:  (617) 526-5000
Email:  michael.summersgill@wilmerhale.com
        sarah.petty@wilmerhale.com

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Todd C. Zubler (*pro hac vice*)
Grant K. Rowan (*pro hac vice*)
1875 Pennsylvania Avenue NW
Washington, D.C.  20006
Tel.:  (202) 663-6636
Fax:  (202) 663-6363
Email:  todd.zubler@wilmerhale.com
        grant.rowan@wilmerhale.com

**BROOKS KUSHMAN P.C.**
Frank A. Angileri (*pro hac vice*)
John S. Le Roy (*pro hac vice*)
1000 Town Center, 22nd Floor
Southfield, Michigan  48075
Tel.:  (248) 358-4400
Fax:  (248) 358-3351
Email:  fangileri@brookskushman.com
        jleroy@brookskushman.com

Attorneys for Defendant Ford Motor Company

ORDER GRANTING DEFENDANT FORD MOTOR
COMPANY'S RENEWED MOTION TO LIMIT THE
NUMBER OF ASSERTED CLAIMS - 2
No. 3:11-cv-05503-BHS

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

**CERTIFICATE OF SERVICE**

I certify that this pleading was filed electronically with the Court and thus served simultaneously upon all counsel of record, this 10th day of October, 2013.

                                          */s/ Duncan E. Manville*
                                        Duncan E. Manville

ORDER GRANTING DEFENDANT FORD MOTOR
COMPANY'S RENEWED MOTION TO LIMIT THE
NUMBER OF ASSERTED CLAIMS - 3
No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500