The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, <br><br> Defendant. | Case No. 3:11-CV-05503-BHS <br><br> **DECLARATION OF ALEXANDRA AMRHEIN IN SUPPORT OF DEFENDANT FORD MOTOR COMPANY'S RENEWED MOTION TO LIMIT THE NUMBER OF ASSERTED CLAIMS** |

I, Alexandra Amrhein, declare as follows:

1. I am a Senior Associate at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts, 02109. I am one of the attorneys responsible for the representation of Defendant Ford Motor Company ("Ford") in the above-captioned matter.

2. Attached to this declaration as *Exhibit 1* is a true and correct copy of an email from Floyd Short, counsel for Plaintiffs, to Sarah Petty, counsel for Ford, on October 5, 2012.

3. Attached to this declaration as *Exhibit 2* is a true and correct copy of a letter sent from Floyd Short, counsel for Plaintiffs, to Cosmin Maier, counsel for Ford, on March 8, 2013.

DECLARATION OF ALEXANDRA AMRHEIN - 1
No. 3:11-cv-05503-BHS

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

4.     Attached to this declaration as *Exhibit 3* is a true and correct copy of a letter sent from Michael Summersgill, counsel for Ford, to Floyd Short, counsel for Plaintiffs, on August 5, 2013.

5.     Attached to this declaration as *Exhibit 4* is a true and correct copy of emails between Floyd Short, counsel for Plaintiffs, and Michael Summersgill, counsel for Ford, on August 9, 2013.

6.     Attached to this declaration as *Exhibit 5* is a true and correct copy of a letter sent from Michael Summersgill, counsel for Ford, to Floyd Short, counsel for Plaintiffs, on September 10, 2013.

7.     Attached to this declaration as *Exhibit 6* is a true and correct copy of an email sent from Floyd Short, counsel for Plaintiffs, to Michael Summersgill, counsel for Ford, on September 11, 2013.

8.     Attached to this declaration as *Exhibit 7* is a true and correct copy of a letter sent from Michael Summersgill, counsel for Ford, to Floyd Short, counsel for Plaintiffs, on September 17, 2013.

9.     Attached to this declaration as *Exhibit 8* is a true and correct copy of *Broadcom Corp. v. Emulex Corp.*, No. 8:09-cv-01058, Dkt. No 167 (C.D. Cal. June 30, 2010).

10.    Attached to this declaration as *Exhibit 9* is a true and correct copy of *Intellectual Ventures I, LLC, v. Checkpoint Software Tech. Ltd., et al.*, No. 1:10-cv-01067, Dkt. No. 162 (D. Del. Nov. 3, 2011).

11.    Attached to this declaration as *Exhibit 10* is a true and correct copy of *NuVasive, Inc. v. Globus Medical, Inc.*, no. 1:10-cv-849-LPS, Dkt. 99 (D. Del. Nov. 23, 2011).

12.    Attached to this declaration as *Exhibits 11A –C* are true and correct copies of *TALTech Ltd. v. Esquel Enterprises Ltd.*, no. 2:04-cv-00974-TSZ, Dkt. Nos. 167, 169 and 173 (W.D. Wash. 2006).

DECLARATION OF ALEXANDRA AMRHEIN - 2
No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

1 | Executed on this 10th day of October, 2013.
2 |
3 |                                         */s/ Alexandra Amrhein*
                                        Alexandra Amrhein

DECLARATION OF ALEXANDRA AMRHEIN - 3
No. 3:11-cv-05503-BHS

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue, Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

**CERTIFICATE OF SERVICE**

I certify that this pleading was filed electronically with the Court and thus served simultaneously upon all counsel of record, this 10th day of October, 2013.

                                           */s/ Duncan E. Manville*
                                           Duncan E. Manville

DECLARATION OF ALEXANDRA AMRHEIN - 4
No. 3:11-cv-05503-BHS

**SAVITT BRUCE & WILLEY** LLP
1425 Fourth Avenue, Suite 800
Seattle, Washington  98101-2272
(206) 749-0500