The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 3:11-cv-05503-BHS<br><br>**DECLARATION OF ALEXANDRA AMRHEIN IN SUPPORT OF DEFENDANT FORD MOTOR COMPANY'S REPLY IN SUPPORT OF RENEWED MOTION TO LIMIT THE NUMBER OF ASSERTED CLAIMS AND OPPOSITION TO PLAINTIFFS' CROSS-MOTION TO LIMIT PRIOR ART REFERENCES** |

I, Alexandra Amrhein, declare as follows:

1. I am a Senior Associate at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts, 02109. I am one of the attorneys responsible for the representation of Defendant Ford Motor Company ("Ford") in the above-captioned matter.

2. Attached to this declaration as *Exhibit 1* is a true and correct copy of a chain of email correspondence between Gregory Teran, counsel for Ford, and Genevieve Vose Wallace, counsel for Plaintiffs, between October 16, 2013 and October 25, 2013.

3. Attached to this declaration as *Exhibit 2* is a true and correct copy of an email from Ian Crosby, counsel for Plaintiffs, to Michael Summersgill, counsel for Ford, dated October 24, 2011.

DECLARATION OF ALEXANDRA AMRHEIN - 1
No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

4. Attached to this declaration as *Exhibit 3* is a true and correct copy of *Visto Corp. v. Little Red Wagon Techs., Inc.*, No. 3:11-cv-02373, Dkt. No. 82 (N.D. Tex. July 23, 2012).

Executed on this 25th day of October, 2013.

                                         */s/ Alexandra Amrhein* _____
                                         Alexandra Amrhein

DECLARATION OF ALEXANDRA AMRHEIN - 2
No. 3:11-cv-05503-BHS

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

**CERTIFICATE OF SERVICE**

I certify that this pleading was filed electronically with the Court and thus served simultaneously upon all counsel of record, this 25th day of October, 2013.

                                        */s/ Duncan E. Manville*
                                        Duncan E. Manville

DECLARATION OF ALEXANDRA AMRHEIN - 3
No. 3:11-cv-05503-BHS

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500