# Exhibit 2

| | |
|---|---|
| **From:** | Ian B. Crosby <icrosby@SusmanGodfrey.com> |
| **Sent:** | Monday, October 24, 2011 7:11 PM |
| **To:** | Summersgill, Michael; Floyd G. Short |
| **Cc:** | Duncan Mannville; Zubler, Todd; Rowan, Grant; Parker Folse; Jeff Harmes; John S. LeRoy; Amy Leshan; Petty, Sarah; Patrick C. Bageant |
| **Subject:** | Re: MediusTech/Ford - Rule 26(f) Conference |

I recommend that you look at the new patents carefully before concluding that additional time would be required. The new patents are all continuations of already asserted patents and generally consist of combinations of already asserted claim elements relating to already accused systems.  The deleted patent, by contrast, takes an entire Ford vehicle system off the table.  Thus the amendment, in our view, narrows rather than broadens the scope of the case.

---
Ian B. Crosby
SUSMAN GODFREY LLP
icrosby@susmangodfrey.com
<applewebdata://A672F7F3-E7C5-43B6-A981-9937FE3F98CB/icrosby@susmangodfrey.com>
1201 Third Avenue
Suite 3800
Seattle, Washington 98101
206-516-3861 (tel)/206-516-3883 (fax)

On 10/16/11 1:52 PM, "Summersgill, Michael"
<Michael.Summersgill@wilmerhale.com> wrote:

>Floyd:
>
>My understanding is that your answer to our counterclaims is due
>tomorrow. We have no objection if EH would like to extend the time for
>it to respond to Ford's counterclaims until the time at which its
>responses to counterclaims on the new patents are due.
>
>Please note that our position is that the net addition of four patents
>to this case -- making it an eleven patent case -- will require a
>significant adjustment to the schedule. We'll include our proposed
>adjustments in our response to your 26f draft.
>
>Thanks.
>
>MJS
>
>----- Original Message -----
>From: Floyd G. Short [mailto:fshort@SusmanGodfrey.com]
>Sent: Sunday, October 16, 2011 04:35 PM

>To: Summersgill, Michael
>Cc: Duncan Mannville <dmanville@jetcitylaw.com>; Zubler, Todd; Rowan,
>Grant; Ian B. Crosby <icrosby@SusmanGodfrey.com>; Parker Folse
><pfolse@SusmanGodfrey.com>; Jeff Harmes <jeff.harmes@ehhllc.com>; John S.
>LeRoy <jleroy@brookskushman.com>; Amy Leshan
><aleshan@brookskushman.com>; Petty, Sarah; Patrick C. Bageant
><pbageant@susmangodfrey.com>
>Subject: RE: MediusTech/Ford - Rule 26(f) Conference
>
>Michael,
>
>We will be dropping Patent No. 6,771,208; and adding Patent Nos.
>8,006,117; 8,006,118; 8,006,119; 8,020,028; and 8,027,268.
>
>Best regards,
>Floyd
>
>-----Original Message-----
>From: Summersgill, Michael [mailto:Michael.Summersgill@wilmerhale.com]
>Sent: Friday, October 14, 2011 3:37 PM
>To: Ian B. Crosby; Petty, Sarah
>Cc: Duncan Mannville; Zubler, Todd; Rowan, Grant; Floyd G. Short;
>Parker Folse; Jeff Harmes; John S. LeRoy; Amy Leshan
>Subject: RE: MediusTech/Ford - Rule 26(f) Conference
>
>Ian:
>
>Please let us know what patent you will be dropping and what patents
>you will be adding.
>
>Thanks.
>
>MJS
>
>Michael J. Summersgill
>Wilmer Cutler Pickering Hale and Dorr LLP 60 State Street Boston, MA
>02109
>Tel:  617-526-6261
>Fax: 617-526-5000
>michael.summersgill@wilmerhale.com
>
>
>
>This email message and any attachments are confidential and may be
>privileged. If you are not the intended recipient, please notify Wilmer
>Cutler Pickering Hale and Dorr LLP immediately -- by replying to this
>message or by sending an email to postmaster@wilmerhale.com -- and
>destroy all copies of this message and any attachments without reading
>or disclosing their contents. Thank you.
>
>For more information about Wilmer Cutler Pickering Hale and Dorr LLP,
>please visit us at http://www.wilmerhale

\>
\>-----Original Message-----
\>From: Ian B. Crosby [mailto:icrosby@SusmanGodfrey.com]
\>Sent: Friday, October 14, 2011 10:41 AM
\>To: Petty, Sarah
\>Cc: Duncan Mannville; Summersgill, Michael; Zubler, Todd; Rowan, Grant;
\>Floyd G. Short; Parker Folse; Jeff Harmes; John S. LeRoy; Amy Leshan
\>Subject: Re: MediusTech/Ford - Rule 26(f) Conference
\>
\>We will be exercising our right to amend as a matter of course next
\>week to withdraw the assertion of one patent and add several others
\>that issued since the original complaint was filed on July 1.  (There
\>will be no new accused instrumentalities.)  Since you will be answering
\>and presumably asserting counterclaims in response, we don't think it
\>would serve any purpose for us to answer to the counterclaims asserted
\>in your original answer.  Please confirm that you will not deem any
\>defenses to those counterclaims waived if we don't respond to your
\>original answer and counterclaims.
\>
\>~Ian Crosby~
\>
\>On Oct 10, 2011, at 9:59 AM, "Petty, Sarah"
\><Sarah.Petty@wilmerhale.com>
\>wrote:
\>
\>> Sounds good, thanks.
\>>
\>> -----Original Message-----
\>> From: Ian B. Crosby [mailto:icrosby@SusmanGodfrey.com]
\>> Sent: Friday, October 07, 2011 3:58 PM
\>> To: Petty, Sarah; Duncan Mannville; Summersgill, Michael; Zubler,
\>Todd;
\>> Rowan, Grant
\>> Cc: Floyd G. Short; Parker Folse; Jeff Harmes; John S. LeRoy; Amy
\>Leshan
\>> Subject: Re: MediusTech/Ford - Rule 26(f) Conference
\>>
\>> Let's do it at 4 pacific on Tuesday the 11th.  We can use
\>888-887-4221,
\>> passcode 4276000.
\>>
\>> ---
\>> Ian B. Crosby
\>> SUSMAN GODFREY LLP
\>> icrosby@susmangodfrey.com
\>>
\><applewebdata://A672F7F3-E7C5-43B6-A981-9937FE3F98CB/icrosby@susmangodf
\>r
\>> ey.
\>> com>
\>> 1201 Third Avenue
\>> Suite 3800

3

\>> Seattle, Washington 98101
\>> 206-516-3861 (tel)/206-516-3883 (fax)
\>>
\>>
\>>
\>>
\>> On 10/6/11 9:02 AM, "Petty, Sarah" <Sarah.Petty@wilmerhale.com> wrote:
\>>
\>>> Ian,
\>>>
\>>> We are not available on Monday, October 10.  On Tuesday, October 11,
\>we
\>>> could do anytime between 8am and 10am, from 11am to noon, or anytime
\>>> after 2pm (all times Pacific).  On Wednesday, October 12, we could
\>>> do any time before 11am, or anytime after 1pm.  We are happy to
\>>> speak in the morning or evening to accommodate your meeting schedule.
\>>>
\>>> Regards,
\>>>
\>>> Sarah
\>>>
\>>> Sarah Beigbeder Petty | WilmerHale
\>>> 60 State Street
\>>> Boston, MA 02109 USA
\>>> +1 617 526 6755 (t)
\>>> +1 617 526 5000 (f)
\>>> sarah.petty@wilmerhale.com
\>>>
\>>> This email message and any attachments are being sent by Wilmer
\>Cutler
\>>> Pickering Hale and Dorr LLP, are confidential, and may be privileged.
\>> If
\>>> you are not the intended recipient, please notify us immediately-by
\>>> replying to this message or by sending an email to
\>>> postmaster@wilmerhale.com-and destroy all copies of this message and
\>> any
\>>> attachments. Thank you.
\>>>
\>>> For more information about WilmerHale, please visit us at
\>>> http://www.wilmerhale.com.
\>>>
\>>>
\>>>
\>>> -----Original Message-----
\>>> From: Ian B. Crosby [mailto:icrosby@SusmanGodfrey.com]
\>>> Sent: Wednesday, October 05, 2011 1:43 PM
\>>> To: dmanville@jetcitylaw.com; Summersgill, Michael; Petty, Sarah;
\>>> Zubler, Todd; Rowan, Grant
\>>> Cc: Floyd G. Short; Parker Folse; Jeff Harmes
\>>> Subject: MediusTech/Ford - Rule 26(f) Conference
\>>>
\>>> Counsel:

>>>
>>> I would like to schedule the Rule 26(f) conference in this case for
>>> Monday October 10 at 1:00 pm Pacific.  Please let me know if that
>time
>>> works for you, or propose an alternative time, preferably on that
>day.
>>> Although the deadline is October 12, I will be in meetings all day
>that
>>> day and on the 11th as well.
>>>
>>> Regards,
>>>
>>> ---
>>> Ian B. Crosby
>>> SUSMAN GODFREY LLP
>>>
>icrosby@susmangodfrey.com<applewebdata://A672F7F3-E7C5-43B6-A981-9937FE
>> 3
>>> F98CB/icrosby@susmangodfrey.com>
>>> 1201 Third Avenue
>>> Suite 3800
>>> Seattle, Washington 98101
>>> 206-516-3861 (tel)/206-516-3883 (fax)
>>