The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 3:11-cv-05503-BHS<br><br>DECLARATION OF E. LINDSAY CALKINS IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANT'S OPPOSITION TO CROSS-MOTION TO LIMIT PRIOR ART REFERENCES |

I, Erin Lindsay Calkins, declare as follows:

1. I am a member in good standing of the Washington State Bar.

2. I am an associate at the law firm Susman Godfrey LLP, counsel for Plaintiffs Eagle Harbor Holdings, LLC, and MediusTech, LLC (collectively "Medius") in this action. I submit this declaration in support of the Plaintiffs' Reply to Defendant's Opposition to Cross-Motion to Limit Prior Art References, which is filed herewith.

3. Attached hereto as **Exhibit 1** is a true and correct copy of email correspondence between Floyd Short, counsel for Medius, Todd Zubler, counsel for Defendant Ford ("Ford"), and Michael Summersgill, counsel for Ford, including an October

DECLARATION OF E. LINDSAY CALKINS
Case No. 3:11-cv-05503-BHS
Page 1

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880

2927321v1/012341

2, 2013 email from F. Short to M. Summersgill and an October 15, 2013 email from T. Zubler to F. Short.

4. Attached hereto as **Exhibit 2** is a true and correct copy of email correspondence between Genevieve Vose Wallace, counsel for Medius, and Gregory Teran, counsel for Ford, including an October 22, 2013 email from G. Teran to G. Wallace, an October 25, 2013 email from G. Wallace to G. Teran, and an October 25, 2013 email from G. Teran to G. Wallace.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of November, 2013.

By: /s/   E. Lindsay Calkins
E. Lindsay Calkins (WSBA No. 44127)
SUSMAN GODFREY L.L.P.
1201 3rd Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 506-3880
Fax: (206) 516-3883

*Counsel for Plaintiffs*

DECLARATION OF E. LINDSAY CALKINS
Case No. 3:11-cv-05503-BHS
Page 2

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880

2927321v1/012341

# CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who have registered for electronic notifications, and will cause the foregoing to be served upon the following by email:

Duncan E. Manville
**Savitt Bruce & Willey, LLP**
1425 Fourth Ave, Suite 800
Joshua Green Building
Seattle, WA 98101
dmanville@jetcitylaw.com

**Wilmer Cutler Pickering Hale & Dorr LLP**
60 State Street
Boston, MA 02109
michael.summersgill@wilmerhale.com
sarah.petty@wilmerhale.com

**Wilmer Cutler Pickering Hale & Dorr LLP**
1875 Pennsylvania Avenue NW
Washington, DC 20006
elise.miller@wilmerhale.com
grant.rowan@wilmerhale.com
todd.zubler@wilmerhale.com

**Brooks Kushman P.C.**
1000 Town Center, 22nd Floor
Southfield, MI 48075
fangilero@brookskushman.com
jleroy@brookskushman.com


Dated: November 1, 2013         By: */s/  Bianca Nealious*

DECLARATION OF E. LINDSAY CALKINS
Case No. 3:11-cv-05503-BHS
Page 3

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880

2927321v1/012341