UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 3:11-cv-05503-BHS<br><br>**JOINT STIPULATED MOTION & ORDER TO REVISE CASE SCHEDULE**<br><br>**NOTE ON MOTION CALENDAR: November 8, 2013** |

Due to challenges and difficulties in scheduling certain depositions and completing party and non-party discovery in advance of the deadline for opening expert reports, as well as the parties' desire to narrow the scope of the case in advance of that deadline and upon receipt of the Court's final *Markman* order, the parties have conferred and reached agreement about certain revisions to the case schedule going forward. The requested revisions provide for modest extensions to the deadlines for opening and rebuttal expert reports, as well as the close of discovery, while maintaining deadlines that impact the Court, such as the noting dates for dispositive and *Daubert* motions, motions in limine, pretrial filings (pretrial order, voir dire, trial briefs, and jury instructions), and the trial date.

In addition, the parties have agreed to the entry of certain interim discovery deadlines that will afford the parties further predictability concerning scheduling of depositions and completion of document production. On this showing of good cause, the parties respectfully and jointly move for the entry of the revised deadlines set out in Exhibit 1.

*JOINT STIPULATED MOTION TO REVISE CASE SCHEDULE*
*Case No. 3:11-cv-05503-BHS*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

2937775v1/012341
ActiveUS 117678953v.1

| | | |
|---|---|---|
| 1 | Dated: November 8, 2013 | By: /s/   Genevieve Vose Wallace |

Parker C. Folse III (WSBA No. 24895)
Ian B. Crosby (WSBA No. 28461)
Floyd G. Short (WSBA No. 21632)
Genevieve Vose Wallace (WSBA No. 38422)
Jordan W. Connors (WSBA No. 41649)
E. Lindsay Calkins (WSBA No. 44127)

**SUSMAN GODFREY L.L.P.**
1201 3rd Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 516-3861
Fax: (206) 516-3883
Emails: pfolse@susmangodfrey.com
icrosby@susmangodfrey.com
fshort@susmangodrey.com
gwallace@susmangodfrey.com
jconnors@susmangodfrey.com
lcalkins@susmangodfrey.com

*Counsel for Plaintiffs*


By: /s/ *Todd C. Zubler (w/permission)*

Duncan E. Manville, WSBA #30304
Email: dmanville@sbwllp.com
**SAVITT BRUCE &WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, WA 98101-2272
Tel: (206) 746-0500
Fax: (206) 749-0600

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Michael J. Summersgill (*pro hac vice*)
Sarah Beigbeder Petty (*pro hac vice*)
60 State Street
Boston, Massachusetts 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
Emails: michael.summersgill@wilmerhale.com
sarah.petty@wilmerhale.com

*Case No. 3:11-cv-05503-BHS*
*Page 1*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

2937775v1/012341
ActiveUS 117678953v.1

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Todd C. Zubler (*pro hac vice*)
Grant K. Rowan (*pro hac vice*)
1875 Pennsylvania Avenue NW
Washington, D.C. 20006
Tel.: (202) 663-6636
Fax: (202) 663-6363
Emails: todd.zubler@wilmerhale.com
grant.rowan@wilmerhale.com

**BROOKS KUSHMAN P.C.**
Frank A. Angileri (*pro hac vice*)
John S. Le Roy (*pro hac vice*)
1000 Town Center, 22nd Floor
Southfield, Michigan 48075
Tel.: (248) 358-4400
Fax: (248) 358-3351
Emails: fangileri@brookskushman.com
jleroy@brookskushman.com

*Counsel for Defendant*

It is so ordered.

Dated this 13th day of November, 2013.

_[signature]_
BENJAMIN H. SETTLE
United States District Judge

*Case No. 3:11-cv-05503-BHS*
*Page 2*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

2937775v1/012341
ActiveUS 117678953v.1

**Exhibit 1**

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Deadline for Medius to present narrowed list of claims (subject to changes based on claim construction order) | -- | 11/11/13 |
| Deadline for Ford to disclose list of 35 prior art references (subject to changes based on Medius' changes to asserted claims) | -- | 11/18/13 |
| Deadline for Medius to supplement Interrogatory response 12 (written description) | -- | 7 days after *Markman* order, so long as the *Markman* is received by 11/29/13<br><br>If the *Markman* order is not received by 11/29/13, deadline is 12/6/13 |
| Deadline for Ford to supplement response to interrogatory 11 (design-arounds) | -- | 12/2/13 |
| Deadline for Medius to serve amended infringement contentions | -- | 7 days after *Markman* order, so long as the *Markman* is received by 11/29/13<br><br>If the *Markman* order is not received by 11/29/13, deadline is 12/6/13 |
| Deadline for Ford to serve amended non-infringement contentions | -- | 14 days after receiving Medius's contentions, but not later than 12/20/13 |
| Deadline for Ford to serve amended invalidity contentions | -- | 21 days after receiving Medius's contentions, but not later than 12/27/13 |
| Deadline for the parties to substantially complete their document productions, not including electronic keyword searching of individual custodians. Until the scope of such electronic keyword searching of individual custodians is resolved through agreement of | -- | 11/22/13 |

*Case No. 3:11-cv-05503-BHS*
*Page 3*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

2937775v1/012341
ActiveUS 117678953v.1

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| the parties or Court order, the documents of any Ford deponent will be produced at least a week in advance of their deposition. The documents to be produced will be determined through negotiation of counsel as to search terms. | | |
| Deadline for Ford to produce documents omitted from the 11/22/13 deadline | -- | To be set by agreement of the parties or order of the Court. Such production will be complete before the close of discovery |
| Deadline for Ford to present all 30(b)(6) witnesses | -- | 12/20/13 |
| Deadline for Medius to present Dan Preston and Pierce Lutter for deposition | -- | 12/20/13 |
| Opening expert reports | 12/9/13 | 1/10/14 |
| Rebuttal expert reports | 1/7/14 | 2/14/14 |
| All motions related to fact discovery must be filed | 1/17/14 | 2/7/14 |
| Expert depositions | -- | 2/24/14 – 3/7/14 |
| Close of fact and expert discovery | 2/18/14 | 3/7/14 |
| Dispositive Motion (and *Daubert* Motion) Deadline | 3/18/14 (motions noted for 4/11/14) | 3/20/14 (motions noted for 4/11/14) |
| Motions in limine | 5/12/14 (motions noted for 5/23/14) | 5/12/14 (motions noted for 5/23/14) |
| Agreed pretrial order, trial briefs, proposed voir dire, and jury instructions due | 5/27/14 | 5/27/14 |

*Case No. 3:11-cv-05503-BHS*
*Page 4*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

2937775v1/012341
ActiveUS 117678953v.1

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Pretrial conference | 6/2/14 | 6/2/14 |
| Trial Begins | 6/16/14 | 6/16/14 |

*Case No. 3:11-cv-05503-BHS*
*Page 5*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

2937775v1/012341
ActiveUS 117678953v.1