1

The Honorable Benjamin H. Settle

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

11

12

13

14

15

EAGLE HARBOR HOLDINGS, LLC, and
MEDIUSTECH, LLC,

                    Plaintiffs,

*v.*

FORD MOTOR COMPANY,

                    Defendant.

Case No. 3:11-cv-05503-BHS

**NOTICE TO WITHDRAW
PENDING MOTION**

16

17

18

19

20

      WHEREAS on October 17, 2013, Plaintiffs Eagle Harbor Holdings, LLC and MediusTech, LLC ("Medius") filed Plaintiffs' Response to Defendant's Renewed Motion to Limit the Number of Asserted Claims and Cross-Motion to Limit Prior Art References [Dkt. No. 178], which was noted for hearing on November 1, 2013.

21

22

      MEDIUS, by and through its undersigned counsel, HEREBY GIVES NOTICE THAT:

23

24

      1.     The Court's Order Granting Joint Motion re Schedule [Dkt. No. 183] resolves the issues outlined in Medius's Cross-Motion to Limit Prior Art References; and

25

26

      2.     Medius's pending Cross-Motion to Limit Prior Art References [Dkt. No. 178] is therefore VOLUNTARILY WITHDRAWN WITHOUT PREJUDICE.

27

*NOTICE TO WITHDRAW PENDING MOTION*
*Case No. 3:11-cv-05503-BHS*
*Page 1*

2947044v1/012341

S U S M A N  G O D F R E Y  L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

1   Dated:  November 14, 2013                By: */s/  Genevieve Vose Wallace*

2                                            Parker C. Folse III (WSBA No. 24895)
                                             Ian B. Crosby (WSBA No. 28461)
3                                            Floyd G. Short (WSBA No. 21632)
                                             Genevieve Vose Wallace (WSBA No. 38422)
4                                            Jordan W. Connors (WSBA No. 41649)
                                             Patrick C. Bageant (WSBA No. 44268)
5                                            E. Lindsay Calkins (WSBA No. 44127)

6                                            SUSMAN GODFREY L.L.P.
                                             1201 3rd Avenue, Suite 3800
7                                            Seattle, WA 98101
                                             Tel: (206) 516-3861
8                                            Fax: (206) 516-3883
                                             Emails: pfolse@susmangodfrey.com
9                                                      icrosby@susmangodfrey.com
                                                       fshort@susmangodrey.com
10                                                     gwallace@susmangodfrey.com
                                                       jconnors@susmangodfrey.com
11                                                     pbageant@susmangodfrey.com
                                                       lcalkins@susmangodfrey.com

12

13                                           *Counsel for Plaintiffs*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Duncan E. Manville<br>**Savitt Bruce & Willey, LLP**<br>1425 Fourth Ave, Suite 800<br>Joshua Green Building<br>Seattle, WA 98101<br>Tele: (206) 746-0500<br>Fax:  (206) 749-0600<br>Email:  dmanville@jetcitylaw.com | Michael J. Summersgill<br>Sarah Beigbeder Petty<br>**Wilmer Cutler Pickering Hale & Dorr LLP**<br>60 State Street<br>Boston, MA 02109<br>Tel:  (617) 526-6000<br>Fax: (617) 526-5000<br>Emails:  michael.summersgill@wilmerhale.com<br>sarah.petty@wilmerhale.com |
| Todd C. Zubler<br>Grant K. Rowan<br>**Wilmer Cutler Pickering Hale & Dorr LLP**<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Tel:  (202) 663-6636<br>Fax: (202) 663-6363<br>Emails:  grant.rowan@wilmerhale.com<br>todd.zubler@wilmerhale.com | Frank A. Angileri<br>John S. Le Roy<br>**Brooks Kushman P.C.**<br>1000 Town Center, 22nd Floor<br>Southfield, MI 48075<br>Tel:  (248)358-4400<br>Fax: (248) 358-3351<br>Emails:  fangilero@brookskushman.com<br>jleroy@brookskushman.com |

*/s/ Genevieve Vose Wallace*

*CERTIFICATE OF SERVICE*
*Case No. 3:11-cv-05503-BHS*
*Page 1*

S U S M A N  G O D F R E Y  L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

2947044v1/012341