The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 3:11-cv-05503-BHS<br><br>**PLAINTIFF'S UNOPPOSED MOTION AND [PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL**<br><br>**NOTE ON MOTION CALENDAR: NOVEMBER 26, 2013** |

Pursuant to Local Civil Rule LCR(5)(g), Plaintiffs Eagle Harbor Holdings, LLC, and MediusTech, LLC ("Medius") respectfully submit this Unopposed Motion and [Proposed] Order to File Exhibits 13 and 16 to the Declaration of Jordan Connors in Support of Plaintiff's Eagle Harbor Holdings, LLC's and MediusTech, LLC's Expedited Joint Discovery Motion Pursuant to LCR 37 Regarding Ford's Document Production under seal.

The limited material sought sealed is:

Exhibit 13:   Email chain between Ford and Medius employees discussing proprietary technology;

*PLAINTIFF'S UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL*
*Case No. 3:11-cv-05503-BHS*
*Page 1 of 4*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

Exhibit 16:   Deposition transcript of Ford employee Jeffrey Rupp, which includes discussion of proprietary technology.

These documents are submitted in support of the parties' Joint LCR 37 Discovery Submission Regarding Ford's Document Production. Ford designated those documents confidential. The parties have stipulated that the sensitive material contained in documents so designated also merits filing under seal.

Open discovery is favored in this district, and there is a presumption of access to publically-filed documents. LCR 5(g). The confidential and sensitive nature of the material discussed in these documents, however, is good cause to keep them under seal. *See Myhrvold v. Lodsys Grp., LLC*, C13-1173 RAJ, 2013 WL 5488791, at *4 (W.D. Wash. Sept. 27, 2013) (party must show good cause to keep documents under seal). Medius respectfully request that Exhibits 13 and 16 be sealed.

Dated: November 26, 2013

By:/s/          *Jordan Connors*          
Parker C. Folse III (WSBA No. 24895)
E-Mail: pfolse@susmangodfrey.com
Ian B. Crosby (WSBA No. 28461)
E-mail: icrosby@susmangodfrey.com
Floyd G. Short (WSBA No. 21632)
E-Mail: fshort@susmangodrey.com
Genevieve Vose Wallace (WSBA No. 38422)
E-Mail: gwallace@susmangodfrey.com
Jordan Connors (WSBA No. 41649)
E-Mail: jconnors@susmangodfrey.com
E. Lindsay Calkins (WSBA No. 44127)
E-Mail: lcalkins@susmangodfrey.com

SUSMAN GODFREY L.L.P.
1201 3rd Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 516-3861
Fax: (206) 516-3883

*Counsel for Plaintiffs*

*PLAINTIFF'S UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL*
*Case No. 3:11-cv-05503-BHS*
*Page 2 of 4*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

1    **IT IS SO ORDERED.**

2

3    **Dated this _____ day of November, 2013.**

4

5
_____
6
**UNITED STATES DISTRICT JUDGE**
7    **BENJAMIN H. SETTLE**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*PLAINTIFF'S UNOPPOSED MOTION TO FILE*
*DOCUMENTS UNDER SEAL*
*Case No. 3:11-cv-05503-BHS*
*Page 3 of 4*

S U S M A N  G O D F R E Y  L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

# CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who have registered for electronic notifications, and I caused the foregoing to be served upon the following by email:

Duncan E. Manville
**Savitt Bruce & Willey, LLP**
1425 Fourth Ave, Suite 800
Joshua Green Building
Seattle, WA 98101
dmanville@jetcitylaw.com

Michael J. Summersgill
Sarah Beigbeder Petty
**Wilmer Cutler Pickering Hale & Dorr LLP**
60 State Street
Boston, MA 02109
michael.summersgill@wilmerhale.com
sarah.petty@wilmerhale.com

Todd C. Zubler
Grant K. Rowan
**Wilmer Cutler Pickering Hale & Dorr LLP**
1875 Pennsylvania Avenue NW
Washington, DC 20006
grant.rowan@wilmerhale.com
todd.zubler@wilmerhale.com

Frank A. Angileri
John S. LeRoy
**Brooks Kushman P.C.**
1000 Town Center, 22nd Floor
Southfield, MI 48075
fangilero@brookskushman.com
jleroy@brookskushman.com

/s/     *Mandi Bruns*

*PLAINTIFF'S UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL*
*Case No. 3:11-cv-05503-BHS*
*Page 4 of 4*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883