The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 3:11-cv-05503-BHS<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY**<br><br>NOTE ON MOTION CALENDAR:<br>November 26, 2013 |

Pursuant to Federal Rule of Civil Procedure 7(b), Ford Motor Company ("Ford") requests leave to file a two-paragraph Sur-Reply to the Joint Motion for Discovery Pursuant to LCR 37 Regarding Ford's Document Production (Dkt. No. 187). On December 2, 2013,[1] Ford obtained consent via electronic mail from Plaintiffs to file this motion unopposed.

Ford's sur-reply, submitted with this motion, responds to new factual assertions made by Plaintiffs in their Reply section of the Joint Motion. Ford believes this sur-reply brief will assist the Court in determining the issues presented while serving the interests of judicial economy.

---

[1] Ford has noted this motion for the same date as the underlying motion (Dkt. No. 187).

UNOPPOSED MOTION FOR LEAVE
TO FILE SUR-REPLY - 1
No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

DATED: December 3, 2013

**SAVITT BRUCE & WILLEY LLP**

By: ___*/s/ Duncan E. Manville*___
    Duncan E. Manville, WSBA #30304
    Fax: (206) 749-0600
    Email: dmanville@sbwllp.com

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Michael J. Summersgill *(pro hac vice)*
Sarah Beigbeder Petty *(pro hac vice)*
60 State Street
Boston, Massachusetts  02109
Tel.:  (617) 526-6000
Fax:  (617) 526-5000
Email:  michael.summersgill@wilmerhale.com
        sarah.petty@wilmerhale.com

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Todd C. Zubler *(pro hac vice)*
Grant K. Rowan *(pro hac vice)*
1875 Pennsylvania Avenue NW
Washington, D.C. 20006
Tel.:  (202) 663-6636
Fax:  (202)663-6363
Email:  todd.zubler@wilmerhale.com
        grant.rowan@wilmerhale.com

**BROOKS KUSHMAN P.C.**
Frank A. Angileri (*pro hac vice*)
John S. Le Roy (*pro hac vice*)
1000 Town Center, 22nd Floor
Southfield, Michigan  48075
Tel.:  (248) 358-4400
Fax:  (248) 358-3351
Email:  fangileri@brookskushman.com
        jleroy@brookskushman.com

Attorneys for Defendant Ford Motor Company

UNOPPOSED MOTION FOR LEAVE
TO FILE SUR-REPLY - 2
No. 3:11-cv-05503-BHS

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

**IT IS SO ORDERED.**

Dated this _____ day of December, 2013.

---------------------------------------------
THE HONORABLE BENJAMIN H. SETTLE
United States District Judge

UNOPPOSED MOTION FOR LEAVE
TO FILE SUR-REPLY - 3
No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

**CERTIFICATE OF SERVICE**

I certify that this pleading was filed electronically with the Court and thus served simultaneously upon all counsel of record, this 3rd day of December, 2013.

/s/ *Duncan E. Manville*
Duncan E. Manville

CERTIFICATE OF SERVICE - 1
No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500