The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

EAGLE HARBOR HOLDINGS, LLC, and
MEDIUSTECH, LLC,

     Plaintiffs,

     v.

FORD MOTOR COMPANY,

     Defendant.

Case No. 3:11-cv-05503-BHS

**FORD'S SUR-REPLY TO THE JOINT MOTION FOR DISCOVERY PURSUANT TO LCR 37 REGARDING FORD'S DOCUMENT PRODUCTION**

NOTE ON MOTION CALENDAR:
November 26, 2013

     Plaintiffs attempt to justify their request for additional email discovery by asserting in their Reply that they "searched email from all their employees using 198 search terms and produced 53,216 emails and attachments." (Dkt. No. 187 at 24).  Ford never asked Plaintiffs to search all of their employees' emails using nearly 200 search terms.  Indeed, despite multiple previous requests for this information, Plaintiffs previously refused to identify which custodians they had collected emails from and what search terms they had used. (Leshan Decl. ¶ 10, Ex. I)[1]

---

[1] Plaintiffs claim they provided information on this topic during the deposition of Mr. Brian Hewitt, but that deposition took place on November 19, 2013, *the same day Ford's opposition to Plaintiffs motion was due*.  Ford had no meaningful opportunity to review or address this information, which Plaintiffs refused to provide during several earlier conferences with Ford on ESI discovery.

FORD'S SUR-REPLY TO THE JOINT MOTION FOR
DISCOVERY PURSUANT TO LCR 37 REGARDING FORD'S
DOCUMENT PRODUCTION - 1
No. 3:11-cv-05503-BHS

In any event, Plaintiffs' internal email collection process does not justify the email discovery they seek from Ford.  Their claim that they "searched email from all their employees" masks the fact that Medius only has nine employees.  (Ex. A (November 19, 2013 Deposition of Brian Hewitt at 213:17-25).)  Moreover, regardless of how Plaintiffs chose to search their own ESI, this District's Model ESI Agreement and the Model Patent Order provide reasonable but fair default limits on how much ESI searching may be imposed on an adversary: five custodians, and five search terms each.  Ford has agreed to search more than double these amounts.  Plaintiffs' refusal to pay for additional searching of so-called "general" custodians using "general" terms shows that even they believe their requested searching is excessive.

For these reasons, as well as those stated in the parties' Joint Motion for Discovery Pursuant to LCR 37 (Dkt. No. 187), Ford respectfully requests that Plaintiffs' request be denied.

DATED:  December 3, 2013

**SAVITT BRUCE & WILLEY LLP**

By:      /s/ Duncan E. Manville
        Duncan E. Manville, WSBA #30304
        Fax: (206) 749-0600
        Email: dmanville@sbwllp.com

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Michael J. Summersgill *(pro hac vice)*
Sarah Beigbeder Petty *(pro hac vice)*
60 State Street
Boston, Massachusetts  02109
Tel.:  (617) 526-6000
Fax:  (617) 526-5000
Email:  michael.summersgill@wilmerhale.com
        sarah.petty@wilmerhale.com

FORD'S SUR-REPLY TO THE JOINT MOTION FOR
DISCOVERY PURSUANT TO LCR 37 REGARDING FORD'S
DOCUMENT PRODUCTION - 2
No. 3:11-cv-05503-BHS

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Todd C. Zubler *(pro hac vice)*
Grant K. Rowan *(pro hac vice)*
1875 Pennsylvania Avenue NW
Washington, D.C. 20006
Tel.:  (202) 663-6636
Fax:  (202)663-6363
Email:  todd.zubler@wilmerhale.com
          grant.rowan@wilmerhale.com

**BROOKS KUSHMAN P.C.**
Frank A. Angileri (*pro hac vice*)
John S. Le Roy (*pro hac vice*)
1000 Town Center, 22nd Floor
Southfield, Michigan  48075
Tel.:  (248) 358-4400
Fax:  (248) 358-3351
Email:  fangileri@brookskushman.com
          jleroy@brookskushman.com

Attorneys for Defendant Ford Motor Company

FORD'S SUR-REPLY TO THE JOINT MOTION FOR
DISCOVERY PURSUANT TO LCR 37 REGARDING FORD'S
DOCUMENT PRODUCTION - 3
No. 3:11-cv-05503-BHS

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

## **CERTIFICATE OF SERVICE**

I certify that this pleading was filed electronically with the Court and thus served simultaneously upon all counsel of record, this 3rd day of December, 2013.


/s/ *Duncan E. Manville*
Duncan E. Manville

CERTIFICATE OF SERVICE - 1
No. 3:11-cv-05503-BHS

**SAVITT BRUCE & WILLEY** LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500