The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, <br><br> Defendant. | Case No. 3:11-CV-05503-BHS <br><br> **DECLARATION OF ALEXANDRA AMRHEIN** |

I, Alexandra Amrhein, declare as follows:

1. I am a Senior Associate at the law firm of Wilmer Cutler Pickering Hale & Dorr LLP, located at 60 State Street, Boston, MA 02109. I am one of the attorneys responsible for the representation of Defendant Ford Motor Company ("Ford") in the above-captioned matter.

2. Attached hereto is a true and correct copy of an excerpt from the transcript of the November 19, 2013 Deposition of Brian Hewitt.

/ /

/ /

/ /

/ /

DECLARATION OF ALEXANDRA AMRHEIN - 1
No. 3:11-cv-05503-BHS

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

1  I declare under penalty of perjury under the laws of the United States of America that
2  the foregoing is true and correct.
3  Executed on this 3rd day of December, 2013.

                                        */s/ Alexandra Amrhein*
                                        Alexandra Amrhein

DECLARATION OF ALEXANDRA AMRHEIN - 2
No. 3:11-cv-05503-BHS

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

**CERTIFICATE OF SERVICE**

I certify that this pleading was filed electronically with the Court and thus served simultaneously upon all counsel of record, this 3rd day of December, 2013.

                                          */s/ Duncan E. Manville*
                                          Duncan E. Manville

DECLARATION OF ALEXANDRA AMRHEIN - 3
No. 3:11-cv-05503-BHS

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue, Suite 800
Seattle, Washington  98101-2272
(206) 749-0500