# Exhibit A

```
                    CONFIDENTIAL
              BRIAN HEWITT - 11/9/2013
```

```
              UNITED STATES DISTRICT COURT

         WESTERN DISTRICT OF WASHINGTON AT TACOMA
_____

EAGLE HARBOR HOLDINGS, LLC,      )
and MEDIUSTECH, LLC,             )
                                 )
             Plaintiffs,         )
                                 )
         v.                      )No. 3:11-cv-05503-BHS
                                 )
FORD MOTOR COMPANY,              )
                                 )
             Defendant.          )
_____

         Videotape Deposition Upon Oral Examination

                            of

                       BRIAN HEWITT



                 * * * CONFIDENTIAL * * *

_____

          Taken at 1201 Third Avenue, Suite 3800

                    Seattle, Washington




DATE:   Tuesday, November 19, 2013

REPORTED BY:   Ronald L. Cook

               CCR, RMR, CRR
```

CONFIDENTIAL
BRIAN HEWITT - 11/9/2013

Page 222

```
 1         Q.    Since the time that Eagle Harbor first
 2   decided to sue Ford, prior to 2010, have any e-mails
 3   or other documents been destroyed?
 4         A.    Not that I'm aware of, no.
 5         Q.    When was the last time that you're aware
 6   of when e-mails would have been deleted?
 7         A.    I'm not aware of e-mails ever being
 8   deleted other than spam or perhaps newsletters.
 9         Q.    Does the same apply to documents,
10   electronic or otherwise?
11         A.    Yes.
12         Q.    Were Medius employees notified of an
13   obligation to preserve documents in connection with
14   this case?
15         A.    Yes.
16         Q.    Which employees were notified?
17         A.    All employees.  I can -- happy to list
18   them off if you like.
19         Q.    Please do so.
20         A.    Dan Preston, Sam Hemingway, Gina Manos,
21   Joe Preston, Jeff Harmes, David Marsing, Tom Manos,
22   Ken Schofield, and myself.
23         Q.    Those are all of Medius's employees?
24         A.    At this time that -- yes.  There may have
25   been other employees in the company from the time the
```