The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC,<br><br>    Plaintiffs<br>v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | NO.   3:11-cv-05503-BHS<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that on December 3, 2013, the following documents:

- **APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE – MICHAEL HEYISON**
- **APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE – JONATHAN WOODARD**
- **CERTIFICATE OF SERVICE**

were electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED: December 3, 2013.

_____
Cindy M. Lein

CERTIFICATE OF SERVICE - 1
3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500