The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC,

Plaintiffs,

v.

FORD MOTOR COMPANY,

Defendant.

Case No. 3:11-CV-05503-BHS

**ORDER GRANTING DEFENDANT FORD MOTOR COMPANY'S MOTION FOR FURTHER CLAIM CONSTRUCTION PURSUANT TO THE COURT'S CLAIM CONSTRUCTION ORDER**

NOTE ON MOTION CALENDAR: January 10, 2014

[PROPOSED]

THIS MATTER comes before the Court on Defendant Ford Motor Company's Motion for Further Claim Construction Pursuant to the Court's Claim Construction Order. Having considered Ford's motion and all papers filed in support or opposition, the motion is hereby GRANTED. The "multiprocessor" terms identified in Exhibit A to Ford's motion shall be construed as follows:

- For patents in the '260 family ('260, '739), the multiprocessor terms shall be construed as "two or more processors that run a dynamic configuration system to control the execution of applications across processors."
- For patents in the '136 family ('136, '028, '118, '119), the multiprocessor terms shall be construed as "two or more processors that run a secure real-time executive to control the execution of applications across processors."

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

DATED this ____ day of ________________, 2014

________________________________________

THE HONORABLE BENJAMIN H. SETTLE
United States District Judge

ORDER GRANTING DEFENDANT FORD MOTOR COMPANY'S MOTION FOR FURTHER CLAIM CONSTRUCTION - 2
Case No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

Presented by:

**SAVITT BRUCE & WILLEY LLP**

By: /s/ Duncan E. Manville
Duncan E. Manville, WSBA #30304
Fax: (206) 749-0600
Email: dmanville@jetcitylaw.com

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Michael J. Summersgill (*pro hac vice*)
Sarah Beigbeder Petty (*pro hac vice*)
60 State Street
Boston, Massachusetts 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
Email: michael.summersgill@wilmerhale.com
sarah.petty@wilmerhale.com

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Todd C. Zubler (*pro hac vice*)
Grant K. Rowan (*pro hac vice*)
1875 Pennsylvania Avenue NW
Washington, D.C. 20006
Tel.: (202) 663-6636
Fax: (202) 663-6363
Email: todd.zubler@wilmerhale.com
grant.rowan@wilmerhale.com

**BROOKS KUSHMAN P.C.**
Frank A. Angileri (*pro hac vice*)
John S. Le Roy (*pro hac vice*)
1000 Town Center, 22nd Floor
Southfield, Michigan 48075
Tel.: (248) 358-4400
Fax: (248) 358-3351
Email: fangileri@brookskushman.com
jleroy@brookskushman.com

Attorneys for Defendant Ford Motor Company

ORDER GRANTING DEFENDANT FORD MOTOR COMPANY'S MOTION FOR FURTHER CLAIM CONSTRUCTION - 3
Case No. 3:11-cv-05503-BHS

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

**CERTIFICATE OF SERVICE**

I certify that this pleading was filed electronically with the Court and thus served simultaneously upon all counsel of record, this 24th day of December, 2013.

*/s/ Duncan E. Manville*
Duncan E. Manville

ORDER GRANTING DEFENDANT FORD MOTOR COMPANY'S MOTION FOR FURTHER CLAIM CONSTRUCTION - 4
Case No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500