The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 3:11-cv-05503-BHS<br><br>**STIPULATED MOTION AND PROPOSED ORDER REGARDING CONTINUATION OF NOTING DATE FOR DEFENDANT FORD'S MOTION FOR FURTHER CLAIM CONSTRUCTION**<br><br>NOTE ON MOTION CALENDAR:<br><br>December 30, 2013 |

**STIPULATED MOTION**

By and through their counsel of record and subject to the Court's approval, Plaintiffs Eagle Harbor Holdings, LLC and MediusTech, LLC (collectively "Plaintiffs") and Defendant Ford Motor Company ("Ford") hereby stipulate and agree that the noting date for Ford's Motion for Further Claim Construction, Dkt. 202, currently set for January 10, 2014, may and should be extended by seven (7) days to January 17, 2014, and that Plaintiffs' response to the motion therefore shall be due on January 13, 2014. The parties respectfully move the Court for an order to that effect. Various attorneys have been out of the office due to the holidays, and there is good cause to continue the noting date, allowing the parties to put forth their best arguments. A proposed order is attached to this motion.

STIPULATED MOTION AND PROPOSED ORDER REGARDING CONTINUATION OF NOTING DATE FOR DEFENDANT FORD'S MOTION FOR FURTHER CLAIM CONSTRUCTION
*Case No. 3:11-cv-05503-BHS*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

| | |
|---|---|
| Dated:  December 30, 2013 | By: /s/    *E. Lindsay Calkins* |
| | Parker C. Folse III (WSBA No. 24895) |
| | Ian B. Crosby (WSBA No. 28461) |
| | Floyd G. Short (WSBA No. 21632) |
| | Genevieve V. Wallace (WSBA No. 38422) |
| | Jordan Connors (WSBA No. 41649) |
| | E. Lindsay Calkins (WSBA No. 44127) |

SUSMAN GODFREY L.L.P.
1201 3rd Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 516-3861
Fax : (206) 516-3883
E-Mail:   pfolse@susmangodfrey.com
             icrosby@susmangodfrey.com
             fshort@susmangodrey.com
             gwallace@susmangodfrey.com
             jconnors@susmangodfrey.com
             lcalkins@susmangodfrey.com

*Counsel for Plaintiffs*

By:/s/ *Alexandra Amrhein (w/permission)*
Duncan E. Manville, WSBA #30304
Email: dmanville@jetcitylaw.com
SAVITT BRUCE & WILLEY LLP
Joshua Green Building
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101-2272
Tel. (206) 749-0500
Fax (206) 749-0600

WILMER CUTLER PICKERING HALE
AND DORR LLP
Michael J. Summersgill
Alexandra Amrhein
60 State Street
Boston, Massachusetts 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
Email:    michael.summersgill@wilmerhale.com
             alexandra.amrhein@wilmerhale.com

WILMER CUTLER PICKERING HALE
AND DORR LLP
Todd C. Zubler

---

STIPULATED MOTION AND PROPOSED ORDER REGARDING
CONTINUATION OF NOTING DATE FOR DEFENDANT FORD'S
MOTION FOR FURTHER CLAIM CONSTRUCTION - 2 -
*Case No. 3:11-cv-05503-BHS*

S U S M A N   G O D F R E Y   L . L . P .
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

Grant K. Rowan
1875 Pennsylvania Avenue NW
Washington, D.C. 20006
Tel.: (202) 663-6636
Fax: (202) 663-6363
Email:   todd.zubler@wilmerhale.com
              grant.rowan@wilmerhale.com

BROOKS KUSHMAN P.C.
Frank A. Angileri
John S. Le Roy
1000 Town Center, 22nd Floor
Southfield, Michigan 48075
Tel.: (248) 358-4400
Fax: (248) 358-3351
Email:   fangileri@brookskushman.com
              jleroy@brookskushman.com

*Counsel for Ford Motor Company*

**ORDER**

The parties have stipulated that the noting date for Ford's Motion for Further Claim Construction, Dkt. 202 (currently set for January 10, 2014) should be continued to January 17, 2014.  The Court accepts the parties' stipulation.

IT IS SO ORDERED.

DATED this ____ day of _____, 201__.

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATED MOTION AND PROPOSED ORDER REGARDING CONTINUATION OF NOTING DATE FOR DEFENDANT FORD'S MOTION FOR FURTHER CLAIM CONSTRUCTION - 3 -
*Case No. 3:11-cv-05503-BHS*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who have registered for electronic notifications, and I caused the foregoing to be served upon the following by email:

| | |
|---|---|
| Duncan E. Manville<br>**Savitt Bruce & Willey, LLP**<br>1425 Fourth Ave, Suite 800<br>Joshua Green Building<br>Seattle, WA 98101<br>Tele: (206) 746-0500<br>Fax: (206) 749-0600<br>Email: dmanville@jetcitylaw.com | Michael J. Summersgill<br>Sarah Beigbeder Petty<br>**Wilmer Cutler Pickering Hale & Dorr LLP**<br>60 State Street<br>Boston, MA 02109<br>Tel: (617) 526-6000<br>Fax: (617) 526-5000<br>Emails: michael.summersgill@wilmerhale.com<br>           sarah.petty@wilmerhale.com |
| Todd C. Zubler<br>Grant K. Rowan<br>Elise Miller<br>**Wilmer Cutler Pickering Hale & Dorr LLP**<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Tel: (202) 663-6636<br>Fax: (202) 663-6363<br>Emails: grant.rowan@wilmerhale.com<br>           todd.zubler@wilmerhale.com<br>           elise.miller@wilmerhale.com | Frank A. Angileri<br>John S. Le Roy<br>**Brooks Kushman P.C.**<br>1000 Town Center, 22nd Floor<br>Southfield, MI 48075<br>Tel: (248)358-4400<br>Fax: (248) 358-3351<br>Emails: fangilero@brookskushman.com<br>           jleroy@brookskushman.com |

/s/ *Bianca Nealious*

STIPULATED MOTION AND PROPOSED ORDER REGARDING CONTINUATION OF NOTING DATE FOR DEFENDANT FORD'S MOTION FOR FURTHER CLAIM CONSTRUCTION - 4 -
*Case No. 3:11-cv-05503-BHS*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883