The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC, <br><br>Plaintiffs, <br><br>v. <br><br>FORD MOTOR COMPANY, <br><br>Defendant. | Case No. 3:11-cv-05503-BHS <br><br>**STIPULATED MOTION AND PROPOSED ORDER REGARDING CONTINUATION OF NOTING DATE FOR DEFENDANT FORD'S MOTION FOR FURTHER CLAIM CONSTRUCTION** <br><br>NOTE ON MOTION CALENDAR: <br><br>December 30, 2013 |

## STIPULATED MOTION

By and through their counsel of record and subject to the Court's approval, Plaintiffs Eagle Harbor Holdings, LLC and MediusTech, LLC (collectively "Plaintiffs") and Defendant Ford Motor Company ("Ford") hereby stipulate and agree that the noting date for Ford's Motion for Further Claim Construction, Dkt. 202, currently set for January 10, 2014, may and should be extended by seven (7) days to January 17, 2014, and that Plaintiffs' response to the motion therefore shall be due on January 13, 2014. The parties respectfully move the Court for an order to that effect. Various attorneys have been out of the office due to the holidays, and there is good cause to continue the noting date, allowing the parties to put forth their best arguments. A proposed order is attached to this motion.

STIPULATED MOTION AND PROPOSED ORDER REGARDING
CONTINUATION OF NOTING DATE FOR DEFENDANT FORD'S
MOTION FOR FURTHER CLAIM CONSTRUCTION
Case No. 3:11-cv-05503-BHS

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

| | | |
|---|---|---|
| 1 | Dated: December 30, 2013 | By: /s/   *E. Lindsay Calkins* |
| 2 | | Parker C. Folse III (WSBA No. 24895) |
| | | Ian B. Crosby (WSBA No. 28461) |
| 3 | | Floyd G. Short (WSBA No. 21632) |
| | | Genevieve V. Wallace (WSBA No. 38422) |
| 4 | | Jordan Connors (WSBA No. 41649) |
| | | E. Lindsay Calkins (WSBA No. 44127) |

5
6  SUSMAN GODFREY L.L.P.
    1201 3rd Avenue, Suite 3800
7   Seattle, WA 98101
    Tel: (206) 516-3861
8   Fax : (206) 516-3883
    E-Mail:  pfolse@susmangodfrey.com
9            icrosby@susmangodfrey.com
             fshort@susmangodrey.com
10           gwallace@susmangodfrey.com
             jconnors@susmangodfrey.com
11           lcalkins@susmangodfrey.com

12  *Counsel for Plaintiffs*

13  By:/s/ *Alexandra Amrhein (w/permission)*
14  Duncan E. Manville, WSBA #30304
    Email: dmanville@jetcitylaw.com
15  SAVITT BRUCE & WILLEY LLP
    Joshua Green Building
16  1425 Fourth Avenue, Suite 800
    Seattle, Washington 98101-2272
17  Tel. (206) 749-0500
    Fax (206) 749-0600
18

19  WILMER CUTLER PICKERING HALE
    AND DORR LLP
20  Michael J. Summersgill
    Alexandra Amrhein
21  60 State Street
    Boston, Massachusetts 02109
22  Tel.: (617) 526-6000
    Fax: (617) 526-5000
23  Email:   michael.summersgill@wilmerhale.com
             alexandra.amrhein@wilmerhale.com
24

25
26  WILMER CUTLER PICKERING HALE
    AND DORR LLP
27  Todd C. Zubler

STIPULATED MOTION AND PROPOSED ORDER REGARDING   SUSMAN GODFREY L.L.P.
CONTINUATION OF NOTING DATE FOR DEFENDANT FORD'S   1201 Third Avenue, Suite 3800
MOTION FOR FURTHER CLAIM CONSTRUCTION - 2 -       Seattle, WA 98101-3000
*Case No. 3:11-cv-05503-BHS*                      Tel: (206) 516-3880; Fax: (206) 516-3883

Grant K. Rowan
1875 Pennsylvania Avenue NW
Washington, D.C. 20006
Tel.: (202) 663-6636
Fax: (202) 663-6363
Email:   todd.zubler@wilmerhale.com
         grant.rowan@wilmerhale.com

BROOKS KUSHMAN P.C.
Frank A. Angileri
John S. Le Roy
1000 Town Center, 22nd Floor
Southfield, Michigan 48075
Tel.: (248) 358-4400
Fax: (248) 358-3351
Email:   fangileri@brookskushman.com
         jleroy@brookskushman.com

*Counsel for Ford Motor Company*

### ORDER

The parties have stipulated that the noting date for Ford's Motion for Further Claim Construction, Dkt. 202 (currently set for January 10, 2014) should be continued to January 17, 2014. The Court accepts the parties' stipulation.

IT IS SO ORDERED.

DATED this 30 day of December, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

---

STIPULATED MOTION AND PROPOSED ORDER REGARDING
CONTINUATION OF NOTING DATE FOR DEFENDANT FORD'S
MOTION FOR FURTHER CLAIM CONSTRUCTION - 3 -
*Case No. 3:11-cv-05503-BHS*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883