The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 3:11-cv-05503-BHS<br><br>**JOINT STIPULATED MOTION TO REVISE CASE SCHEDULE**<br><br>**NOTE ON MOTION CALENDAR:**<br>**December 31, 2013** |

The parties have conferred and agreed that the case schedule should be slightly modified in order to allow for the completion of party and third-party discovery prior to the deadline for opening expert reports. The requested modifications continue the deadlines for opening and rebuttal expert reports by 10 days and one week, respectively, and continue the deadlines for close of discovery and dispositive motions by one week only. Under the parties' stipulated schedule, the dates for motions in limine, pretrial procedures, and trial remain intact. There is good cause to modify the existing case schedule, as the parties will be able to complete certain depositions and additional discovery that was delayed by the holidays in time for inclusion in opening expert reports. This will allow those reports to be more comprehensive, rendering the remainder of the discovery period more productive and useful. The parties therefore respectfully move the Court to enter the revised deadlines set out in Exhibit 1.

JOINT STIPULATED MOTION TO REVISE CASE SCHEDULE
Case No. 3:11-cv-05503-BHS
Page 1
3001307v1/012341

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

| | | |
|---|---|---|
| 1 | Dated: December 31, 2013 | By: /s/     E. Lindsay Calkins |
| 2 | | Parker C. Folse III (WSBA No. 24895) |
| | | Ian B. Crosby (WSBA No. 28461) |
| 3 | | Floyd G. Short (WSBA No. 21632) |
| | | Genevieve Vose Wallace (WSBA No. 38422) |
| 4 | | Jordan W. Connors (WSBA No. 41649) |
| 5 | | E. Lindsay Calkins (WSBA No. 44127) |

**SUSMAN GODFREY L.L.P.**
1201 3rd Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 516-3861
Fax: (206) 516-3883
Emails: pfolse@susmangodfrey.com
icrosby@susmangodfrey.com
fshort@susmangodrey.com
gwallace@susmangodfrey.com
jconnors@susmangodfrey.com
lcalkins@susmangodfrey.com

*Counsel for Plaintiffs*

By: /s/  Sarah Beigbeder Petty   (w/permission)

Duncan E. Manville, WSBA #30304
Email: dmanville@sbwllp.com
**SAVITT BRUCE &WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, WA 98101-2272
Tel: (206) 746-0500
Fax: (206) 749-0600

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Michael J. Summersgill (*pro hac vice*)
Sarah Beigbeder Petty (*pro hac vice*)
60 State Street
Boston, Massachusetts 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
Emails: michael.summersgill@wilmerhale.com
sarah.petty@wilmerhale.com

**WILMER CUTLER PICKERING HALE AND DORR LLP**

JOINT STIPULATED MOTION TO REVISE CASE SCHEDULE
Case No. 3:11-cv-05503-BHS
Page 2
3001307v1/012341

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

Todd C. Zubler (*pro hac vice*)
Grant K. Rowan (*pro hac vice*)
1875 Pennsylvania Avenue NW
Washington, D.C. 20006
Tel.: (202) 663-6636
Fax: (202) 663-6363
Emails: todd.zubler@wilmerhale.com
grant.rowan@wilmerhale.com

**BROOKS KUSHMAN P.C.**
Frank A. Angileri (*pro hac vice*)
John S. Le Roy (*pro hac vice*)
1000 Town Center, 22nd Floor
Southfield, Michigan 48075
Tel.: (248) 358-4400
Fax: (248) 358-3351
Emails: fangileri@brookskushman.com
jleroy@brookskushman.com

*Counsel for Defendant*

It is so ordered.

_____
JUDGE BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

JOINT STIPULATED MOTION TO REVISE CASE SCHEDULE
Case No. 3:11-cv-05503-BHS
Page 3
3001307v1/012341

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

# CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who have registered for electronic notifications, and I caused the foregoing to be served upon the following by email:

Duncan E. Manville
**Savitt Bruce & Willey, LLP**
1425 Fourth Ave, Suite 800
Joshua Green Building
Seattle, WA 98101
dmanville@jetcitylaw.com

Michael J. Summersgill
Sarah Beigbeder Petty
**Wilmer Cutler Pickering Hale & Dorr LLP**
60 State Street
Boston, MA 02109
michael.summersgill@wilmerhale.com
sarah.petty@wilmerhale.com

Todd C. Zubler
Grant K. Rowan
**Wilmer Cutler Pickering Hale & Dorr LLP**
1875 Pennsylvania Avenue NW
Washington, DC 20006
todd.zubler@wilmerhale.com
grant.rowan@wilmerhale.com

Frank A. Angileri
John S. LeRoy
**Brooks Kushman P.C.**
1000 Town Center, 22nd Floor
Southfield, MI 48075
fangileri@brookskushman.com
jleroy@brookskushman.com

Dated: December 31, 2013        By: */s/ Bianca Nealious*

CERTIFICATE OF SERVICE
Case No. 3:11-cv-05503-BHS
Page 1
3001307v1/012341

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

**Exhibit 1**

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Opening expert reports | 1/10/14 | 1/20/14 |
| Rebuttal expert reports | 2/14/14 | 2/21/14 |
| All motions related to fact discovery must be filed | 2/7/14 | 2/14/14 |
| Expert depositions | 2/24/14 – 3/7/14 | 2/26/14 – 3/12/14 |
| Close of fact and expert discovery | 3/7/14 | 3/14/14 |
| Dispositive Motion (and *Daubert* Motion) Deadline | 3/20/14 (motions noted for 4/11/14) | 3/27/14 (motions noted for 4/18/14) |
| Motions in limine | 5/12/14 (motions noted for 5/23/14) | 5/12/14 (motions noted for 5/23/14) |
| Agreed pretrial order, trial briefs, proposed voir dire, and jury instructions due | 5/27/14 | 5/27/14 |
| Pretrial conference | 6/2/14 | 6/2/14 |
| Trial Begins | 6/16/14 | 6/16/14 |

*EXHIBIT 1*
*Case No. 3:11-cv-05503-BHS*
*Page 1*
3001307v1/012341

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883