The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | Case No. 3:11-cv-05503-BHS<br><br>**STIPULATED MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>NOTE ON MOTION CALENDAR:<br>January 24, 2014 |

In accordance with CR 5(g), Eagle Harbor Holdings, LLC and MediusTech, LLC (collectively "Plaintiffs") and Defendant Ford Motor Company ("Ford") (collectively "the Parties") respectfully and jointly request that the Court issue an order authorizing the Parties to file under seal Exhibits 1, 3, 25, and 27 to the Declaration of Alexandra Amrhein ("Amrhein Declaration"), and Exhibits 4-8 to the Declaration of Genevieve Wallace ("Wallace Declaration"), in support of the Parties' Expedited Joint LCR 37 Discovery Submission Regarding Additional Deposition Time.  The material sought to be sealed is listed below.

   1.   Amrhein Declaration Exhibit 1:  Excerpt from the Deposition of Brian Hewitt, dated November 19, 2013.

   2.   Amrhein Declaration Exhibit 3:  Excerpt from Volume I of the Deposition of Dan Preston, dated December 19, 2013.

STIPULATED MOTION TO FILE
DOCUMENTS UNDER SEAL - 1
No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

3. Amrhein Declaration Exhibit 25: Excerpt from Volume II of the Deposition of Dan Preston, dated December 20, 2013.

4. Amrhein Declaration Exhibit 27: Excerpt from the Deposition of Tracey Olson, dated January 17, 2014.

5. Wallace Declaration Exhibit 4: Excerpt from the Deposition of Stephen Ford, dated December 14, 2012.

6. Wallace Declaration Exhibits 5-8: Excerpts from Volume II of the Deposition of Dan Preston, dated December 20, 2013.

These documents are submitted in support of the Parties' Expedited Joint LCR 37 Discovery Submission Regarding Additional Deposition Time. Plaintiffs designated the transcripts of Mr. Hewitt, Mr. Preston, Ms. Olson, and Mr. Ford "Confidential." The Parties have stipulated that the sensitive material contained in documents so designated merits filing under seal.

Open discovery is favored in this district, and there is a presumption of access to publically-filed documents. LCR 5(g). The confidential and sensitive nature of the material discussed in these documents, however, is good cause to keep the documents under seal. *See Myhrvold v. Lodsys Grp.*, LLC, C13-1173 RAJ, 2013 WL 5488791, at *4 (W.D. Wash. Sept. 27, 2013) (party must show good cause to keep documents under seal). The Parties respectfully request that Exhibits 1, 3, 25, and 27 to the Amrhein Declaration, and Exhibits 4-8 to the Wallace Declaration, be sealed.

DATED: January 24, 2014

**SAVITT BRUCE & WILLEY LLP**

By:     */s/ Duncan E. Manville*
Duncan E. Manville, WSBA #30304
Fax: (206) 749-0600
Email: dmanville@sbwllp.com

STIPULATED MOTION TO FILE
DOCUMENTS UNDER SEAL - 2
No. 3:11-cv-05503-BHS

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Michael J. Summersgill *(pro hac vice)*
Sarah Beigbeder Petty *(pro hac vice)*
60 State Street
Boston, Massachusetts  02109
Tel.:  (617) 526-6000
Fax:  (617) 526-5000
Email:  michael.summersgill@wilmerhale.com
            sarah.petty@wilmerhale.com

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Todd C. Zubler *(pro hac vice)*
Grant K. Rowan *(pro hac vice)*
1875 Pennsylvania Avenue NW
Washington, D.C. 20006
Tel.:  (202) 663-6636
Fax:  (202)663-6363
Email:  todd.zubler@wilmerhale.com
            grant.rowan@wilmerhale.com

**BROOKS KUSHMAN P.C.**
Frank A. Angileri (*pro hac vice*)
John S. Le Roy (*pro hac vice*)
1000 Town Center, 22nd Floor
Southfield, Michigan  48075
Tel.:  (248) 358-4400
Fax:  (248) 358-3351
Email:  fangileri@brookskushman.com
            jleroy@brookskushman.com

Attorneys for Defendant Ford Motor Company

STIPULATED MOTION TO FILE
DOCUMENTS UNDER SEAL - 3
No. 3:11-cv-05503-BHS

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

**SUSMAN GODFREY L.L.P.**

By: _____*/s/ Floyd G. Short*_____
1201 Third Avenue, Suite 3800
Seattle, WA  98101
Tel.:  (206) 516-3861
Fax:  (206) 516-3883
Parker C. Folse III, WSBA #24895
Ian B. Crosby, WSBA #28461
Floyd G. Short, WSBA #21632
Genevieve Vose Wallace, WSBA #38422
Patrick C. Bageant, WSBA #44268
E. Lindsay Calkins, WSBA #44127
Email:  pfolse@susmangodfrey.com
icrosby@susmangodfrey.com
fshort@susmangodrey.com
gvose@susmangodfrey.com
pbageant@susmangodfrey.com
lcalkins@susmangodfrey.com

Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated this _____ day of January, 2014.

_____
THE HONORABLE BENJAMIN H. SETTLE
United States District Judge

STIPULATED MOTION TO FILE
DOCUMENTS UNDER SEAL - 4
No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

**CERTIFICATE OF SERVICE**

I certify that this pleading was filed electronically with the Court and thus served simultaneously upon all counsel of record, this 24th day of January, 2014.

/s/ *Duncan E. Manville*
Duncan E. Manville

CERTIFICATE OF SERVICE - 1
No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

ActiveUS 121612684v.1