The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FORD MOTOR COMPANY,<br><br>　　　　Defendant. | Case No. 3:11-CV-05503-BHS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FORD MOTOR COMPANY'S MOTION FOR ADDITIONAL DEPOSITION TIME WITH THE NAMED INVENTORS OF THE ASSERTED PATENTS**<br><br>NOTE ON MOTION CALENDAR:<br>January 24, 2014 |

THIS MATTER comes before the Court on Defendant Ford Motor Company's Motion to Compel Additional Deposition Time With the Named Inventors of the Asserted Patents. Having considered the parties' Expedited Joint Discovery Submission Pursuant to LCR 37 in relation to Ford's motion, the motion is hereby GRANTED.

- Plaintiffs shall be required to present Mr. Dan Preston for a third day (seven hours) of deposition.

- Plaintiffs' counsel shall be required to present Mr. Robert Pierce Lutter for two days (fourteen hours) of deposition.

ORDER GRANTING EXPEDITED
JOINT DISCOVERY MOTION - 1
Case No. 3:11-cv-05503-BHS

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

1    DATED this ____ day of _____, 2014

2

3                                              _____

4                                              THE HONORABLE BENJAMIN H. SETTLE
                                               United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Presented by:

**SAVITT BRUCE & WILLEY LLP**

By:   */s/ Duncan E. Manville*
      Duncan E. Manville, WSBA #30304
      Fax: (206) 749-0600
      Email: dmanville@jetcitylaw.com

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Michael J. Summersgill (*pro hac vice*)
Sarah Beigbeder Petty (*pro hac vice*)
60 State Street
Boston, Massachusetts 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
Email: michael.summersgill@wilmerhale.com
       sarah.petty@wilmerhale.com

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Todd C. Zubler (*pro hac vice*)
Grant K. Rowan (*pro hac vice*)
1875 Pennsylvania Avenue NW
Washington, D.C. 20006
Tel.: (202) 663-6636
Fax: (202) 663-6363
Email: todd.zubler@wilmerhale.com
       grant.rowan@wilmerhale.com

**BROOKS KUSHMAN P.C.**
Frank A. Angileri (*pro hac vice*)
John S. Le Roy (*pro hac vice*)
1000 Town Center, 22nd Floor
Southfield, Michigan 48075
Tel.: (248) 358-4400
Fax: (248) 358-3351
Email: fangileri@brookskushman.com
       jleroy@brookskushman.com

Attorneys for Defendant Ford Motor Company

ORDER GRANTING EXPEDITED
JOINT DISCOVERY MOTION - 3
Case No. 3:11-cv-05503-BHS

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

**CERTIFICATE OF SERVICE**

I certify that this pleading was filed electronically with the Court and thus served simultaneously upon all counsel of record, this 24th day of January, 2014.

                                         */s/ Duncan E. Manville*
                                         Duncan E. Manville

ORDER GRANTING EXPEDITED
JOINT DISCOVERY MOTION - 4
Case No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500