The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 3:11-cv-05503-BHS<br><br>**[PROPOSED] ORDER DENYING FORD'S MOTION TO COMPEL ADDITIONAL DEPOSITION TIME WITH THE NAMED INVENTORS OF THE ASSERTED PATENTS** |

Having considered the parties' Expedited Joint Discovery Submission Pursuant to LCR 37 Regarding Ford's Motion To Compel Additional Deposition Time With The Named Inventors of The Asserted Patents, the motion is hereby **DENIED**.

Dated: _____, 2014.

_____
HON. BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

*[PROPOSED] ORDER DENYING EXPEDITED JOINT DISCOVERY MOTION*
*Case No. 3:11-cv-05503-BHS*
*Page 1 of 1*
3023608v1/012341

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

## CERTIFICATE OF SERVICE

I certify that this pleading was filed electronically with the Court and thus served simultaneously upon all counsel of record, this 24th day of January, 2014.

                                                 */s/ Duncan E. Manville*
                                                 Duncan E. Manville

*[PROPOSED] ORDER DENYING EXPEDITED JOINT DISCOVERY MOTION*
*Case No. 3:11-cv-05503-BHS*
*3023608v1/012341*

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500