The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 3:11-cv-05503-BHS<br><br>**DECLARATION OF GENEVIEVE VOSE WALLACE IN OPPOSITION TO DEFENDANT FORD MOTOR COMPANY'S MOTION TO COMPEL ADDITIONAL DEPOSITION TIME** |

I, Genevieve Vose Wallace, declare as follows:

1. I am an active member of the State Bar of Washington and an attorney with the law firm of Susman Godfrey L.L.P. I am one of the attorneys representing Eagle Harbor Holdings, LLC and MediusTech, LLC ("Medius") in this matter. I am over the age of 18 and competent to testify to the facts stated herein.

2. I was first contacted by Pierce Lutter on September 10, 2013 and began representing him that same day. I also notified counsel for Defendant Ford Motor Company of the representation on that same day.

3. Mr. Lutter had a small heart attack over the holidays. The event required time-consuming follow-up care.

*DECLARATION OF GENEVIEVE VOSE WALLACE*
*Case No. 3:11-cv-05503-BHS*
Page 1

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

3017632v1/012341

1      4.    Mr. Lutter informed me of the following regarding his current employment at Boeing Company.  Mr. Lutter provides operational support to the military services as a pilot of Unmanned Aerial Vehicles ("UAV").  Pursuant to government contracts, he provides operational support for the military services in UAV operation and flight tests around the globe.  The nature of Mr. Lutter's employment is stressful, and he receives little warning and has no control over when he is deployed and the duration of those deployments.  He is deployed to locations that are undisclosed; at times even Mr. Lutter does not know where he is being deployed until he arrives.  The durations of Mr. Lutter's deployments have ranged from one week to six months.

5.    Plaintiffs have offered Ford dates for Mr. Preston's deposition on at least five separate occasions, beginning May 2, 2013.  *See, e.g.*, Exhibits 10, 11, 12.

6.    Attached are true and correct copies of the following exhibits:

    a.    Exhibit 1 – December 11, 2013 email from counsel for plaintiffs to counsel for Ford;

    b.    Exhibit 2 - December 17, 2013 email from counsel for plaintiffs to counsel for Ford;

    c.    Exhibit 3 - December 17, 2013 email from counsel for Ford to counsel for plaintiffs;

    d.    Exhibit 4 – Excerpts from the December 14, 2012 deposition of Stephen Ford;

    e.    Exhibits 5-8 – Excerpts from the December 20, 2013 deposition of Dan Preston;

    f.    Exhibit 9 – Confidentiality Agreement entered between plaintiffs and Ford on June 20, 2012;

    g.    Exhibit 10 – July 26, 2013 email from counsel for Ford to counsel for plaintiffs;

*DECLARATION OF GENEVIEVE VOSE WALLACE*  
*Case No. 3:11-cv-05503-BHS*  
Page 2

SUSMAN GODFREY L.L.P.  
1201 Third Avenue, Suite 3800  
Seattle, WA 98101-3000  
Tel: (206) 516-3880; Fax: (206) 516-3883

3017632v1/012341

      h.  Exhibit 11 – June 7, 2013 email from counsel for plaintiffs to counsel for Ford;

      i.  Exhibit 12 – March 29, 2013 email from counsel for plaintiffs to counsel for Ford;

      j.  Exhibit 13 – January 21, 2014 email from counsel for plaintiffs to counsel for Ford.

*DECLARATION OF GENEVIEVE VOSE WALLACE*
*Case No. 3:11-cv-05503-BHS*
Page 3

3017632v1/012341

S U S M A N   G O D F R E Y   L . L . P .
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

1

2   I declare under penalty of perjury under the laws of the United States that the
3   foregoing is true and correct.
4   Signed this 21st day of January, 2014, at Seattle, Washington.

5

6
                                              */s/ Genevieve Vose Wallace*
7                                             Genevieve Vose Wallace

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

*DECLARATION OF GENEVIEVE VOSE WALLACE*          SUSMAN GODFREY L.L.P.
*Case No. 3:11-cv-05503-BHS*                     1201 Third Avenue, Suite 3800
*Page 1*                                         Seattle, WA 98101-3000
                                                 Tel: (206) 516-3880; Fax: (206) 516-3883

3017632v1/012341

## CERTIFICATE OF SERVICE

I certify that this pleading was filed electronically with the Court and thus served simultaneously upon all counsel of record, this 24th day of January, 2014.

/s/ *Duncan E. Manville*
Duncan E. Manville

CERTIFICATE OF SERVICE - 1
No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500