The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 3:11-CV-05503-BHS<br><br>**ORDER GRANTING IN PART DEFENDANT FORD MOTOR COMPANY'S MOTION FOR ADDITIONAL DEPOSITION TIME WITH THE NAMED INVENTORS OF THE ASSERTED PATENTS**<br><br>NOTE ON MOTION CALENDAR: January 24, 2014 |

THIS MATTER comes before the Court on Defendant Ford Motor Company's Motion to Compel Additional Deposition Time With the Named Inventors of the Asserted Patents. Having considered the parties' Expedited Joint Discovery Submission Pursuant to LCR 37 in relation to Ford's motion, the motion is hereby GRANTED in part.

- Plaintiffs shall be required to present Mr. Dan Preston for a third day (seven hours) of deposition.

- Plaintiffs' counsel shall be required to present Mr. Robert Pierce Lutter for ten hours of deposition.

DATED this 27th day of January, 2014

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER GRANTING EXPEDITED
JOINT DISCOVERY MOTION - 1
Case No. 3:11-cv-05503-BHS

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

Presented by:

**SAVITT BRUCE & WILLEY LLP**

By: */s/ Duncan E. Manville*
 Duncan E. Manville, WSBA #30304
 Fax: (206) 749-0600
 Email: dmanville@jetcitylaw.com

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Michael J. Summersgill (*pro hac vice*)
Sarah Beigbeder Petty (*pro hac vice*)
60 State Street
Boston, Massachusetts 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
Email: michael.summersgill@wilmerhale.com
 sarah.petty@wilmerhale.com

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Todd C. Zubler (*pro hac vice*)
Grant K. Rowan (*pro hac vice*)
1875 Pennsylvania Avenue NW
Washington, D.C. 20006
Tel.: (202) 663-6636
Fax: (202) 663-6363
Email: todd.zubler@wilmerhale.com
 grant.rowan@wilmerhale.com

**BROOKS KUSHMAN P.C.**
Frank A. Angileri (*pro hac vice*)
John S. Le Roy (*pro hac vice*)
1000 Town Center, 22nd Floor
Southfield, Michigan 48075
Tel.: (248) 358-4400
Fax: (248) 358-3351
Email: fangileri@brookskushman.com
 jleroy@brookskushman.com

Attorneys for Defendant Ford Motor Company

ORDER GRANTING EXPEDITED
JOINT DISCOVERY MOTION - 2
Case No. 3:11-cv-05503-BHS

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500