## Addendum to Pro Hac Vice Application of David Smith

### Bar Memberships

USPTO -- Bar No. 69930

US Supreme Court -- Admitted 6/14/2010

District of Columbia – Bar No. 975025

Massachusetts – Bar No. 667130

Virginia – Bar No. 735673