The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, <br><br> Defendant. | Case No. 3:11-cv-05503-BHS <br><br> **FORD'S UNOPPOSED MOTION TO REVISE CASE SCHEDULE** <br><br> NOTE ON MOTION CALENDAR: <br> January 30, 2014 |

Ford hereby requests a slight modification to the case schedule in order to allow the parties sufficient time to respond to opening expert reports and to depose the multiple experts disclosed in this case.  Plaintiffs do not oppose this request so long as no other deadlines are affected.  The requested modifications continue the deadlines for rebuttal expert reports and the close of discovery by just one week each.  Under the proposed schedule, the dates for motions in limine, pretrial procedures, and trial remain intact.  The parties have agreed that they will not use the requested modifications to the rebuttal export report deadline and the close of discovery as a basis for requesting to move the trial date, or any other date after the close of discovery. Ford respectfully submits that there is good cause to move these two deadlines, as the previous schedules proposed by the parties and adopted by the Court allowed for approximately one month between the deadlines for service of opening expert reports and rebuttal reports.  Dkt.

FORD'S UNOPPOSED MOTION
TO REVISE CASE SCHEDULE - 1
No. 3:11-cv-05503-BHS

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

Nos. 39, 183, 206.  This timeline will allow the parties to fully respond to the issues raised in opening expert reports.  Ford therefore respectfully moves the Court to enter a schedule reflecting the revised deadlines set out in Exhibit 1.

DATED:  January 30, 2014

**SAVITT BRUCE & WILLEY LLP**

By:   */s/ Duncan E. Manville*
Duncan E. Manville, WSBA #30304
Tel.:  (206) 749-0500
Fax:  (206) 749-0600
Email: dmanville@sbwllp.com

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Michael J. Summersgill *(pro hac vice)*
Sarah Beigbeder Petty *(pro hac vice)*
60 State Street
Boston, Massachusetts  02109
Tel.:  (617) 526-6000
Fax:  (617) 526-5000
Email:  michael.summersgill@wilmerhale.com
          sarah.petty@wilmerhale.com

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Todd C. Zubler *(pro hac vice)*
Grant K. Rowan *(pro hac vice)*
1875 Pennsylvania Avenue NW
Washington, D.C. 20006
Tel.:  (202) 663-6636
Fax:  (202) 663-6363
Email: todd.zubler@wilmerhale.com
          grant.rowan@wilmerhale.com

**BROOKS KUSHMAN P.C.**
Frank A. Angileri (*pro hac vice*)
John S. Le Roy (*pro hac vice*)
1000 Town Center, 22nd Floor
Southfield, Michigan  48075
Tel.:  (248) 358-4400
Fax:  (248) 358-3351
Email:  fangileri@brookskushman.com
          jleroy@brookskushman.com

Attorneys for Defendant Ford Motor Company

FORD'S UNOPPOSED MOTION
TO REVISE CASE SCHEDULE - 2
No. 3:11-cv-05503-BHS

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

**IT IS SO ORDERED**.

Dated this _____ day of January 2014

_____
THE HONORABLE BENJAMIN H. SETTLE
United States District Judge

FORD'S UNOPPOSED MOTION
TO REVISE CASE SCHEDULE - 3
No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

**CERTIFICATE OF SERVICE**

I certify that this pleading was filed electronically with the Court and thus served simultaneously upon all counsel of record, this 30th day of January, 2014.

/s/ *Duncan E. Manville*
Duncan E. Manville

CERTIFICATE OF SERVICE
No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

**Exhibit 1**

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Opening expert reports | 2/10/14 | 2/10/14 |
| Rebuttal expert reports | 2/28/14 | 3/7/14 |
| All motions related to fact discovery must be filed | 2/14/14 | 2/14/14 |
| Expert depositions | 2/26/14 – 3/12/14 | 3/7/14 – 3/21/14 |
| Close of fact and expert discovery | 3/14/14 | 3/21/14 |
| Dispositive Motion (and *Daubert* Motion) Deadline | 3/27/14 (motions noted for 4/18/14) | 3/27/14 (motions noted for 4/18/14) |
| Motions in limine | 5/12/14 (motions noted for 5/23/14) | 5/12/14 (motions noted for 5/23/14) |
| Agreed pretrial order, trial briefs, proposed voir dire, and jury instructions due | 5/27/14 | 5/27/14 |
| Pretrial conference | 6/2/14 | 6/2/14 |
| Trial Begins | 6/16/14 | 6/16/14 |

EXHIBIT 1
No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500