Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EAGLE HARBOR HOLDINGS LLC, and MEDIUSTECH LLC,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY,<br><br>　　　　　　　　　　Defendant. | No. 3:11-cv-05503-BHS<br><br>**NOTICE OF APPEARANCE** |

TO:　　　　Clerk of the Court

AND TO:　　Parker C. Folse, III, Ian B. Crosby, Floyd G. Short, Attorneys for Plaintiffs

COMES NOW the Defendant, Ford Motor Company, and enters herewith its appearance by Peter T. Petrich of Davies Pearson, P.C., attorneys, in association with Wilmer Cutler Pickering Hale and Dorr LLP on behalf of Ford Motor Company, the

---

NOTICE OF APPEARANCE
(Case No. 3:11-cv-05503-BHS)
Page 1 of 2
kk / s:\2xxxx\21xxx\215xx\21570\1 - ford motor co\pleadings\noa.doc

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

above-named Defendant.

DATED this 19 day of February, 2014.

DAVIES PEARSON, P.C.

_____
PETER T. PETRICH, WSBA #8316
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Parker C. Folse, III, WSBA #24895
Email: pfolse@susmangodfrey.com

Ian B. Crosby, WSBA #28461
Email: icrosby@susmangodfrey.com

Floyd G. Short, WSBA #21632
Email: fshort@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1201 – 3rd Avenue, Suite 3800
Seattle, WA  98101
Attorneys for Plaintiff

DATED this 19 day of February, 2014.

DAVIES PEARSON, P.C.

_____
Kathy Kardash, Legal Assistant

NOTICE OF APPEARANCE
(Case No. 3:11-cv-05503-BHS)
Page 2 of 2
kk / s:\2xxxx\21xxx\215xx\21570\1 - ford motor co\pleadings\noa.doc

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052