The Honorable Benjamin H. Settle

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

9
10

EAGLE HARBOR HOLDINGS, LLC, and
MEDIUSTECH, LLC,

11

Plaintiffs,

12

v.

13

FORD MOTOR COMPANY,

14

Defendant.

15

Case No. 3:11-cv-05503-BHS

**DECLARATION OF JENNIFER STEC**

16

I, Jennifer Stec, declare as follows:

17

1.      I am Intellectual Property Counsel for Ford Motor Company ("Ford").

18

2.      James Farley is the Executive Vice President of Global Marketing and Sales and

19

Lincoln at Ford. He is one of the most senior executives at Ford.

20

3.      Mr. Farley is one of just five "Executive Vice Presidents" at Ford and a member of

21

Ford's "Executive Officer Group," along with Ford's Executive Chairman, William Clay Ford,

22

Jr., and Mr. Mulally.

23

4.      The demands on Mr. Farley's time are significant. He supervises, directly or indirectly,

24

all of the individuals employed by Ford's Marketing, Sales & Service Division and Lincoln,

25

including two Ford Vice Presidents.

26

5.      The global nature of Mr. Farley's position requires him to travel extensively, at least

27

several months out of the year.

28

*DECLARATION OF JENNIFER STEC* - 1 of 3
Case No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

ActiveUS 124601052v.1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of February, 2014.

*Jennifer Stec*

*DECLARATION OF JENNIFER STEC* - 2 of 3
Case No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

ActiveUS 124601052v.1

1

## CERTIFICATE OF SERVICE

2

I certify that a copy of the foregoing document was filed electronically with the Court

3

and thus served simultaneously upon all counsel of record, this 28th day of February, 2014.

4

/s/ Duncan E. Manville
Duncan E. Manville

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*DECLARATION OF JENNIFER STEC* - 3 of 3
Case No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

ActiveUS 124601052v 1