The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 3:11-cv-05503-BHS<br><br>**DECLARATION OF SARAH BEIGBEDER PETTY** |

I, Sarah Beigbeder Petty, declare as follows:

1. I am a counsel at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts, 02109.  I am one of the attorneys responsible for the representation of Defendant Ford Motor Company ("Ford") in the above-captioned matter.

2. Attached to this declaration as *Exhibit 1* is a true and correct copy of an excerpt from Ford's 2012 Annual Report, accessed from http://corporate.ford.com/annual-report-2012/message-to-the-stockholders-executive-team.html on February 28, 2014.

3. Attached to this declaration as *Exhibit 2* is a true and correct copy of an email sent from Genevieve Vose Wallace, counsel for Plaintiffs, to counsel for Ford on February 17, 2014.

DECLARATION OF SARAH BEIGBEDER PETTY - 1
No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

4. Attached to this declaration as *Exhibit 3* is a true and correct copy of "Q&A With Doug VanDagens," dated Oct. 28, 2009, 11:19 PM ET, accessed from http://www.at.ford.com/news/cn/ArticleArchives/QAwithDougVanDagens.aspx on January 27, 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of February, 2014.

/s/ *Sarah Beigbeder Petty*
Sarah Beigbeder Petty

DECLARATION OF SARAH BEIGBEDER PETTY - 2
No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was filed electronically with the Court and thus served simultaneously upon all counsel of record, this 28th day of February, 2014.

/s/ *Duncan E. Manville*
Duncan E. Manville

CERTIFICATE OF SERVICE
No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500