# EXHIBIT 1

Go Further        Shop for a Vehicle

# 2012 ANNUAL REPORT

Like 0    Tweet 0

| Home | Operating Highlights | Message to Stockholders | Great Products | Strong Business | Better World | Financial Content |

A Message from the Executive Chairman

A Message from the President and CEO

Ford Senior Management Team, Board of Directors, and Executives



The senior management team, pictured with the Ford Escape, all-new Transit Connect and Fiesta ST, continues to successfully advance the company's One Ford global plan.

## Board of Directors and Executives*

### Board of Directors

**Stephen G. Butler (1,5)**
**Kimberly A. Casiano (1,3,5)**
**Anthony F. Earley, Jr. (2,3,5)**
**Edsel B. Ford II (3,4)**
**William Clay Ford, Jr. (3,4)**
**Richard A. Gephardt (3,5)**
**James H. Hance, Jr. (1,4,5)**
**William W. Helman IV (3,4,5)**

**Irvine O. Hockaday, Jr. (1,5)**
**Jon M. Huntsman, Jr. (2,3,5)**
**Richard A. Manoogian (2,5)**
**Ellen R. Marram (2,3,5)**
**Alan R. Mulally (4)**
**Homer A. Neal (3,4,5)**
**Gerald L. Shaheen (1,5)**
**John L. Thornton (2,4,5)**

**William Clay Ford**
**(Director Emeritus)**

**Committee Membership**
(1) Audit
(2) Compensation
(3) Sustainability
(4) Finance
(5) Nominating and Governance

### Executive Officer Group

**William Clay Ford, Jr.**
Executive Chairman and
Chairman of the Board

**Alan R. Mulally**
President and Chief Executive Officer

**Mark Fields**
Chief Operating Officer

**James D. Farley, Jr.**
Executive Vice President, Global
Marketing, Sales and Service and Lincoln

**John Fleming**
Executive Vice President, Global
Manufacturing and Labor Affairs

**Joseph R. Hinrichs**
Executive Vice President and
President, The Americas

**Stephen T. Odell**
Executive Vice President and
President, Europe, Middle East and Africa

**Robert L. Shanks**
Executive Vice President and
Chief Financial Officer

**Thomas K. Brown**
Group Vice President, Global Purchasing

**Raymond F. Day**
Group Vice President, Communications

**Felicia J. Fields**
Group Vice President, Human Resources
and Corporate Services

**Bennie W. Fowler**
Group Vice President,
Quality and New Model Launch

**David G. Leitch**
Group Vice President and
General Counsel

**J Mays**
Group Vice President and
Chief Creative Officer, Design

**Raj Nair**
Group Vice President,
Global Product Development

**Stuart J. Rowley**
Vice President and Controller

**Ziad S. Ojakli**
Group Vice President,
Government and Community Relations

**David L. Schoch**
Group Vice President and
President, Asia Pacific

**Bernard B. Silverstone**
Group Vice President,
Chairman and Chief Executive Officer,
Ford Motor Credit Company

**Nicholas J. Smither**
Group Vice President and
Chief Information Officer

### Other Vice Presidents

**Joseph Bakaj**
Powertrain Engineering

**Stephen E. Biegun**
International Governmental Affairs

**Marin A. Burela**
President, Changan Ford Automobile
Corporation, Ltd.

**Elena A. Ford**
Global Dealer and Consumer Experience

**Kumar A. Galhotra**
Product Development, Asia Pacific
and Africa

**Gary A. Johnson**
Manufacturing, Asia Pacific and Africa

**Barb J. Samardzich**
Product Development, Ford of Europe

**Neil M. Schloss**
Treasurer

**James P. Tetreault**
North America Manufacturing

**Hau Thai-Tang**
Engineering

**Robert D. Brown**
Sustainability, Environment and Safety Engineering

**Kenneth M. Czubay**
U.S. Marketing, Sales and Service

**Roelant de Waard**
Marketing, Sales and Service, Ford of Europe

**John T. Lawler**
Chairman and Chief Executive Officer, Ford Motor China

**Paul A. Mascarenas**
Chief Technical Officer, Research and Advanced Engineering

**Martin J. Mulloy**
Labor Affairs

**Frederiek Toney**
President, Global Ford Customer Service Division

**Jeffery C. Wood**
Manufacturing, Ford of Europe

*As of March 14, 2013

# EXHIBIT 2

**From**: Genevieve Vose Wallace [mailto:gwallace@susmangodfrey.com]
**Sent**: Monday, February 17, 2014 07:26 PM Eastern Standard Time
**To**: Amrhein, Alexandra; Amy C. Leshan <aleshan@brookskushman.com>; Teran, Gregory; John LeRoy <jleroy@BROOKSKUSHMAN.COM>; Polley, John; Pearlson, Leslie; Summersgill, Michael; Petty, Sarah; Zubler, Todd
**Cc**: icrosby@SusmanGodfrey.com; fshort@SusmanGodfrey.com; Jordan Connors <jconnors@SusmanGodfrey.com>; Lindsay Calkins <LCalkins@susmangodfrey.com>
**Subject**: Medius - depositions

**Counsel,**

**We need to cancel Mr. VanDagens's deposition scheduled on Thursday; we withdraw the notice served earlier today.  Please convey my apologies to Mr. VanDagens for the inconvenience.  We will let you know if we'd like to reschedule this deposition.**

**Separately, we can offer Mr. Lutter on Thursday and Friday next week at the SG offices in Seattle.  I expect that we will want to split the 10 hours equally over the two days, but will let you know once I've had a chance to discuss with Mr. Lutter.**

**Thank you,**
**Genevieve Vose Wallace**
**Partner | Susman Godfrey LLP**
1201 Third Ave. | Suite 3800 | Seattle, WA 98101
Direct 206-516-3836 | Fax 206-516-3883
gwallace@susmangodfrey.com | www.susmangodfrey.com

---

**HOUSTON   •   DALLAS   •   LOS ANGELES   •   SEATTLE   •   NEW YORK**

---

CONFIDENTIAL INFORMATION:  This transmission contains information from the law firm of Susman Godfrey L.L.P. that may be confidential or privileged. The information is intended to be for the use of the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this transmission is prohibited. If you have received this transmission in error, please notify the sender by replying to this transmission and delete the message without reading or disclosing it. Thank you.

# EXHIBIT 3

# Q&A with Doug VanDagens
Oct-28-2009 11:19 PM ET

Ford announced SYNC with Traffic, Directions and Information last night at the Consumer Electronics Show (CES) in Las Vegas, further expanding its connectivity leadership. The new system delivers personalized news, traffic and information updates to SYNC-equipped vehicles through drivers mobile phones while helping them navigate around trouble spots, saving time and fuel. The new features are free to customers of SYNC-equipped vehicles during the first three years of ownership. SYNC with Traffic, Directions and Information will be available later this year on select 2010 models, and will roll out across the entire Ford, Lincoln, and Mercury lineup by 2011. Doug VanDagens, director of Connected Services, recently spoke with FCN Online about the new expanded SYNC.



Doug VanDagens

**Q. How can Ford continue to offer all of these services for free? Doesn't the company lose money?**
A. Ford's strategy of allowing customers to use their own devices to link to off-board applications through the Internet is unique in the industry. This is how we can offer such features as 911 Assist, Vehicle Health Report and the newly announced Traffic, Directions and Information at no additional charge to the customer. The strategy also enables us to introduce new applications at a rate unheard of in the auto industry.

**Q. How is this system different than what is already being offered by Audi, BMW and Mercedes?**
A. No one absolutely no one offers the benefits of Ford SYNC . In fact, no other automaker even comes close to offering the services and features provided by the powerful SYNC platform. Again, the key is allowing customer devices to access off-board applications through the Internet. Our announcement of SYNC with Traffic, Directions and Information at CES is proof of that undisputed leadership.

**Q. Does Ford have plans to expand SYNC to other regions of the world?**
A. SYNC will begin rolling out globally in the 2010 calendar year in Europe. Seven Western European and three Eastern European languages will be offered. The roll out will continue to Asia Pacific and other regions, including Australia.

**Q. What impact is SYNC having on sales?**
A. SYNC-equipped Ford, Lincoln and Mercury vehicles sell nearly twice as fast as those without. In addition, a Ford survey of SYNC customers showed nearly 80 percent of respondents definitely would recommend it to a friend.

**Q. Why is it so important to make our vehicle connectivity product announcements at CES?**
A. CES is the pre-eminent conference for consumer electronics companies. As we think more like a consumer electronics company, we feel it is important to participate in events with our industry partners, like SONY, Microsoft and SIRIUS. There isn't a better forum to announce expanding capabilities to connect to an interface with mobile electronic devices and services than CES.

Secondly, as Ford unveils its new 2010 model-year vehicles, like the Ford Mustang, Fusion, Mercury Milan and Lincoln MKZ all of which will all be able to access these expanded services when they become available later this year the timing is perfect to describe the connection between these new vehicles and electronic devices.