The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC, | Case No. 3:11-cv-05503-BHS |
|---|---|
| Plaintiffs, | **UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| FORD MOTOR COMPANY, | NOTE ON MOTION CALENDAR: February 26, 2014 |
| Defendant. | |

In accordance with LCR 5(g), Ford Motor Company ("Ford") respectfully moves the Court for an order authorizing Ford to file under seal Exhibits 1-3, 5-7, and 13 to the Declaration of Alexandra Amrhein ("Amrhein Declaration") submitted in support of Ford's Rule 37 Motion to Strike Plaintiffs' Undisclosed "Virtual Memory" Infringement Theory. Ford has conferred with counsel for the Plaintiffs, who have indicated they do not oppose the order requested herein.

The material sought to be sealed is listed below.

- Amrhein Declaration Exhibit 1: Excerpt from the Deposition of Dan Alan Preston, Vol. II, dated December 20, 2013;

UNOPPOSED MOTION
TO FILE DOCUMENTS UNDER SEAL - 1
No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

- Amrhein Declaration Exhibit 2:  Excerpt from the Deposition of Brian Hewitt, dated November 19, 2013;
- Amrhein Declaration Exhibit 3:  Exhibit E of Plaintiffs' February 2, 2012 Infringement Contentions;
- Amrhein Declaration Exhibit 5:  Exhibit A of Plaintiffs' November 20, 2013 Amended Infringement Contentions;
- Amrhein Declaration Exhibit 6:  Exhibit J of Plaintiffs' November 20, 2013 Amended Infringement Contentions;
- Amrhein Declaration Exhibit 7:  Opening Report of Paul S. Min, Ph.D. Regarding Infringement of U.S. Patent Nos. 7,146,260, 7,778,739, 7,793,136, 8,006,117, 8,006,118, 8,006,119, 8,020,028, and 8,027,268, dated February 10, 2014;
- Amrhein Declaration Exhibit 13:  "Windows CE Features in Microsoft Auto" (Ford-EHH-CD00001_01115–Ford-EHH-CD00001_01124).

Ford submits the above information in support of Ford's Rule 37 Motion to Strike Plaintiffs' Undisclosed "Virtual Memory" Infringement Theory.  Plaintiffs have designated the transcripts of Dan Alan Preston and Brian Hewitt (Amrhein Exhibits 1-2) as "Confidential." Plaintiffs' Infringement Contentions (Amrhein Exhibits 3, 5-6), Dr. Min's report (Amrhein Exhibit 7), and "Windows CE Features in Microsoft Auto" (Amrhein Exhibit 13), cite, paraphrase, or quote directly from documents containing sensitive, technical, and proprietary information of Ford and/or third parties.  The documents provided as exhibits to Plaintiffs' Infringement Contentions describe the technical operation of current Ford systems and contain information that is not publicly available and that Ford protects from public disclosure.  These documents have been designated as HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY with the expectation that these documents would be treated accordingly under the Confidentiality Agreements executed with the parties and/or Local Patent Rule 111.  The Parties have stipulated that the sensitive material contained in documents so designated merits filing under seal.

UNOPPOSED MOTION
TO FILE DOCUMENTS UNDER SEAL - 2
No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

LCR 5(g)(2) provides that, notwithstanding the presumption of public access to documents filed in a civil proceeding, this presumption may be overcome in nondispositive motions "by a showing of good cause under Rule 26(c)." The confidential and sensitive nature of the material discussed in these documents is good cause to keep them under seal. *See EEOC v. Fry's Elecs., Inc.*, No C10-1562RSL, 2012 WL 1642305, at *5 (W.D. Wash. May 10, 2012) (finding good cause for sealing personnel records of third parties); *Boucher v. First Am. Title Ins. Co.*, No. C10-199RAJ, 2011 WL 5299497, at *5 (W.D. Wash. Nov. 4, 2011) (finding good cause and granting motion to seal a party's competitively sensitive licenses with a third party; noting that redactions were limited to very specific portions of documents). Ford respectfully requests that Exhibits 1-3, 5-7, and 13 to the Amrhein Declaration be filed under seal.

DATED:  February 26, 2014

SAVITT BRUCE & WILLEY LLP

By:      /s/ Duncan E. Manville
         Duncan E. Manville, WSBA #30304
         Tel.: (206) 749-0500
         Fax: (206) 749-0600
         Email: dmanville@sbwllp.com

WILMER CUTLER PICKERING HALE AND DORR LLP
Michael J. Summersgill *(pro hac vice)*
Sarah Beigbeder Petty *(pro hac vice)*
60 State Street
Boston, Massachusetts  02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
Email: michael.summersgill@wilmerhale.com
       sarah.petty@wilmerhale.com

///

///

///

UNOPPOSED MOTION
TO FILE DOCUMENTS UNDER SEAL - 3
No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

1

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Todd C. Zubler *(pro hac vice)*

2
Grant K. Rowan *(pro hac vice)*
1875 Pennsylvania Avenue NW

3
Washington, D.C. 20006
Tel.: (202) 663-6636

4
Fax: (202) 663-6363
Email: todd.zubler@wilmerhale.com

5
         grant.rowan@wilmerhale.com

6
**BROOKS KUSHMAN P.C.**

7
Frank A. Angileri (*pro hac vice*)
John S. Le Roy (*pro hac vice*)

8
1000 Town Center, 22nd Floor
Southfield, Michigan  48075

9
Tel.: (248) 358-4400
Fax: (248) 358-3351

10
Email: fangileri@brookskushman.com

11
         jleroy@brookskushman.com

12
Attorneys for Defendant Ford Motor Company

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

UNOPPOSED MOTION
TO FILE DOCUMENTS UNDER SEAL - 4
No. 3:11-cv-05503-BHS

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

**IT IS SO ORDERED.**

Dated this _____ day of _____, 2014

_____
THE HONORABLE BENJAMIN H. SETTLE
United States District Judge

UNOPPOSED MOTION
TO FILE DOCUMENTS UNDER SEAL - 5
No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500