The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EAGLE HARBOR HOLDINGS, LLC, and
MEDIUSTECH, LLC,

    Plaintiffs,

*v*.

FORD MOTOR COMPANY,

    Defendant.

Case No. 3:11-cv-05503-BHS

**DECLARATION OF JORDAN CONNORS IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 233)**

I, Jordan Connors, declare as follows:

1.  I am a member in good standing of the Washington State Bar.

2.  I am an attorney at the law firm Susman Godfrey LLP and I am one of the attorneys serving as counsel for Plaintiffs Eagle Harbor Holdings, LLC, and MediusTech, LLC (collectively "Medius") in this action.

3.  On February 26, 2014, plaintiffs moved to file eleven documents under seal, which had been designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Ford Motor Company ("Ford"). Dkt. No. 233. At the request of the Court, I submit this declaration in further support of plaintiffs' motion.

4.  On February 26, 2014, I conferred with counsel for Ford regarding plaintiffs' motion to seal. During email discussions with Ford's counsel, the parties were able to

*DECL OF J. CONNORS ISO PLAINTIFFS' UNOPPOSED*
*MOTION TO FILE DOCUMENTS UNDER SEAL (DKT NO. 233)*
*Case No. 3:11-cv-05503-BHS*
*Page 1*

S U S M A N   G O D F R E Y   L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

narrow the number of documents to request to seal.  Ford's counsel indicated that the documents that were the subject of plaintiffs' motion should be filed under seal and that Ford did not oppose plaintiffs' motion to do so.

     5.     The documents that the parties desire to seal include the following:

    a.  X-1 – Internal email from J. Farley to Ford employees regarding Ford marketing strategy, dated December 1, 2007;

    b.  X-4 – Internal email from J. Farley to Ford employees regarding business and branding strategy, dated October 31, 2008;

    c.  X-5 – Internal email from J. Farley to Ford employees regarding marketing strategy and product launch, dated April 19, 2009;

    d.  X-6 – Excerpts from the December 3, 2013 deposition of Ford's Rule 30(b)(6) designee Michelle Moody, designated Highly Confidential by Ford;

    e.  X-9 – Email from J. Farley to Vice-President of Operations at Crown Ford regarding Ford marketing strategy, dated February 11, 2008;

    f.  X-10 – Email from J. Farley to Dan Hay, President of Jim Burke Ford Lincoln Mercury Jaguar, regarding marketing campaign, dated November 12, 2007;

    g.  X-11 – Internal email from B. Shanks to J. Farley regarding marketing strategy and customer survey data, dated November 12, 2013;

    h.  X-12 – Internal email from J. Farley to Ford employees regarding analysis of customer survey data, dated September 17, 2010;

    i.  X-13 – Internal email from J. Farley to Ford employees regarding customer survey data, dated April 24, 2010;

    j.  X-14 – Internal email from D. Hazel to J. Farley regarding sales and business strategy, dated April 25, 2008;

*DECL OF J. CONNORS ISO PLAINTIFFS' UNOPPOSED*
*MOTION TO FILE DOCUMENTS UNDER SEAL (DKT NO. 233)*
*Case No. 3:11-cv-05503-BHS*
*Page 2*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

k.  X-15 – Internal email from J. Farley to J. Buczkowski regarding sales and product strategy, dated April 15, 2008.

6.  Additionally, the parties desire to seal portions of plaintiffs' opposition brief that quote or reference the above documents.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed this 5th day of March, 2014, at Seattle, Washington.

/s/ Jordan Connors
Jordan Connors

*DECL OF J. CONNORS ISO PLAINTIFFS' UNOPPOSED*
*MOTION TO FILE DOCUMENTS UNDER SEAL (DKT NO. 233)*
*Case No. 3:11-cv-05503-BHS*
*Page 3*

S U S M A N   G O D F R E Y   L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who have registered for electronic notifications, and I caused the foregoing to be served upon the following by email:

Duncan E. Manville
**Savitt Bruce & Willey, LLP**
1425 Fourth Ave, Suite 800
Joshua Green Building
Seattle, WA 98101
dmanville@jetcitylaw.com

Michael J. Summersgill
Sarah Beigbeder Petty
**Wilmer Cutler Pickering Hale & Dorr LLP**
60 State Street
Boston, MA 02109
michael.summersgill@wilmerhale.com
sarah.petty@wilmerhale.com

Todd C. Zubler
Grant K. Rowan
**Wilmer Cutler Pickering Hale & Dorr LLP**
1875 Pennsylvania Avenue NW
Washington, DC 20006
todd.zubler@wilmerhale.com
grant.rowan@wilmerhale.com

Frank A. Angileri
John S. LeRoy
**Brooks Kushman P.C.**
1000 Town Center, 22nd Floor
Southfield, MI 48075
fangileri@brookskushman.com
jleroy@brookskushman.com

Dated: March 5, 2014              By: _/s/ Jordan Connors_

*CERTIFICATE OF SERVICE*
*Case No. 3:11-cv-05503-BHS*
*Page 1*

S U S M A N   G O D F R E Y   L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883