The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 3:11-cv-05503-BHS<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO SEAL DOCUMENTS**<br><br>**NOTE ON MOTION CALENDAR: March 5, 2014** |

Pursuant to Local Civil Rule CR(5)(g), Plaintiffs Eagle Harbor Holdings, LLC, and MediusTech, LLC ("Plaintiffs") hereby submit this Unopposed Motion and [Proposed] Order to file under seal certain materials submitted with Plaintiffs' Opposition to Defendant Ford Motor Company's Rule 37 Motion to Strike.

The materials sought to be sealed are:

1. Plaintiffs' Brief in Opposition to Ford's Motion to Strike;

2. The Declaration of Paul S. Min in Opposition to Ford's Motion to Strike; and

*PLAINTIFFS' UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL*
*Case No. 3:11-cv-05503-BHS*
*Page 1 of 5*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

3080640v1/012341

3. Exhibit H to Plaintiffs' Amended Asserted Claims and Infringement Contentions, November 20, 2013 (Exhibit 5 to the Declaration of Floyd Short).

These documents are submitted in support of Plaintiffs' Opposition to Ford Motor Company's Rule 37 Motion to Strike (Dkt. No. 239). Ford, Microsoft, and other third parties have designated documents cited and material described in Plaintiffs' Opposition Brief, the Declaration of Paul S. Min, and Exhibit H to Plaintiffs' Amended Asserted Claims and Infringement Contentions, as "Confidential," "Highly Confidential – Attorneys' Eyes Only," or "Highly Confidential – Source Code." The parties and third parties have stipulated that the sensitive material contained in documents so designated also merits filing under seal.

Open discovery is favored in this district, and there is a presumption of access to publicly-filed documents. LCR 5(g). However, Ford and various third parties have asserted that the confidential and sensitive nature of the material discussed in these documents, is good cause to keep them under seal, *see Myhrvold v. Lodsys Grp., LLC*, C13-1173 RAJ, 2013 WL 5488791, at *4 (W.D. Wash. Sept. 27, 2013) (party must show good cause to keep documents under seal), and Medius does not oppose that position with respect to the materials addressed by this motion. Medius respectfully requests that the documents listed above remain under seal.

Dated: March 5, 2014

By: /s/ *Floyd G. Short*

Parker C. Folse III (WSBA No. 24895)
E-Mail: pfolse@susmangodfrey.com
Ian B. Crosby (WSBA No. 28461)
E-mail: icrosby@susmangodfrey.com
Floyd G. Short (WSBA No. 21632)

*PLAINTIFFS' UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL*
*Case No. 3:11-cv-05503-BHS*
*Page 2 of 5*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

3080640v1/012341

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

E-Mail: fshort@susmangodrey.com
Genevieve Vose Wallace (WSBA No. 38422)
E-Mail: gwallace@susmangodfrey.com
Jordan Connors (WSBA No. 41649)
E-Mail: jconnors@susmangodfrey.com
E. Lindsay Calkins (WSBA No. 44127)
E-Mail: lcalkins@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 3rd Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 516-3861
Fax: (206) 516-3883

*Counsel for Plaintiffs*

*PLAINTIFFS' UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL*
*Case No. 3:11-cv-05503-BHS*
*Page 3 of 5*

S U S M A N   G O D F R E Y   L . L . P .
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

3080640v1/012341

# CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who have registered for electronic notifications, and I caused the sealed documents to be served upon the following by email:

| | |
|---|---|
| Duncan E. Manville<br>**Savitt Bruce & Willey LLP**<br>1425 Fourth Ave, Suite 800<br>Joshua Green Building<br>Seattle, WA 98101<br>Tel: (206) 749-0500<br>Fax: (206) 838-2661<br>Email: dmanville@sbwllp.com | Michael J. Summersgill<br>Sarah Beigbeder Petty<br>Rebecca Izzo<br>Michaela P. Sewall<br>Michael Heyison<br>Jonathan Woodard<br>Alexandra Amrhein<br>**Wilmer Cutler Pickering Hale & Dorr LLP**<br>60 State Street<br>Boston, MA 02109<br>Tel: (617) 526-6000<br>Fax: (617) 526-5000<br>Emails: michael.summersgill@wilmerhale.com<br>  sarah.petty@wilmerhale.com<br>  rebecca.izzo@wilmerhale.com<br>  michaela.sewall@wilmerhale.com<br>  michael.heyison@wilmerhale.com<br>  jonathan.woodard@wilmerhale.com<br>  alexandra.amrhein@wilmerhale.com |
| Todd C. Zubler<br>Grant K. Rowan<br>Elise Miller<br>Stuart Allen<br>**Wilmer Cutler Pickering Hale & Dorr LLP**<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Tel: (202) 663-6636<br>Fax: (202) 663-6363<br>Emails: grant.rowan@wilmerhale.com<br>  todd.zubler@wilmerhale.com<br>  elise.miller@wilmerhale.com<br>  stuart.allen@wilmerhale.com | David Smith<br>**Wilmer Cutler Pickering Hale & Dorr LLP**<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Tel: (650) 858-6168<br>Fax: (650) 858 6100<br>Emails: david.smith@wilmerhale.com |
| Cosmin Maier<br>**Wilmer Cutler Pickering Hale & Dorr LLP**<br>7 World Trade Center | Frank A. Angileri<br>John S. LeRoy<br>Amy C. Leshan<br>**Brooks Kushman P.C.** |

*CERTIFICATE OF SERVICE*
*Case No. 3:11-cv-05503-BHS*
*Page 1*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

3080640v1/012341

| | |
|---|---|
| 250 Greenwich Street<br>New York, New York 10007<br>Tel: (212)230-8816<br>Fax: (212) 230 8888<br>Emails: cosmin.maier@wilmerhale.com | 1000 Town Center, 22nd Floor<br>Southfield, MI 48075<br>Tel:  (248)358-4400<br>Fax: (248) 358-3351<br>Emails: fangileri@brookskushman.com<br>         jleroy@brookskushman.com<br>         aleshan@brookskushman.com |
| Peter T. Petrich<br>**DAVIES PEARSON P.C.**<br>920 Fawcett Ave.<br>P.O. Box 1657<br>Tel: (253) 620-1500<br>Fax: (253) 572-3052<br>Email: ppetrich@dpearson.com | |

                                               /s/ Floyd G. Short

*CERTIFICATE OF SERVICE*
*Case No. 3:11-cv-05503-BHS*
*Page 2*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

3080640v1/012341