The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 3:11-cv-05503-BHS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL DOCUMENTS** |

Before the Court is Plaintiffs' Motion to Seal Documents. Good cause appearing therefore, the Court hereby GRANTS the motion. The following documents and portions of documents are hereby sealed:

1. Plaintiffs' Brief in Opposition to Ford's Motion to Strike;

2. The Declaration of Paul S. Min in Opposition to Ford's Motion to Strike; and

3. Exhibit H to Plaintiffs' Amended Asserted Claims and Infringement Contentions, November 20, 2013 (Exhibit 5 to the Declaration of Floyd Short).

*[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL DOCUMENTS*
*Case No. 3:11-cv-05503-BHS*
*Page 1 of 2*
3080645v1/012341

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

DATED this _____ day of _____, 2014.

_____
HON. BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

*[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL DOCUMENTS*
*Case No. 3:11-cv-05503-BHS*
*Page 2 of 2*
3080645v1/012341

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883