The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 3:11-cv-05503-BHS<br><br>**FORD'S NOTICE OF MOTION RE-NOTED**<br><br>NOTE ON MOTION CALENDAR: June 20, 2014 |

TO:          THE CLERK OF THE COURT;

AND TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD.

Defendant Ford Motor Company hereby re-notes the calendaring date for Ford's Motion for Leave to File an Amended Counterclaim for Trade Secrets Misappropriation and to Join Dan Alan Preston as a Counterclaim-Defendant, which was filed on May 29, 2014 (Dkt 278) (the "Motion").

In accordance with LCR 7(d)(3), the Motion was originally noted on the Court's motion calendar for June 13, 2014. Pursuant to LCR 7(l), the Motion is re-noted for consideration on <u>June 20, 2014</u>.

---

FORD'S NOTICE OF MOTION RE-NOTED - 1
No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

DATED: June 5, 2014

**SAVITT BRUCE & WILLEY LLP**

By:   */s/ Duncan E. Manville*
Duncan E. Manville, WSBA #30304
Tel.: (206) 749-0500
Fax: (206) 749-0600
Email: dmanville@sbwllp.com

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Michael J. Summersgill *(pro hac vice)*
Sarah Beigbeder Petty *(pro hac vice)*
60 State Street
Boston, Massachusetts  02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
Email: michael.summersgill@wilmerhale.com
         sarah.petty@wilmerhale.com

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Todd C. Zubler *(pro hac vice)*
Grant K. Rowan *(pro hac vice)*
1875 Pennsylvania Avenue NW
Washington, D.C. 20006
Tel.: (202) 663-6636
Fax: (202) 663-6363
Email: todd.zubler@wilmerhale.com
         grant.rowan@wilmerhale.com

**BROOKS KUSHMAN P.C.**
Frank A. Angileri (*pro hac vice*)
John S. Le Roy (*pro hac vice*)
1000 Town Center, 22nd Floor
Southfield, Michigan  48075
Tel.: (248) 358-4400
Fax: (248) 358-3351
Email: fangileri@brookskushman.com
         jleroy@brookskushman.com

Attorneys for Defendant Ford Motor Company

FORD'S NOTICE OF MOTION RE-NOTED - 2
No. 3:11-cv-05503-BHS

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was filed electronically with the Court and thus served simultaneously upon all counsel of record, this 5th day of June, 2014.

                                          /s/ *Duncan E. Manville*
                                          Duncan E. Manville

CERTIFICATE OF SERVICE
No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500