The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 3:11-cv-05503-BHS<br><br>**PLAINTIFFS' NOTICE OF MOTION RENOTED**<br><br>RENOTED ON CALENDAR: July 4, 2014 |

Please take notice that Plaintiffs Eagle Harbor Holdings, LLC and MediusTech, LLC hereby renote their Motion for Summary Judgment of No Inequitable Conduct (docket no. 276) from June 27, 2014, to July 4, 2014, to afford Defendant Ford Motor Company one additional week in which to respond to the motion.

Dated: June 5, 2014       By: */s/ Floyd G. Short*
               Parker C. Folse III (WSBA No. 24895)
               Ian B. Crosby (WSBA No. 28461)
               Floyd G. Short (WSBA No. 21632)
               Genevieve V. Wallace (WSBA No. 38422)
               Jordan Connors (WSBA No. 41649)
               E. Lindsay Calkins (WSBA No. 44127)

               SUSMAN GODFREY L.L.P.
               1201 3rd Avenue, Suite 3800
               Seattle, WA 98101
               Tel: (206) 516-3861

PLAINTIFFS' NOTICE OF MOTION RENOTED
Case No. 3:11-cv-05503-BHS
Page 1

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

3188846v1/012341

|   |   |
|---|---|
| 1 | Fax : (206) 516-3883 |
| 2 | E-Mail:  pfolse@susmangodfrey.com |
|   | icrosby@susmangodfrey.com |
|   | fshort@susmangodrey.com |
| 3 | gwallace@susmangodfrey.com |
|   | jconnors@susmangodfrey.com |
| 4 | lcalkins@susmangodfrey.com |

*Counsel for Plaintiffs*

*PLAINTIFFS' NOTICE OF MOTION RENOTED*  
*Case No. 3:11-cv-05503-BHS*  
*Page 2*

SUSMAN GODFREY L.L.P.  
1201 Third Avenue, Suite 3800  
Seattle, WA 98101-3000  
Tel: (206) 516-3880; Fax: (206) 516-3883

3188846v1/012341

# CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who have registered for electronic notifications as follows:

| | |
|---|---|
| Duncan E. Manville<br>**Savitt Bruce & Willey LLP**<br>1425 Fourth Ave, Suite 800<br>Joshua Green Building<br>Seattle, WA 98101<br>Tel: (206) 749-0500<br>Fax:  (206) 838-2661<br>Email:  dmanville@sbwllp.com | Michael J. Summersgill<br>Sarah Beigbeder Petty<br>Rebecca Izzo<br>Michaela P. Sewall<br>Michael Heyison<br>Jonathan Woodard<br>Alexandra Amrhein<br>**Wilmer Cutler Pickering Hale & Dorr LLP**<br>60 State Street<br>Boston, MA 02109<br>Tel:  (617) 526-6000<br>Fax: (617) 526-5000<br>Emails:<br>    michael.summersgill@wilmerhale.com<br>    sarah.petty@wilmerhale.com<br>    rebecca.izzo@wilmerhale.com<br>    michaela.sewall@wilmerhale.com<br>    michael.heyison@wilmerhale.com<br>    jonathan.woodard@wilmerhale.com<br>    alexandra.amrhein@wilmerhale.com |
| Todd C. Zubler<br>Grant K. Rowan<br>Elise Miller<br>Stuart Allen<br>**Wilmer Cutler Pickering Hale & Dorr LLP**<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Tel:  (202) 663-6636<br>Fax: (202) 663-6363<br>Emails:  grant.rowan@wilmerhale.com<br>    todd.zubler@wilmerhale.com<br>    elise.miller@wilmerhale.com<br>    stuart.allen@wilmerhale.com | David Smith<br>**Wilmer Cutler Pickering Hale & Dorr LLP**<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Tel: (650) 858-6168<br>Fax: (650) 858 6100<br>Emails: david.smith@wilmerhale.com |
| Cosmin Maier<br>**Wilmer Cutler Pickering Hale & Dorr LLP**<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Tel: (212)230-8816 | Frank A. Angileri<br>John S. LeRoy<br>Amy C. Leshan<br>Johnathan D. Nikkila<br>**Brooks Kushman P.C.**<br>1000 Town Center, 22nd Floor |

*CERTIFICATE OF SERVICE*  
*Case No. 3:11-cv-05503-BHS*  
*Page 1*

3188846v1/012341

SUSMAN GODFREY L.L.P.  
1201 Third Avenue, Suite 3800  
Seattle, WA 98101-3000  
Tel; (206) 516-3880; Fax: (206) 516-3883

| Fax: (212) 230 8888<br>Emails: cosmin.maier@wilmerhale.com | Southfield, MI 48075<br>Tel:  (248)358-4400<br>Fax: (248) 358-3351<br>Emails: fangileri@brookskushman.com<br>jleroy@brookskushman.com<br>aleshan@brookskushman.com<br>jnikkila@brookskushman.com |
|---|---|
| Peter T. Petrich<br>**DAVIES PEARSON P.C.**<br>920 Fawcett Ave.<br>P.O. Box 1657<br>Tel: (253) 620-1500<br>Fax: (253) 572-3052<br>Email: ppetrich@dpearson.com | |

/s/ *Floyd G. Short*

---

*CERTIFICATE OF SERVICE*
*Case No. 3:11-cv-05503-BHS*
*Page 2*

3188846v1/012341

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883