The Honorable Benjamin H. Settle

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EAGLE HARBOR HOLDINGS, LLC, and
MEDIUSTECH, LLC,

                Plaintiffs,

v.

FORD MOTOR COMPANY,

                Defendant.

Case No. 3:11-cv-05503-BHS

**AGREED MOTION RE EXTENSION OF TIME TO FILE RESPONSIVE CLAIM CONSTRUCTION BRIEFS**

**NOTE ON MOTION CALENDAR: June 20, 2014**

      The parties have agreed that they shall have until June 30, 2014, to file their Responsive Claim Construction Briefs in order to accommodate schedule conflicts on the part of counsel for the Plaintiffs. The parties have consulted with Special Master Graham and confirmed that he has no objection to this extension.

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

1

DATED:          June 20, 2014

2

PRESENTED BY:

3                                                        By:/s/       Ian B. Crosby
                                                         Parker C. Folse III (WSBA No. 24895)
4                                                        E-Mail:  pfolse@susmangodfrey.com
                                                         Ian B. Crosby (WSBA No. 28461)
5                                                        E-mail:  icrosby@susmangodfrey.com
                                                         Floyd G. Short (WSBA No. 21632)
6                                                        E-Mail:  fshort@susmangodrey.com
                                                         SUSMAN GODFREY L.L.P.
7                                                        1201 3rd Avenue, Suite 3800
                                                         Seattle, WA 98101
8                                                        Tel:  (206) 516-3861
                                                         Fax:  (206) 516-3883

9                                                        *Counsel for Plaintiffs*

10                                                       AND

11                                                       By:/s/       Todd C. Zubler
                                                         Duncan E. Manville, WSBA #30304
12                                                       Email: dmanville@jetcitylaw.com
                                                         SAVITT BRUCE & WILLEY LLP
13                                                       Joshua Green Building
                                                         1425 Fourth Avenue, Suite 800
14                                                       Seattle, Washington 98101-2272
                                                         Tel. (206) 749-0500
15                                                       Fax (206) 749-0600

16                                                       WILMER CUTLER PICKERING HALE
17                                                       AND DORR LLP
                                                         Michael J. Summersgill
18                                                       Sarah Beigbeder Petty
                                                         60 State Street
19                                                       Boston, Massachusetts 02109
                                                         Tel.: (617) 526-6000
20                                                       Fax: (617) 526-5000
                                                         Email:
21                                                             michael.summersgill@wilmerhale.com
22                                                             sarah.petty@wilmerhale.com

23                                                       WILMER CUTLER PICKERING HALE
                                                         AND DORR LLP
24                                                       Todd C. Zubler
                                                         Grant K. Rowan
25                                                       1875 Pennsylvania Avenue NW
                                                         Washington, D.C. 20006
26                                                       Tel.: (202) 663-6636
                                                         Fax: (202) 663-6363
27                                                       Email:       todd.zubler@wilmerhale.com
                                                                      grant.rowan@wilmerhale.com
28

*AGREED MOTION RE TIME TO FILE BRIEF*            S U S M A N   G O D F R E Y   L . L . P .
*Case No. 3:11-cv-05503-BHS*                              1201 Third Avenue, Suite 3800
*Page 2 of 4*                                             Seattle, WA  98101-3000
                                                         Tel:  (206) 516-3880; Fax: (206) 516-3883

2157092v1/012341

BROOKS KUSHMAN P.C.
Frank A. Angileri
John S. Le Roy
1000 Town Center, 22nd Floor
Southfield, Michigan 48075
Tel.: (248) 358-4400
Fax: (248) 358-3351
Email:       fangileri@brookskushman.com
             jleroy@brookskushman.com

*Counsel for Ford Motor Company*

      **IT IS SO ORDERED.  The parties shall file their Responsive Claim Construction Briefs no later than June 30, 2014.**

      **Dated this _____ day of June, 2014.**

_____

**UNITED STATES DISTRICT JUDGE
BENJAMIN H. SETTLE**

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA  98101-3000
Tel:  (206) 516-3880; Fax: (206) 516-3883

2157092v1/012341

1

## CERTIFICATE OF SERVICE

2        I hereby certify that on June 20, 2014, I electronically filed the foregoing with the

3    Clerk of the Court using the CM/ECF system which will send notification of such filing to

4    the following:

5

6    Duncan E. Manville
     **Savitt Bruce & Willery, LLP**
7    1425 Fourth Ave, Suite 800
     Joshua Green Building
8    Seattle, WA 98101
     dmanville@jetcitylaw.com
9

10

     **Wilmer Cutler Pickering Hale & Dorr LLP**
11   60 State Street
     Boston, MA 02109
12   michael.summersgill@wilmerhale.com
     sarah.petty@wilmerhale.com
13

14   **Wilmer Cutler Pickering Hale & Dorr LLP**
15   1875 Pennsylvania Avenue NW
     Washington, DC 20006
16   Elise.Miller@wilmerhale.com
     grant.rowan@wilmerhale.com
17   todd.zubler@wilmerhale.com

18
     **Brooks Kushman P.C.**
19   1000 Town Center, 22nd Floor
     Southfield, MI 48075
20   fangilero@brookskushman.com
21   jleroy@brookskushman.com

22

23                                        /s/  Ian B. Crosby
                                            Ian B. Crosby
24

25

26

27

28

*AGREED MOTION RE TIME TO FILE BRIEF*          SUSMAN GODFREY L.L.P.
*Case No. 3:11-cv-05503-BHS*                   1201 Third Avenue, Suite 3800
*Page 4 of 4*                                  Seattle, WA  98101-3000
                                               Tel:  (206) 516-3880; Fax: (206) 516-3883

2157092v1/012341