The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

EAGLE HARBOR HOLDINGS, LLC, and
MEDIUSTECH, LLC,

      Plaintiffs,

      v.

FORD MOTOR COMPANY,

      Defendant.

Case No. 3:11-cv-05503-BHS

**FORD MOTOR COMPANY'S
UNOPPOSED MOTION TO FILE
DOCUMENT UNDER SEAL**

NOTE ON MOTION CALENDAR:
June 20, 2014

Pursuant to Local Civil Rule (5)(g), Ford Motor Company ("Ford") respectfully moves the Court for an order authorizing Ford to file under seal:

(a) Ford's Reply in Support of Motion for Leave to File an Amended Counterclaim for Trade Secrets Misappropriation and to Join Dan Alan Preston as a Counterclaim-Defendant ("Ford's Reply in Support of Motion for Leave to Amend").

Plaintiffs' counsel have confirmed that Plaintiffs do not oppose this motion or Ford's proposed order to seal.

The material the parties seek to file under seal is listed below.  This document contains sensitive information that Ford and/or Plaintiffs consider highly proprietary.

FORD'S UNOPPOSED MOTION TO FILE
DOCUMENT UNDER SEAL - 1
No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

1.     **Ford's Reply in Support of Motion for Leave to Amend**;

Ford's Motion for Leave to Amend cites, paraphrases, and quotes directly from documents designated "Confidential" under the parties' Confidentiality Agreement.

Ford has conferred with Plaintiffs' counsel regarding these matters in accordance with LCR 5(g)(3)(A) as described in Docket No. 277 and by further email correspondence.  Ford's request to seal documents is the narrowest request on which the parties could agree.  The parties stipulate that the sensitive information contained in the documents referenced herein merits filing under seal.

Open discovery is favored in this district, and there is a presumption of access to publically filed documents.  LCR 5(g).  The confidential and sensitive nature of the material discussed in these documents, however, is good cause to keep the documents under seal.  *See Myhrvold v. Lodsys Grp., LLC*, C13-1173 RAJ, 2013 WL 5488791, at *4 (W.D. Wash. Sept. 27, 2013) (party must show good cause to keep documents under seal); *EEOC v. Fry's Elecs., Inc.*, No C10-1562RSL, 2012 WL 1642305, at *5 (W.D. Wash. May 10, 2012) (finding good cause for sealing personnel records of third parties); *Boucher v. First Am. Title Ins. Co.*, No. C10-199RAJ, 2011 WL 5299497, at *5 (W.D. Wash. Nov. 4, 2011) (finding good cause and granting motion to seal a party's competitively sensitive licenses with a third party; noting that redactions were limited to very specific portions of documents).  Ford therefore respectfully requests that the Court authorize the filing under seal of Ford's Reply in Support of Motion for Leave to Amend.

FORD'S UNOPPOSED MOTION TO FILE
DOCUMENT UNDER SEAL - 2
No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

DATED:  June 20, 2014

SAVITT BRUCE & WILLEY LLP

By:       /s/ Duncan E. Manville
          Duncan E. Manville, WSBA #30304
          Tel.: (206) 749-0500
          Fax: (206) 749-0600
          Email: dmanville@sbwllp.com

WILMER CUTLER PICKERING HALE AND DORR LLP
Michael J. Summersgill (pro hac vice)
Sarah Beigbeder Petty (pro hac vice)
60 State Street
Boston, Massachusetts  02109
Tel.:  (617) 526-6000
Fax:  (617) 526-5000
Email:  michael.summersgill@wilmerhale.com
        sarah.petty@wilmerhale.com

WILMER CUTLER PICKERING HALE AND DORR LLP
Todd C. Zubler (pro hac vice)
Grant K. Rowan (pro hac vice)
1875 Pennsylvania Avenue NW
Washington, D.C. 20006
Tel.:  (202) 663-6636
Fax:  (202)663-6363
Email:  todd.zubler@wilmerhale.com
        grant.rowan@wilmerhale.com

BROOKS KUSHMAN P.C.
Frank A. Angileri (pro hac vice)
John S. Le Roy (pro hac vice)
1000 Town Center, 22nd Floor
Southfield, Michigan  48075
Tel.:  (248) 358-4400
Fax:  (248) 358-3351
Email:  fangileri@brookskushman.com
        jleroy@brookskushman.com

*Attorneys for Defendant Ford Motor Company*

FORD'S UNOPPOSED MOTION TO FILE
DOCUMENT UNDER SEAL - 3
No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

1

**IT IS SO ORDERED.**

2

Dated this _____ day of _____, 2014.

3

4

5

_____

THE HONORABLE BENJAMIN H. SETTLE
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

FORD'S UNOPPOSED MOTION TO FILE
DOCUMENT UNDER SEAL - 4
No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

1

## CERTIFICATION

2       I certify that, prior to making this motion to seal, counsel for the parties conferred in a

3 good-faith effort to attempt to resolve this dispute in accordance with Local Civil Rule

4 5(g)(3)(A).  On May 23, 2014, Todd Zubler and Greg Teran, counsel for Ford Motor Company,

5 conferred by telephone with Floyd Short, counsel for Plaintiffs, regarding Ford's motion to

6 amend its counterclaims and the need to file the motion and related material under seal.

7 Counsel for the parties subsequently corresponded by email regarding Ford's Reply in Support

8 of Motion for Leave to Amend and agreed to this motion, which the parties believe minimizes

9 the amount of material filed under seal given the material the parties have designated

10 confidential.

11       DATED:  June 20, 2014

12

13                      */s/ Todd Zubler*

14                      Todd Zubler

                     Wilmer Cutler Pickering Hale and Dorr LLP

15                      1875 Pennsylvania Avenue NW

                     Washington, DC 20006

16                      Tel.:  (202) 663-6636

17                      Fax:  (202) 663-6363

                     Email: todd.zubler@wilmerhale.com

18

19                      *Counsel for Defendant – Moving Party*

20

21

22

23

24

25

26

27

1

## CERTIFICATE OF SERVICE

2

I certify that a copy of the foregoing document was filed electronically with the Court

3

and thus served simultaneously upon all counsel of record, this 20th day of June, 2014.

4

5

        /s/ *Duncan E. Manville*

6

Duncan E. Manville

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

CERTIFICATE OF SERVICE
No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500