1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Eagle Harbor Holdings, LLC, and MediusTech, LLC, <br><br> Plaintiffs, <br><br> *v.* <br><br> Ford Motor Company, <br><br> Defendant. | Case No. 3:11-cv-05503-BHS <br><br> STIPULATION REGARDING NON-WAIVER OF PRIVILEGE PURSUANT TO FEDERAL RULE OF EVIDENCE 502(d) |

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

To avoid burdening the Court with a discovery dispute, the parties, through the undersigned counsel, respectfully request that the Court enter an order under Federal Rule of Evidence 502(d) to govern the production of certain communications between Plaintiffs Eagle Harbor Holdings, LLC, MediusTech, LLC and any predecessor companies, including Medius, Inc. (collectively "Medius") and any attorney, including Steve Ford. Medius will agree to provide requested discovery concerning any communications that: (a) have been or otherwise would be withheld from production or disclosure based on a claim of privilege; and (b) that transmitted, attached, referred to or discussed materials that Defendant Ford Motor Company contends reflects or contains its asserted trade secrets; or, if none exists, to deny that any such communications exist, on the condition that any applicable privilege, including the attorney-client privilege and work product doctrine, are not waived over those documents or their subject matter.

STIPULATION REGARDING NON-WAIVER OF PRIVILEGE PURSUANT TO FEDERAL RULE OF EVIDENCE 502(d)
CaseNo. 3:11-cv-05503-BHS

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

1   Federal Rule of Evidence 502(d) states that a Federal court may order that the privilege or

2   protection is not waived by disclosure connected with the litigation before the court, in which

3   event the disclosure is also not a waiver in any other Federal or state proceeding. Fed. R. Evid.

4   502(d). In order to advance the progress of this litigation, and to eliminate the need for a

5   discovery dispute regarding this issue, the parties respectfully ask the Court to enter the attached

6   order declaring that the production of certain Medius documents will not constitute a waiver of

7   privilege.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   *STIPULATION REGARDING NON-WAIVER OF*          SUSMAN GODFREY L.L.P.
     *PRIVILEGE PURSUANT TO FEDERAL RULE OF*        1201 Third Avenue, Suite 3800
     *EVIDENCE 502(d)*                              Seattle, WA 98101-3000
     *Case No. 3:11-cv-05503-BHS*                   Tel: (206) 516-3880; Fax: (206) 516-
                                                    3883

1

2   Dated: November 14, 2014           SUSMAN GODFREY L.L.P.

3                                      By: /s/ E. Lindsay Calkins
                                       Parker C. Folse III (WSBA No. 24895)
4                                      Ian B. Crosby (WSBA No. 28461)
                                       Floyd G. Short (WSBA No. 21632)
5                                      Genevieve V. Wallace (WSBA No. 38422)
                                       Jordan Connors (WSBA No. 41649)
6                                      E. Lindsay Calkins (WSBA No. 44127)

7
                                       1201 Third Avenue, Suite 3800
8                                      Seattle, WA 98101
                                       Tel: (206) 516-3861
9                                      Fax : (206) 516-3883
                                       E-Mail: pfolse@susmangodfrey.com
10                                             icrosby@susmangodfrey.com
                                               fshort@susmangodrey.com
11                                             gwallace@susmangodfrey.com
                                               jconnors@susmangodfrey.com
12                                             lcalkins@susmangodfrey.com

13
                                       Counsel for Plaintiffs
14

15                                     SAVITT BRUCE & WILLEY LLP

16

17                                     By:        /s/ Duncan E. Manville
                                            Duncan E. Manville, WSBA #30304
18                                          Tel.: (206) 749-0500
                                            Fax: (206) 749-0600
19                                          Email: dmanville@sbwllp.com

20
                                       WILMER CUTLER PICKERING HALE AND DORR LLP
21                                     Michael J. Summersgill (pro hac vice)
                                       Sarah Beigbeder Petty (pro hac vice)
22                                     60 State Street
                                       Boston, Massachusetts 02109
23                                     Tel.: (617) 526-6000
                                       Fax: (617) 526-5000
24                                     Email: michael.summersgill@wilmerhale.com
                                               sarah.petty@wilmerhale.com
25

26

27   *STIPULATION REGARDING NON-WAIVER OF*        SUSMAN GODFREY L.L.P.
     *PRIVILEGE PURSUANT TO FEDERAL RULE OF*      1201 Third Avenue, Suite 3800
     *EVIDENCE 502(d)*                            Seattle, WA 98101-3000
     *Case No. 3:11-cv-05503-BHS*                 Tel: (206) 516-3880; Fax: (206) 516-3883

1

2

3

4

5

6

7

8

9

10

11

12

13

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Todd C. Zubler *(pro hac vice)*
Grant K. Rowan *(pro hac vice)*
1875 Pennsylvania Avenue NW
Washington, D.C. 20006
Tel.: (202) 663-6636
Fax:  (202) 663-6363
Email: todd.zubler@wilmerhale.com
        grant.rowan@wilmerhale.com

**BROOKS KUSHMAN P.C.**
Frank A. Angileri *(pro hac vice)*
John S. Le Roy *(pro hac vice)*
1000 Town Center, 22nd Floor
Southfield, Michigan  48075
Tel.: (248) 358-4400
Fax:  (248) 358-3351
Email: fangileri@brookskushman.com
        jleroy@brookskushman.com

Attorneys for Defendant Ford Motor Company

14

15

16

17

18

19

20

21

22

23

24

25

26

27

*STIPULATION REGARDING NON-WAIVER OF PRIVILEGE PURSUANT TO FEDERAL RULE OF EVIDENCE 502(d)*
*Case No. 3:11-cv-05503-BHS*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

# ORDER

It is HEREBY ORDERED that, pursuant to Federal Rule of Evidence 502(d), providing Defendant Ford Motor Company's requested discovery concerning any communications that: (a) have been or otherwise would be withheld from production or disclosure based on a claim of privilege; and (b) that transmitted, attached, referred to or discussed materials that Defendant Ford Motor Company contends reflects or contains its asserted trade secrets, will not waive any applicable privilege, including the attorney-client privilege and work product doctrine, over those documents or their subject matter.   Likewise, any denial by Medius that any such communications exist, will not waive any applicable privilege.

Dated this 19th day of November, 2014.

BENJAMIN H. SETTLE
United States District Judge

ORDER
Case No. 3:11-cv-05503-BHS
Page 1

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883