The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 3:11-cv-05503-BHS<br><br>[~~PROPOSED~~] ORDER GRANTING COUNTERCLAIM DEFENDANTS' MOTION TO SEAL DOCUMENTS |

Before the Court is Counterclaim Defendants' Motion to Seal Documents. Good cause appearing, the Court hereby GRANTS the motion. The following documents are hereby sealed:

Exhibits 27-30 to Connors Declaration in Support of Counterclaim Defendants' Reply in Support of Counterclaim Defendants' Motion for Summary Judgment on Trade Secrets; and Counterclaim Defendants' Reply in Support of Counterclaim Defendants' Motion for Summary Judgment on Trade Secrets.

*[PROPOSED] ORDER GRANTING COUNTERCLAIM DEFENDANTS' MOTION TO SEAL DOCUMENTS*
*Case No. 3:11-cv-05503-BHS*
*Page 1 of 2*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

1
2   DATED this \_28\_ day of \_January\_, 2015.
3
4
5   _____
6   HON. BENJAMIN H. SETTLE
    UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| *[PROPOSED] ORDER GRANTING COUNTERCLAIM DEFENDANTS' MOTION TO SEAL DOCUMENTS*<br>*Case No. 3:11-cv-05503-BHS*<br>*Page 2 of 2* | SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101-3000<br>Tel: (206) 516-3880; Fax: (206) 516-3883 |