The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, <br><br> Defendant. | Case No. 3:11-cv-05503-BHS <br><br> [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL DOCUMENTS |

Before the Court is Plaintiffs' Motion to Seal Documents. Good cause appearing, the Court hereby GRANTS the motion. The following document is hereby sealed:

Plaintiffs' Reply to Defendant Ford's Opposition to Plaintiffs' Motion for Summary Judgment of No Inequitable Conduct and No Failure to Comply with 35 U.S.C. § 287.

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL DOCUMENTS
Case No. 3:11-cv-05503-BHS
Page 1 of 2

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

1
2  DATED this __28__ day of __January__, 2015.
3
4
5  _____
   HON. BENJAMIN H. SETTLE
6  UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28