The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, <br><br> Defendant. | Case No. 3:11-cv-05503-BHS <br><br> **DECLARATION OF JONATHAN WOODARD** |

I, Jonathan Woodard, declare as follows:

1. I am counsel at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts, 02109. I am one of the attorneys responsible for the representation of Defendant Ford Motor Company in the above-captioned matter.

2. Attached to this declaration as *Exhibit A* is a true and correct copy of Julie Davis's *curriculum vitae*, which was submitted with her November 21, 2014 rebuttal expert report.

3. Attached to this declaration as *Exhibit B* is a true and correct copy of an excerpt from the November 21, 2014 expert report of Dr. Phillip Koopman Regarding Non-Infringement of the Asserted Claims of U.S. Patent Nos. 7,146,260; 7,778,739; 7,793,136; 8,006,117; 8,006,118; 8,006,119; 8,020,028; and 8,027,268.

4. Attached to this declaration as *Exhibit C* is a true and correct copy of an August 6, 2012 letter from Ragnar Olsen of Global IP Law Group to Jennifer Stec of Ford Global

*DECLARATION OF JONATHAN WOODARD* - 1 of 3
Case No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

Technologies, Inc. bearing the bates number FORD-EHH01132220.

5.     Attached to this declaration as *Exhibit D* are a true and correct copies of excerpts from the transcript of the December 5, 2014 deposition of Michael Wagner.

6.     Attached to this declaration as *Exhibit E* are true and correct copies of excerpts from the transcript of the February 27, 2014 deposition of Samuel Hemingway.

7.     Attached to this declaration as *Exhibit F* is a true and correct copy of a March 1, 2010 Asset Purchase Agreement between Eagle Harbor Holdings, LLC and Medius, Inc., bearing Bates numbers EHH0315570-80.

8.     Attached to this declaration as *Exhibit G* is a true and correct copy of a March 16, 2011 email from Samuel Hemingway attaching a February 2011 Balance Sheet, bearing Bates numbers EHH0285169-72.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of February, 2015.

/s/ *Jonathan Woodard*
Jonathan Woodard

*DECLARATION OF JONATHAN WOODARD* - 2 of 3
Case No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served by email upon all counsel of record, this 17th day of February, 2015.

/s/ *Duncan E. Manville*
Duncan E. Manville