The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 3:11-cv-05503-BHS<br><br>**FORD'S MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>NOTE ON MOTION CALENDAR:<br>March 27, 2015 |

Pursuant to Local Civil Rule (5)(g), Ford Motor Company ("Ford") respectfully moves the Court for an order authorizing Ford to file under seal:

(a) Ford's Brief Regarding Exclusion of Michael Wagner's New Damages Opinions ("Ford's Brief"), and

(b) Exhibits 1-3 to the Declaration of Rebecca Izzo ("Izzo Declaration") submitted in support of Ford's Brief.

The material the parties seek to file under seal is listed below. These documents contain sensitive information that Ford considers proprietary.

FORD'S MOTION TO FILE DOCUMENTS UNDER SEAL - 1
No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

1. **Ford's Brief Regarding Exclusion of Michael Wagner's New Damages Opinions**

   Ford's brief cites to highly confidential financial information, including Ford's costs and revenues associated with SYNC.

2. **Izzo Declaration Exhibit 1:** Mr. Wagner's Schedule 1.0a (Plaintiffs' Exhibit 2122).

   Mr. Wagner's Schedule 1.0a (Plaintiffs' Exhibit 2122) contains highly confidential financial and business information, including Ford's sales volumes of SYNC units.

3. **Izzo Declaration Exhibit 2:** Plaintiffs' proposed demonstratives for the testimony of Michael Wagner (slides 11-14).

   Plaintiffs' proposed demonstratives for the testimony of Michael Wagner (slides 11-14) contains highly confidential financial and business information, including Ford's sales volumes of SYNC units.

4. **Izzo Declaration Exhibit 3:** Mr. Wagner's Schedule 2.0 of the Supplemental Expert Report of Michael Wagner, dated February 6, 2015.

   Mr. Wagner's Schedule 2.0 contains highly confidential financial and business information, including Ford's revenues, costs, sales volumes and profit margins for SYNC.

These documents are submitted in support of Ford's Brief. These documents contain Ford's highly confidential sales volumes, revenue, cost and profit information regarding SYNC and have been designated Highly Confidential – Attorneys' Eyes Only under the parties' Confidentiality Agreement.

The parties have previously conferred regarding this information, which is contained in Mr. Wagner's reports, and agreed it should be filed under seal. The parties will confer further after this motion is filed to determine whether additional information may be filed publicly.

Open discovery is favored in this district, and there is a presumption of access to publically filed documents. LCR 5(g). The confidential and sensitive nature of the material discussed in these documents, however, is good cause to keep the documents under seal. *See*

FORD'S MOTION TO FILE DOCUMENTS UNDER SEAL - 2
No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

*Myhrvold v. Lodsys Grp., LLC*, C13-1173 RAJ, 2013 WL 5488791, at *4 (W.D. Wash. Sept. 27, 2013) (party must show good cause to keep documents under seal); *EEOC v. Fry's Elecs., Inc.*, No C10-1562RSL, 2012 WL 1642305, at *5 (W.D. Wash. May 10, 2012) (finding good cause for sealing personnel records of third parties); *Boucher v. First Am. Title Ins. Co.*, No. C10-199RAJ, 2011 WL 5299497, at *5 (W.D. Wash. Nov. 4, 2011) (finding good cause and granting motion to seal a party's competitively sensitive licenses with a third party; noting that redactions were limited to very specific portions of documents).  Ford therefore respectfully requests that the Court authorize the filing under seal of Ford's Brief and Exs. 1-3 to the Izzo Declaration in support thereof.

DATED: March 16, 2015

SAVITT BRUCE & WILLEY LLP

By:   /s/ Duncan E. Manville
      Duncan E. Manville, WSBA #30304
      Tel.: (206) 749-0500
      Fax: (206) 749-0600
      Email: dmanville@sbwllp.com

WILMER CUTLER PICKERING HALE AND DORR LLP
Michael J. Summersgill *(pro hac vice)*
Sarah Beigbeder Petty *(pro hac vice)*
60 State Street
Boston, Massachusetts  02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
Email: michael.summersgill@wilmerhale.com
       sarah.petty@wilmerhale.com

FORD'S MOTION TO FILE DOCUMENTS UNDER SEAL - 3
No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Todd C. Zubler *(pro hac vice)*
Grant K. Rowan *(pro hac vice)*
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Tel.: (202) 663-6636
Fax: (202) 663-6363
Email: todd.zubler@wilmerhale.com
        grant.rowan@wilmerhale.com

**BROOKS KUSHMAN P.C.**
Frank A. Angileri *(pro hac vice)*
John S. Le Roy *(pro hac vice)*
1000 Town Center, 22nd Floor
Southfield, Michigan  48075
Tel.: (248) 358-4400
Fax: (248) 358-3351
Email: fangileri@brookskushman.com
        jleroy@brookskushman.com

Attorneys for Defendant Ford Motor Company

FORD'S MOTION TO FILE DOCUMENTS UNDER SEAL - 4
No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

**IT IS SO ORDERED.**

Dated this 26 day of March, 2015.

_____
THE HONORABLE BENJAMIN H. SETTLE
United States District Judge

FORD'S MOTION TO FILE DOCUMENTS UNDER SEAL - 5
No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500