1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

EAGLE HARBOR HOLDINGS, LLC, and
MEDIUSTECH, LLC,

     Plaintiffs,

     v.

FORD MOTOR COMPANY,

     Defendant.

Case No. 3:11-cv-05503-BHS

**FORD'S MOTION TO FILE
DOCUMENTS UNDER SEAL**

NOTE ON MOTION CALENDAR:
March 20, 2015

Pursuant to Local Civil Rule (5)(g), Ford Motor Company ("Ford") respectfully moves the Court for an order authorizing Ford to file under seal:

    (a)    Ford's Trial Brief;

    (b)    Exhibit 01 to the Declaration of Rebecca Izzo ("Izzo Declaration") submitted in support of Ford's Trial Brief.

The material Ford seeks to file under seal is listed below.  These documents contain sensitive business and financial information that Ford and/or Plaintiffs consider proprietary and confidential.  To minimize the amount of sealed material, a redacted version of Ford's Trial Brief will be filed publicly.

FORD'S MOTION TO FILE
DOCUMENTS UNDER SEAL - 1
No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

1. **Ford's Trial Brief.**

   Ford's Trial Brief cites, paraphrases, or quotes directly from documents described below containing business and financial information that Ford and/or Plaintiffs have designated "Confidential" or "Highly Confidential" under the parties' Confidentiality Agreement.

2. **Izzo Declaration Exhibit 01:** Excerpts from the Supplemental Rebuttal Expert Report and Disclosure of Julie Davis, dated February 20, 2015.

   Ms. Davis' supplemental report contains highly confidential financial information regarding Ford's revenue on SYNC and APA.

Ford has attempted to confer with Plaintiffs regarding these matters in accordance with LCR 5(g)(3)(A).  Specifically, Ford's counsel Rebecca Izzo attempted to confer by email with Plaintiffs' counsel, including Jordan Connors and Lindsay Calkins, on March 6, 2015.  The parties will confer further before this motion is heard to ensure compliance with LCR 5(g)(3)(A) and determine redactions to Ford's Trial Brief to be filed publicly.

Open discovery is favored in this district, and there is a presumption of access to publically filed documents.  LCR 5(g).  The confidential and sensitive nature of the material discussed in these documents, however, is good cause to keep the documents under seal.  *See Myhrvold v. Lodsys Grp.*, LLC, C13-1173 RAJ, 2013 WL 5488791, at *4 (W.D. Wash. Sept. 27, 2013) (party must show good cause to keep documents under seal); LCR 5(g)(2); *EEOC v. Fry's Elecs., Inc.*, No C10-1562RSL, 2012 WL 1642305, at *5 (W.D. Wash. May 10, 2012) (finding good cause for sealing personnel records of third parties); *Boucher v. First Am. Title Ins. Co.*, No. C10-199RAJ, 2011 WL 5299497, *5 (W.D. Wash. Nov. 4, 2011) (finding good cause and granting motion to seal a party's competitively sensitive licenses with a third party; noting that redactions were limited to very specific portions of documents).  Ford therefore respectfully requests that Court authorize the filing under seal of Ford's Trial Brief and Exhibit 01 to the Izzo Declaration.

FORD'S MOTION TO FILE
DOCUMENTS UNDER SEAL - 2
No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

1    DATED: March 6, 2015

2                                              **SAVITT BRUCE & WILLEY LLP**

3

4                                              By:  ____/s/ Duncan E. Manville____
                                                    Duncan E. Manville, WSBA #30304
5                                                   Tel.: (206) 749-0500
                                                    Fax: (206) 749-0600
6                                                   Email: dmanville@sbwllp.com

7                                              **WILMER CUTLER PICKERING HALE AND DORR LLP**
                                               Michael J. Summersgill *(pro hac vice)*
8                                              Sarah Beigbeder Petty *(pro hac vice)*
                                               60 State Street
9                                              Boston, Massachusetts  02109
                                               Tel.: (617) 526-6000
10                                             Fax: (617) 526-5000
                                               Email: michael.summersgill@wilmerhale.com
11                                                        sarah.petty@wilmerhale.com

12

13                                             **WILMER CUTLER PICKERING HALE AND DORR LLP**
                                               Todd C. Zubler *(pro hac vice)*
14                                             Grant K. Rowan *(pro hac vice)*
                                               1875 Pennsylvania Avenue, N.W.
15                                             Washington, D.C.  20006
                                               Tel.: (202) 663-6636
16                                             Fax: (202) 663-6363
                                               Email: todd.zubler@wilmerhale.com
17                                                        grant.rowan@wilmerhale.com

18

19                                             **BROOKS KUSHMAN P.C.**
                                               Frank A. Angileri *(pro hac vice)*
20                                             John S. Le Roy *(pro hac vice)*
                                               1000 Town Center, 22nd Floor
21                                             Southfield, Michigan  48075
                                               Tel.: (248) 358-4400
22                                             Fax: (248) 358-3351
                                               Email: fangileri@brookskushman.com
23                                                        jleroy@brookskushman.com

24                                             Attorneys for Defendant Ford Motor Company

25

26

27   FORD'S MOTION TO FILE                                    **SAVITT BRUCE & WILLEY** LLP
     DOCUMENTS UNDER SEAL - 3                                 1425 Fourth Avenue Suite 800
     No. 3:11-cv-05503-BHS                                    Seattle, Washington  98101-2272
                                                              (206) 749-0500

1   **IT IS SO ORDERED.**

2   Dated this ___26___ day of _____ 2015.

3

4                                                    _____

5                                                    THE HONORABLE BENJAMIN H. SETTLE
                                                     United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   FORD'S MOTION TO FILE
     DOCUMENTS UNDER SEAL - 4
     No. 3:11-cv-05503-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500