UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EAGLE HARBOR HOLDINGS, LLC,
and MEDIUSTECH, LLC,

    Plaintiffs,

    v.

FORD MOTOR COMPANY,

    Defendant.

CASE NO. CV11-5503BHS

JURY NOTES

COVER SHEET

NOTE NO. __1__ FROM JURY:

Is asking for something considered "an inducement of a breach of duty to maintain secrecy" or must it be accompanied by threats or promises of reward.

__10:10__  __3/25/15__
Date/Time

__Ed Nubel__
Jury Foreperson

COURT'S RESPONSE TO JURY NOTE

Response to Note 1:

The Court is substituting and giving you for your deliberations in this case Instruction 31A in lieu of 31 and 32A in lieu of 32. Please discard and disregard 31 and 32. You are referred also to Instructions 30, 33, 34, 35, and 36, as well as all other instructions. No instruction is more important than the others.

3/25/15   12:30 PM
Date/Time

Benjamin H. Settle
United States District Judge

SUBSTITUTE INSTRUCTION NO. 31A

**Trade Secrets–Misappropriation**

"Misappropriation" of a trade secret means acquisition of a trade secret without the express or implied consent of the owner of the trade secret by a person who knows or has reason to know that the trade secret was acquired by improper means.

SUBSTITUTE INSTRUCTION NO. 32A

**Trade Secrets–Improper Means–Definition**

The phrase "improper means" includes theft, bribery, misrepresentation, breach or inducement of a breach of a duty to maintain secrecy, or espionage through electronic or other means.

Inducement is the act or process of enticing or persuading another person to take a certain course of action.

NOTE NO. __2__ FROM JURY:

~~[scribbled out]~~

Is infringement dependent upon validity?

That is, if we see a claim as invalid can it be infringed.

3/25/15 12:55pm
Date/Time

[signature]
Jury Foreperson

COURT'S RESPONSE TO JURY NOTE 2

Response to Note 2:

You are referred to Instruction 50, as well as all other instructions. The verdict form asks you to determine whether a claim is infringed regardless of whether it is invalid and whether a claim is invalid regardless of whether it is infringed. No instruction is more important than the others.

3/25/15   1:30 pm
Date/Time

Benjamin H. Settle
United States District Judge