1

2

3
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

4

5
EAGLE HARBOR HOLDINGS, LLC,
and MEDIUSTECH, LLC,

6
              Plaintiffs,

7
    v.

8
FORD MOTOR COMPANY,

9
              Defendant.

CASE NO. CV11-5503BHS

LIST OF EXHIBITS
ADMITTED AT TRIAL

10

11

12

13

14

15

16

17

18

19

20

21

22

| EXH | Doc Date | Description | Admitted |
|---|---|---|---|
| 1 | Undated | Certified Copy of U.S. Patent 6,615,137 | 3/11/2015 |
| 4 | Undated | Certified Copy of U.S. Patent 8,006,119 | 3/11/2015 |
| 8 | Undated | Certified Copy of U.S. Patent 7,778,739 | 3/11/2015 |
| 9 | Undated | Certified Copy of U.S. Patent 7,146,260 | 3/11/2015 |
| 23 | 9/6/2002 | Email from M. Cops to J. Rupp et al., dated 09/06/2002 re "Medius" with attachment | 3/17/2015 |
| 24 | 10/8/2002 | Email M. Cops to J. Rupp et al., dated 10/08/2002 re "RE: MediusDemonstration of Sensor Fusion" | 3/17/2015 |
| 26 | 10/15/2002 | Email M. Cops to J. Rupp et al., dated 10/15/2002 re "MediusPresentation" w/ attachment s | 3/11/2015 |
| 34 | 7/22/2004 | Email string from J. Rupp to D. Preston, dated 07/22/2004 re "RE: CooperativeTargeting" | 3/12/2015 |
| 37 | 8/20/2004 | Email D. Preston to J. Rupp et al., dated 08/20/2004 re "RE:Potential Partners" w/ attach | 3/11/2015 |
| 44 | 11/1/2004 | Email string from J. Rupp to D. Preston, dated 11/01/2004 re "RE: Discussion" | 3/17/2015 |
| 47 | 2/14/2005 | Email string from J. Rupp to D. Preston, dated 02/14/2005 re "RE: Phone Call" | 3/17/2015 |
| 50 | 11/1/2005 | Email string from J. Rupp to D. Preston, dated 11/01/2005 re "RE: Meeting" | 3/17/2015 |
| 51 | 2/1/2006 | Email J. Rupp to M. Shulman et al., dated 02/01/2006 re "RE: MagnaElectronics / Medius Meeting" | 3/17/2015 |
| 52 | 4/26/2006 | Email string from J. Rupp to L. Stopczynski et al., dated 04/26/2006 re "RE:Update" | 3/17/2015 |
| 53 | 5/30/2006 | Email from J. Rupp to S. Ebenstein et al., dated 05/30/2006 re "Tim Carlsen" | 3/17/2015 |
| 68 | Undated | "S21 - Audio Arbitration: Functional Specification Version 1.01" | 3/11/2015 |
| 70 | 4/11/2007 | "Infotainment Electrical Systems Specification (IESS)," dated 4/11/2007 | 3/11/2015 |

| EXH | Doc Date | Description | Admitted |
|---|---|---|---|
| 77 | 11/25/2013 | Advertisement found in the New Yorker magazine re SYNC in 11/25/2013 issue | 3/13/2015 |
| 82 | 11/27/2013 | "The 2014 Ford Fusion \| View Fusion Features \| Ford.com,"dated 11/27/2013 | 3/13/2015 |
| 89 | 5/19/2008 | "Brand Signature Content Overview: J. Farley Discussion,"dated  5/19/2008 | 3/13/2015 |
| 91 | 1/1/2009 | Document titled "SYNC Features Communication," dated 01/01/2009 | 3/13/2015 |
| 92 | 10/26/2009 | Document titled "PSC," dated 10/26/2009 | 3/13/2015 |
| 93 | 12/8/2009 | Email from J. Buie to M. Moody et al., dated 12/08/2009 re "2009 SYNC  Satisfaction & Usage Study Report" with attachment | 3/13/2015 |
| 94 | 3/28/2011 | Email from M. Harper to J. Farley et al., dated 03/28/2011 re "2011 SYNC with  MyFord Touch Satisfaction and Usage Study Report" with attachment | 3/13/2015 |
| 95 | 6/1/2011 | "SYNC with MyFord Touch Satisfaction & Usage Study," dated06/2011 | 3/13/2015 |
| 96 | 12/16/2010 | "Ford and GM's heavyweight battle: Automotive New reports  on the differences between GM OnStar and Ford Sync.," dated 12/16/2010 | 3/13/2015 |
| 97 | 10/12/2010 | Document titled "Detroit Refueled," dated 10/12/2010 | 3/13/2015 |
| 98 | 1/12/2012 | "Ford CTO, Paul Mascarenas at CES 2012: The PCMagInterview," dated 01/12/2012 | 3/17/2015 |
| 112 | 7/31/2009 | "Class Specification: Semi-Automatic Parallel Parking (SAPP)/AutoPark (AP) / FoE / FNA," dated 07/31/2009 | 3/11/2015 |
| 121 | Undated | Document titled "Pairing - Customer Visible [A06]" | 3/11/2015 |
| 128 | | SYNC Generation II Functional Overview | 3/11/2015 |
| 167 | 6/8/2000 |  "License Agreement," dated 06/08/2000 | 3/17/2015 |
| 172 | 10/25/2010 | "Manufacturing Agreement between EHH and Invotronics,"dated 10/25/2010 | 3/12/2015 |

| EXH | Doc Date | Description | Admitted |
|---|---|---|---|
| 233 | 4/10/2002 | Email D. Preston to H. Kostepen, dated 04/10/2002 re "RE: Discussion" with attachment | 3/12/2015 |
| 241 | 4/10/2002 | Email from D. Preston to H. Kostepen, dated 04/10/2002 re "Phone call" | 3/12/2015 |
| 242 | 4/11/2002 | Email string from H. Kostepen to P. Lutter, dated 04/11/2002 re "RE: Phonecall" | 3/12/2015 |
| 243 | 4/16/2002 | Email P. Lutter to D. Preston et al., dated 04/16/2002 re "Fw: RFI"with attachment | 3/12/2015 |
| 244 | 5/6/2002 | Email from H. Kostepen to D. Preston et al., dated 05/06/2002 re "RFIresponses" | 3/12/2015 |
| 245 | 5/6/2002 | Email T. Olsen to S. Ford, dated 05/06/2002 re "1 of 5" with attachment | 3/12/2015 |
| 246 | Undated | Document titled "Medius/Ford Proprietary" | 3/12/2015 |
| 247 | Undated | Document titled Medius/Ford Proprietary" | 3/12/2015 |
| 248 | Undated | Document titled Medius/Ford Proprietary" | 3/12/2015 |
| 249 | Undated | Document titled Medius/Ford Proprietary" | 3/12/2015 |
| 255 | 7/31/2001 | Email from P. Lutter to D. Preston, dated 07/31/2001 re "nomad status.ppt"with attachment | 3/12/2015 |
| 256 | 4/29/2003 | Email - Dan Preston to mcops@medius1.com 6:33:04 AM | 3/12/2015 |
| 261 | 3/19/2001 | Email from D. Preston to T. Nixon, dated 03/19/2001 re "Medius" with attachment | 3/12/2015 |
| 264 | 6/4/2001 | Email from D. Preston to T. Nixon, dated 06/04/2001 re "Chat" with attachment | 3/12/2015 |
| 265 | 7/10/2006 | Email Doug VanDagens to Mark Scalf 4:18 PM | 3/13/2015 |
| 270 | 1/05/2007 | Email Gary Jablonski to Graydon Reitz 1:03 PM | 3/13/2015 |
| 306 | 8/2/2007 | Email Dan Preston to 'stevesford@comcast.net', Subj: Telephone Conversation    8/2/2007  1:29:28 PM | 3/12/2015 |
| 308 | 9/27/2010 | Email D. Preston to D. Patterson, dated 09/27/2010 re "RE: Press  Release" with attachment | 3/11/2015 |

| EXH | Doc Date | Description | Admitted |
|---|---|---|---|
| 316 | 11/12/2007 | Email string from J. Farley to D. Hay, dated 11/12/2007 re "Re: Galpin  MTG[Scanned]" | 3/13/2015 |
| 318 | 11/29/2007 | Email string from J. Farley to C. Feuell, dated 11/29/2007 re "Re: Ford Product  Brand DNA Meeting with Alan Mulally on 12/1" | 3/13/2015 |
| 321 | 12/1/2007 | Email J. Farley to T. Cannis dtd 12/01/07 re "Re: CES Bill  Gates/Sync - 8pm Las Vegas Jan 6" | 3/13/2015 |
| 325 | Undated | Document titled "Lincoln LS Infotronics Vehicle - Functional Description" | 3/19/2015 |
| 329 | 10/31/2008 | Email J. Farley to J. Buczkowski et al., dated 10/31/2008 re "Re:  Connectivity for Mazda" | 3/13/2015 |
| 332 | 4/18/2009 | Email string from J. Farley to J. Felice et al., dated 04/18/2009 re "Re: SYNC V3 -  Update" | 3/13/2015 |
| 339 | 2/1/2011 | Document titled "Fun with Ford," dated 02/01/2011 | 3/13/2015 |
| 342 | 9/18/2012 | "Fast Chat: Ford's Jim Farley Talks 'Fusion' Marketing -  Marketing chief dishes on Facebook and car apps," dated 09/18/12 | 3/13/2015 |
| 345 | 6/17/2013 | "SYNC and MyFord Touch Sold on 79 Percent of New Ford  Vehicles, New Technology Drives Quality Satisfaction," dated 06/17/2013 | 3/17/2015 |
| 350 | 1/3/2014 | "Ford Offers SYNC AppLink for 3.4 Million More Customers;  new Organization to Drive Global Connectivity Vision," dated 01/03/2014 | 3/13/2015 |
| 353 | 5/30/2007 | "Electrical Technology Development - North American Standard Service Functional Specification SYNC Traffic, Directions, &  Information," dated 05/30/2007 | 3/13/2015 |
| 369 | 1/7/2005 | Email string from J. Rupp to D. Preston, dated 01/07/2005 re "RE:  Words…(Delphi)" | 3/12/2015 |
| 370 | 5/6/2002 | Emal from H. Kostepen to D. Preston et al., dated 05/06/2002 re "RFI  responses" | 3/12/2015 |
| 372 | 9/14/2005 | Email J. Rupp to D. Preston, dated 09/14/2005 re "FW: Proposal"  with attachment | 3/12/2015 |

| EXH | Doc Date | Description | Admitted |
|---|---|---|---|
| 399 | 3/23/2010 | Ltr from D. Romza-Kutz to J. Leroy re "Nt of Infringement by Ford Motor Company" dated 03/23/10 | 3/13/2015 |
| 417 | 1/3/2008 | "Surprise! Ford's SYNC sells cars," dated 01/03/2008 | 3/17/2015 |
| 426 | Undated | Document titled "Supplemental Guide" | 3/11/2015 |
| 443E | 1/1/2011 | Document titled "Owners Guide," dated 01/01/2011 | 3/12/2015 |
| 444 | 2/6/2009 | "Semi Automated parallel parking (SAPP) Vehicle Level Requirements & Targets," dated 02/06/2009 | 3/11/2015 |
| 447 | 3/13/2009 | "Active Park Assist System Tests Specification, Version 001," dated 03/13/2009 | 3/11/2015 |
| 452 | 3/7/2012 | "Park Feature dependencies - required sensors for each function," dated 03/07/2012 | 3/11/2015 |
| 643 | Undated | "S15 SYNC and MCM Hardware Engineering Specification: SYNC Generation II" | 3/11/2015 |
| 659 | Undated | "Cross Vehicle Finance: Autopark - Contribution Margin" | 3/18/2015 |
| 724 | 1/8/2010 | "2010 CES Ford Keynote Presentation - Alan Mulally," dated 01/08/2010 | 3/17/2015 |
| 786 | 11/12/2009 | "Ford Actice Part Assist Technology Wins Popular Science 2009 'Best of What's New' Award," dated 11/12/09 | 3/17/2015 |
| 796 | 1/1/2011 | "Ford Produces Three Millionth SYNC-equipped Vehicle Powered by Microsoft," dated 01/01/2011 | 3/17/2015 |
| 805 | 6/3/2009 | Document titled "Ford's New Active Park Assist Aims to Curb Stress," dated 06/03/2009 | 3/17/2015 |
| 1004 | 3/29/2001 | Email rpl_home to D. Preston, dated 03/29/2001 re "Medius Nomad OS" with attachment | 3/12/2015 |
| 1006 | 11/17/2004 | Email from D. Preston to J. Rupp, dated 11/17/2004 re "Digesting" | 3/12/2015 |
| 1030 | 2/9/2006 | "Integrated Driver Assistance Systems Controller," dated 02/09/2006 | 3/12/2015 |
| 1033 | 1/24/2001 | Email string from D. Preston to H. Kodesh, dated 01/24/2001 re "RE: Next Meeting" | 3/12/2015 |

| EXH | Doc Date | Description | Admitted |
|---|---|---|---|
| 1051 | 6/8/2001 | "Non-Disclosure Agreement," dated 06/08/2001 | 3/12/2015 |
| 1145 | 10/22/2001 | "Medius Professional Services Agreement," dated 10/22/2001 | 3/12/2015 |
| 1162 | Undated | "Medius, Inc. Background and Summary of Proposal to Dissolve the Corporation" | 3/17/2015 |
| 1163 | 3/1/2010 | "Asset Purchase Agreement," dated 03/01/2010 | 3/17/2015 |
| 1170 | 11/16/2009 | Document titled "Letter of Intent," dated 11/16/2009 | 3/12/2015 |
| 1205 | 4/20/2006 | Email string from J. Rupp to L. Stopczynski, dated 04/20/2006 re "FW: Update" | 3/13/2015 |
| 1251 | 4/2/2001 | "Request for Filing A Provisional Patent Application," dated  04/02/2001 | 3/12/2015 |
| 1334 | 9/23/2005 | Email J. Rupp to M. Shulman et al., dated 09/23/2005 re "FW:  Proposal" with attachment | 3/17/2015 |
| 1418 | 1/9/2007 | Email J. Bartlett to T. Carlsen, dated 01/09/2007 re "NDA's for Signature"  w/ attachments | 3/12/2015 |
| 1420 | 7/31/2007 | Email from Document Control to E. Hughson, dated 07/31/2007 re "Draft  Statement of Work & Invoice 1068" with attachment s | 3/11/2015 |
| 1423 | 8/6/2007 | Email J. Preston to E. Hughson, dtd 08/06/2007 re "Medius meeting  powerpoint" w/ attach | 3/11/2015 |
| 1431 | 9/20/2010 | Email from D. Patterson to D. Preston, dated 09/20/2010 re "Sync G2" with attachments | 3/12/2015 |
| 1441 | 9/18/2007 | Email - Document Control to E. Hughson, dated 09/18/2007 re (no subject)  w/ attachments | 3/12/2015 |
| 1609 | 1/3/2001 | Email from D. Preston to H. Kodesh, dated 01/03/2001 re "TVG and Wingcast" | 3/12/2015 |
| 1639 | Undated | Document titled "2011 Explorer Owners Guide" | 3/11/2015 |
| 1862E | 10/25/2011 | "Global Audio Head Unit (AHU) Infotainment Subsystem Part  Specific Specifications (SPSS) - Version 2.7" | 3/11/2015 |

| EXH | Doc Date | Description | Admitted |
|---|---|---|---|
| 1870E | 10/25/2011 | "Global Audio Head Unit (AHU) Infotainment Subsystem Part Specific Specifications (SPSS) - Version 2.7" | 3/11/2015 |
| 1892 | 12/30/2008 | "Ford's New 'Active Park Assist' Makes Parallel Parking A Breeze for Lincoln MKT and MKS Owners" | 3/11/2015 |
| 1899E | 3/27/2009 | Document titled "Hands-Free Phone" | 3/11/2015 |
| 1914 | Undated | log file "SYNC ACK 231 debug log BT ipod paired and playing song Blackeye.txt" | 3/11/2015 |
| 1921 | Undated | log file "windows ce debug pairing android phone test 2.txt" | 3/11/2015 |
| 1926 | Undated | Document cited in support of Paul S. Min expert report, October 10, 2014 | 3/11/2015 |
| 2001R | Undated | Schedule 1.0 Damages Summary | 3/17/2015 |
| 2002 | Undated | Updated Schedule 1.1 SYNC Reasonable Royalty Calculations, MY 2008 – 2015 | 3/17/2015 |
| 2004 | Undated | Updated Schedule 2.0 Per Unit Profitability, MY 2008 – 2014 | 3/17/2015 |
| 2055 | Undated | Schedule 13.0 SYNC Order Guide Information and Pricing | 3/17/2015 |
| 2059 | Undated | Schedule 15.1 SYNC U.S. Calendar Year Sales by Model Year | 3/17/2015 |
| 2061 | Undated | Updated Schedule 15.3 SYNC U.S Sales, Raw Data | 3/17/2015 |
| 2072 | Undated | Schedule 20.0 Incremental Profit per APA System | 3/17/2015 |
| 2091 | Undated | Updated Schedule B1.0 Calculation of SYNC Patents Apportionment Factor | 3/17/2015 |
| 2092 | Undated | Schedule B1.1 Ford Apportionment of SYNC Gen 1, Version 1 | 3/17/2015 |
| 2094 | Undated | Schedule B1.3 Best Bluetooth Headsets by CNET, 2007 – 2013 | 3/17/2015 |
| 2095 | Undated | Schedule B1.4 Audible Text Messaging Adjustment | 3/17/2015 |

| EXH | Doc Date | Description | Admitted |
|---|---|---|---|
| 2096 | Undated | Schedule B1.5 Average Length of U.S. New Vehicle Ownership, 2007 – 2014 | 3/17/2015 |
| 2110 | 9/16/2010 | Manufacturing Agreement between Eagle Harbor and Invotronics, Inc. | 3/10/2015 |
| 2114 | 3/19/2010 | Non-Disclosure Agreement between Eagle Harbor Holdings, LLC and Invotronics, Inc. | 3/10/2015 |
| 2116 | Undated | Video of Ford Dream Big Sales Event - Ford Fusion - Extended Version Fashion | 3/17/2015 |
| 2117 | 8/23/2011 | U.S. Patent 8,006,119 with Certificate of Correction | 3/12/2015 |
| 2118 | 9/30/2003 | U.S. Patent 6,629,033 - Open Communication System for Real-Time Mulitprocessor Applications | 3/12/2015 |
| 2119 | 02/00/2005 | MediusTech Server Log (Native) | 3/12/2015 |
| 2120 | 3/30/2011 | Supplemental Amendment to U.S. Patent 8,006,119 | 3/12/2015 |
| 2123 | 12/11/2012 | US Patent & Trademark Office Issue Notification re Patent 8331279 | 3/13/2015 |
| 2124 | 12/11/2012 | Patent US 8331279 B2 | 3/13/2015 |
| 2125 | 10/29/2012 | Valeo Press Release | 3/18/2015 |
| 2130 | Undated | Component/Supplier/SYNC Generation Supplied | 3/18/2015 |
| A-11E | 6/23/1999 | Auto PC: Goldeneye Product Specification to Final Draft, version 2.0c | 3/18/2015 |
| A-18 | 10/16/2002 | Email from Michael Cops to David Robin regarding Question re Ford? | 3/17/2015 |
| A-26 | 3/5/2003 | Email from Michael Cops to Dan Preston regarding Rebuilding Medius from Square 1 | 3/13/2015 |
| A-34 | 9/21/1999 | Delphi Communiport Presentation | 3/19/2015 |
| A-35 | 2/23/1999 | Delphi Communiport System Function Specification to Draft 5 | 3/19/2015 |
| A-36 | 2/25/1999 | Delphi Communiport Software Specification to Draft 3 | 3/19/2015 |
| A-38 | | Jonas Norell, "Mecel Joins the Bluetooth Community" | 3/20/2015 |
| A-39 | 12/5/2000 | Bluetooth in Automotive Applications | 3/20/2015 |
| A-42E | 12/1/1999 | Specification of the Bluetooth System v1.0B Core | 3/19/2015 |

| EXH | Doc Date | Description | Admitted |
|---|---|---|---|
| A-72 | 10/14/2002 | Email - Michael Cops to Dan Preston, David Nason, Tom Ross, Jon Root & Joe Preston re Medius Presentation | 3/17/2015 |
| A-89 | 10/17/2008 | Ford SYNC GEN2 to Blue Board Rev-C (color version) | 3/18/2015 |
| A-90 | 9/20/2010 | Email - Dan Preston to Earl Hughson attaching BOM_Rev-E_2008_11_1 O.xls; ford_sync_gen2_greenboard_1 0_17.; Schematics_FORD _SYNC_ GEN2_REVC. | 3/12/2015 |
| A-99 | 10/17/2008 | Ford SYNC GEN2 to Blue Board Rev-C | 3/11/2015 |
| A-106 | 9/20/2010 | Email-  Dan Preston to Joe Preston, Kenneth Schofield, Tom Manos & Paul Carlson attach BOM_Rev-E, Ford_Sync_Gen2_Greenboard & Schematics_Ford_Sync_Gen2_Rev-C | 3/11/2015 |
| A-107 | 11/10/2008 | SyncGen2 Rev-E Green Board BOM | 3/18/2015 |
| A-110 | 5/16/2006 | Email from Joe Preston to Dan Preston regarding Talked to Jeff Coote | 3/11/2015 |
| A-114 | 9/20/2010 | Email from Dan Preston to Joe Preston, Ken Schofield, Tom Manos and Paul Carlson regarding Sync G2 | 3/12/2015 |
| A-125 | 10/3/2001 | Email - Mike Kraus to Carl Peterson and Dan Preston attaching Oct. 2, 2001 Executed Letter of Intent | 3/12/2015 |
| A-132 | 10/18/2004 | Email Michael Cops to Dan Preston regarding Convergence 2004 to October 18-20, 2004 | 3/13/2015 |
| A-139 | 3/16/2011 | Email Sam Hemingway to Jonathan Piurko & Michael Cannata attaching Feb. Financials | 3/20/2015 |
| A-157 | 2/25/2010 | Email Chain Between Dan Preston & Denis Marchand | 3/13/2015 |
| A-162 | 11/23/2001 | Email from Dan Preston to Pierce Lutter | 3/13/2015 |
| A-175 | 9/23/2002 | Email - Michael Cops to Dan Preston, Thomas Ross, Jon Root, Joe Preston, David Robin, David Nason and Roger Collis attaching Customer Engagement 9-23-02 presentation | 3/13/2015 |
| A-196 | 1/29/2008 | Email - Marty Chilberg to Dan Preston re Summary | 3/13/2015 |
| A-200 | 9/30/2008 | Email - Dan Preston to Earl Hughson re meeting | 3/13/2015 |
| A-203 | 2/1/2010 | Email from Dan Preston to Denis Marchand re Sync | 3/13/2015 |

| EXH | Doc Date | Description | Admitted |
|---|---|---|---|
| A-207 | 9/28/2010 | Email - Earl Hughson to Dan Preston re New claim coverage | 3/13/2015 |
| A-211 | 9/15/2010 | Email from Dan Preston to Joe Berry re Eagle Harbor/Medius Patents | 3/11/2015 |
| A-213 | 1/10/2011 | Email from Dan Preston to Earl Hughson attaching 9032-0116.CLAIMS.ammendment.03 | 3/13/2015 |
| A-242 | 5/18/2010 | Email from Dan Preston to Sam Hemingway attaching 9032.0113.WT.6 | 3/13/2015 |
| A-243 | 10/26/2007 | Email from Dan Preston to Steve Ford forwarding email regarding Reflection on meeting | 3/13/2015 |
| A-244 | 3/10/2010 | Email - Dan Preston to Earl Hughson regarding BOM | 3/12/2015 |
| A-245 | 3/22/2010 | Email from Dan Preston to Dave Patterson regarding Navox equipment | 3/17/2015 |
| A-246 | 5/13/2010 | Email from Dan Preston to Joe Berry attaching 9032.0113.DL.Comp.3.docx; KIA.Discussion.1.docx | 3/13/2015 |
| A-247 | 9/20/2010 | Email - Dan Preston to David Patterson re Sync G2 | 3/17/2015 |
| A-254 | 9/15/2010 | Email - Dan Preston to Earl Hughson re Products | 3/12/2015 |
| A-268 | 3/13/2009 | Active Park Assist System Tests Specification, Version 001 | 3/18/2015 |
| A-270 | 2/6/2001 | U.S. Patent No. 6,185,491 B1 to Gray et al. | 3/19/2015 |
| A-278 | 2/22/2001 | Specification of the Bluetooth System, Version 1.1 | 3/20/2015 |
| A-282 | 3/11/1992 | EP 0473866 A2 Application to Taylor | 3/18/2015 |
| A-283 | 6/5/1990 | U.S. Patent No. 4,931,930 to Shyu et al. | 3/20/2015 |
| A-347 | 1/1/2001 | AMI-C REF DOC 6001: Technical Glossary | 3/19/2015 |
| A-351 | 1/1/2001 | AMI-C SPEC 1002: Functional Requirements | 3/20/2015 |
| A-352E | 1/1/2001 | AMI-C SPEC 1003: Use Cases | 3/20/2015 |
| A-355 | | SYNC Application Architecture to DRAFT | 3/18/2015 |
| A-356 | 11/19/2012 | Patent License Agreement between Richard B Himmelstein and Ford Motor Company | 3/17/2015 |
| A-376 | 11/4/2000 | Aviator VCSI Block Diagram (color version) | 3/19/2015 |
| A-404 | 7/21/2009 | Sourcing Agreement | 3/18/2015 |
| A-429 | | Lincoln Aviator Features Brochure | 3/19/2015 |

| EXH | Doc Date | Description | Admitted |
|---|---|---|---|
| A-502 | | Convergence 2000 | 3/19/2015 |
| A-506 | 11/0/2003 | Simonds, Craig, Software for the Next-Gen Automobile, Transportation IT, November/December 2003 IT Pro (IEEE Computer Society) | 3/19/2015 |
| A-545 | 5/8/2006 | MGM ES Engineering Specification, v. 0.2 | 3/12/2015 |
| A-553 | 3/6/2014 | Test Bench Logs | 3/19/2015 |
| A-561E | 1998 | Douglas Boling, "Programming Microsoft Windows CE" (1998) | 3/19/2015 |
| A-598 | 2008 | Boling, Programming Windows Embedded CE 6.0 Developer Reference, 4th ed.  (Chp. 7) | 3/11/2015 |
| A-630 | 3/6/2014 | Test Bench Photo | 6/19/2015 |
| A-729 | | Maritz Study | 3/17/2015 |
| A-790 | 12/19/2002 | Park Slot Measurement/Semiautomatic Parking | 3/17/2015 |
| A-797 | 6/17/1999 | Mercel System Configurations Communiport Buck | 3/19/2015 |
| A-800 | | AutoPC in the Communiport Buck | 3/19/2015 |
| A-801E | 2/22/2001 | Specification of the Bluetooth System, Profiles, Vol. 2 Profiles | 3/20/2015 |
| A-844 | Undated | Youtube.com: Valeo Park4U Demo Video, Posted by Valeo (https://www.youtube.com/watch?v=ItrfSoSFWf8) | 3/17/2015 |
| A-869 | Undated | Picture of Mr. Mascarenas | 3/17/2015 |
| A-882 | | Microsoft patents relating to Microsoft's technology | 3/18/2015 |
| A-923 | 9/30/2003 | U.S. Patent No. 6,629,033 B2 - Preston et al. | 3/20/2015 |
| A-935E | 8/23/2011 | U.S. Patent 8,006,119 File History | 3/13/2015 |
| A-940E | 8/17/2010 | U.S. Patent 7,778,739 File History | 3/13/2015 |
| A-947 | 1/01/2004 | "Production Purchasing Global Terms and Conditions PPGTC, Jan. 1. 2004" | 3/18/2015 |
| A-950 | 9/20/2010 | Email String from D. Preston to J. Preston re: Synch G2 w/ attachment | 3/13/2015 |
| A-953 | | Ford SYNC Module (physical exhibit) | 3/18/2015 |
| A-954 | 2/20/2015 | Calculation of SYNC Royalties | 3/20/2015 |
| A-955 | | Vehicle Architecture for Infotronics | 3/19/2015 |

| EXH | Doc Date | Description | Admitted |
|---|---|---|---|
| A-959 | | Screens | 3/19/2015 |
| A-960 | | Gateway Ford Project MobileGT | 3/19/2015 |