The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC,<br><br>   *Plaintiffs,*<br><br>   *v.*<br><br>FORD MOTOR COMPANY,<br><br>   *Defendant.* | Case No. 3:11-cv-05503-BHS<br><br>**AGREED MOTION REGARDING NOTING DATE OF FORD'S MOTION FOR JUDGMENT AS A MATTER OF LAW AS TO ABANDONED CLAIMS**<br><br>**NOTE ON MOTION CALENDAR:**<br>March 27, 2015 |

The parties have agreed to a modification to the briefing schedule for Ford Motor Company's Motion for Judgment as a Matter of Law as to Abandoned Claims (Dkt. No. 631) ("Ford's Motion"). Ford's Motion was originally noted for April 3, but the parties respectfully request that the noting date be moved by one week, to April 10. Pursuant to LCR 7(d)(3) and the parties' agreement, Plaintiffs' opposition papers will be filed no later than April 6, 2015, and Ford's reply papers will be filed and served no later than April 10, 2015.

Based on this agreement, the parties hereby request that the Court direct the Clerk to re-note Ford's Motion for April 6, 2015.

*AGREED MOTION RE NOTING DATE OF FORD'S MOTION FOR JUDGMENT AS A MATTER OF LAW*
*Case No. 3:11-cv-05503-BHS*
*Page 1*

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
T(206) 516-3880/F(206) 516-3883