1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EAGLE HARBOR HOLDINGS, LLC,
and MEDIUSTECH, LLC,

        Plaintiffs,

  v.

FORD MOTOR COMPANY,

        Defendant.

CASE NO. CV11-5503BHS

TRIAL WITNESS LIST

| FOR PLAINTIFFS | DATE | FOR DEFENDANT | DATE |
| --- | --- | --- | --- |
| JOE PRESTON | 3/11/2015 | | |
| PAUL S. MIN | 3/11/2015<br>3/12/2015 | | |
| ROBERT PIERCE LUTTER | 3/12/2015 | | |
| DAN A. PRESTON | 3/12/2015<br>3/13/2015 | | |
| TIMOTHY NIXON | 3/13/2015 | | |
| MICHELLE MOODY | 3/13/2015 | | |
| JAMES FARLEY | 3/13/2015 | | |
| MICHAEL WAGNER | 3/17/2015 | | |
| JEFFREY RUPP | 3/17/2015 | MICHAEL COPPS | 3/17/2015 |
| | | DAVID PATTERSON | 3/17/2015 |
| | | HEINZ MATTERN | 3/17/2015 |
| | | DARRELL RECKER | 3/18/2015 |
| | | R. JOHN HANSMAN | 3/18/2015 |

TRIAL WITNESS LIST - 1

| | | | | |
|---|---|---|---|---|
| 1 | | | JASON FARMER | 3/18/2015 |
| 2 | | | GARY JABLONSKI | 3/18/2015 |
| 3 | | | PHILLIP KOOPMAN | 3/19/2015 |
| | | | ROBERT SCHUMACHER | 3/19/2015 |
| 4 | | | CRAIG SIMONDS | 3/19/2015 |
| 5 | | | SCOTT ANDREWS | 3/19/2015 |
| 6 | | | ROBERT PIERCE LUTTER | 3/20/2015 |
| | | | SAMUEL HEMINGWAY | 3/20/2015 |
| 7 | | | JULIE DAVIS | 3/20/2015 |
| 8 | VIJAY MADISETTI | 3/20/2015 | | |
| 9 | MICHAEL WAGNER | 3/20/2015 | | |

TRIAL WITNESS LIST - 2