UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EAGLE HARBOR HOLDINGS, LLC, and MEDIUSTECH, LLC,

    Plaintiffs,

v.

FORD MOTOR COMPANY,

    Defendant.

CASE NO. C11-5503 BHS

ORDER GRANTING PLAINTIFFS' MOTIONS TO SEAL

This matter comes before the Court on Plaintiffs Eagle Harbor Holdings, LLC, and Mediustech LLC's ("Eagle Harbor") motions to seal (Dkts. 592 & 603), the Court's order to show cause (Dkt. 649) and Ford's response (Dkt. 654).

Upon review of Ford's response and the documents at issue, the Court finds that there is good cause to keep the documents under seal. Therefore, the Court **GRANTS** Eagle Harbor's motions to seal (Dkts. 592 & 603).

**IT IS SO ORDERED**.

Dated this 2nd day of April, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER